# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH KAZUNGU KATANA,** | **Civil Action No. 1:19-CV-2068 JDB** |
| **LUCY NYABONYIA KAZUNGU,** | |
| **JOSEPH KAZUNGU KATANA, Administrator of the ESTATE OF KATANA KARISA,** | |
| **KADII KATANA KARISA,** | |
| **LIZ KAZO KAZUNGU,** | |
| **CONNIE SIDI KAZUNGU,** | |
| **FRANCIS KATANA KAZUNGU,** | |
| **MACHIL YUBU KAZUNGU,** | |
| **ALFONS KATANA,** | |
| **CRISPAS KATANA,** | |
| **KAZO KATANA,** | |
| **SIDI KATANA,** | |
| **MARIAM KATANA,** | |
| **JUMWA KATANA,** | |
| **HADIJA KATANA,** | |
| **ZAWADI KATANA,** | |
| **ELIPHAS KATHUNI MUGO,** | |
| **RHODA KATHUNI,** | |
| **ADDISON NJIRU MUGO,** | |
| **CYNTHIA NCIDKI MUGO,** | |
| **ANDREW NYAGA MUGO,** | |

**AGNES WAMBUI MUGANE,**

**DAVID IKABAH KANYANJUA,**

**MARGARET KANUNA,**

**THOMAS NGANGA KINUTHIA,**

**PAULINE WANJIRU KANYANJUA,**

**VENAZIO MACHARIA,**

**JANET NYAMBURA,**

**ZACKARIA MUTHIORA,**

**NANCY WANJIRU,**

**JOHN MWANGI/KANINU,**

**ANTHONY NJONGE NGINYA,**

**MARY WABGUI NJUNGE,**

**ESTHER WAITHIRA KUNGU,**

**DAVID MURIITHI NJUNGE,**

**ESTHER WAITHIRA NJUNGE,**

**JAMES NJOROGE NJUNGE,**

**PETERSON MWANGI NJUNGE,**

**MARGARET NYAMBURA,**

**JOHN NJOGY NJUNGE,**

**ROSE WANJIKU,**

**JOYCE NDUTA,**

**FRANCIS WALTER OFUNJA,**

**JACKLINE TABU AGUNDA,**

**BONIFACE KARIMI GITHUI,**

**ANASTASIA WANJIRU KARIMI,**

**ANTHONY KAIRU KARIMI,**

**ROSE NYAWIRA KARIMI,**

**CATHERINE NJERI KARIMI IGATHE,**

**PAULI GITHUI KARIMI,**

**PETER MAINA KARIMI,**

**LADISLAUS MAINA GITHUI,**

**TARSIRA WANJIRU GICHIMU,**

**SYMPHOROSA WANGARI KARIUKI,**

**FRANCIS KIBOI GITHUI,**

**DONATUS MATHENGE,**

**BOSCO KIMANI NJOROGE,**

**JANE WANGARU KIMANI,**

**NJOROGE KIMANI,**

**WANJA NJOROGE,**

**MARVIN NJOROGE KIMANI,**

**CYNTHIA WANJA KIMANI,**

**ROSEMARY KANINI OCHIENG,**

**PETER CHOGO NJOROGE,**

**JOHN GICHINGA NJOROGE,**

**ANN GATHONI NJOROGE,**

**JANE NJERI NJOROGE,**

**ISMAHEL NJOROGE,**

**CECILIA AGNES WAKIO AMAHAYA,**

**BERNARD AMAHAYA MULAMA,**

**MICHELLE GAZEMBA AMAHAYA,**

**CALVIN MULAMA AMAHAYA,**

**TIMOTHY KOMBO AMAHAYA,**

**ELIZABETH MUGHOI KOMBO,**

**CYRUS MAINA KARITU,**

**VALENTINE NYAWIRA MAINA,**

**DICKSON MUREITHI MAINA,**

**PHILLIS WAMUYU MAINA,**

**ANNE WANJIKU MAINA,**

**DICKSON GAD NJOROGE,**

**DICKSON GAD NJOROGE,**
**Administrator of the ESTATE OF JAMES**
**NJOROGE GITHU,**

**RAHAB MWIHAKI NJOROGE,**

**LEAH WANGUI GITHU,**

**JAMES NJOROGE GITHU,**

**PAUL MBUGUA,**

**BONIFACE MURIU,**

**ROBERT GITHUI GITHU,**

**DOROTHY ADOYO OKACH,**

**DONALD ODHIAMBO ONUNGA,**

**CATHERINE ATIENO AGALLO,**

**OSCAR OYOO ONUNGA,**

**MILDRED ANYANGO AGALLO,**

**ENOS ADUNDO OKACH,**

**EDWIN WARUINGE NJAU,**

**RACHEL WARUINGE,**

**JOHN NJAU WARUINGE,**

**AGNES NJAU,**

**WILFRED WARUINGI,**

**MARCUS WARUINGI,**

**RAMSES WARUINGI,**

**MATHEW NJAU,**

**FRANCIS NJAU,**

**BEATRICE NJAU,**

**ELIZABETH IMMACULATE AWINO,**

**JOSEPH JOHN MBOSS,**

**ELIZABETH AWINO MBOSS,**
**Administrator of the ESTATE OF**
**MICHAEL PIUS ONDURU,**

**ELIZABETH AWINO MBOSS,**
**Administrator of the ESTATE OF**
**MARGARITA AKEYO ONDURU,**

**ELIZABETH AWINO MBOSS,**
**Administrator of the ESTATE OF**
**AUDREY LOURDES MBOSS,**

**YVONNE MAGDALINE MBOSS,**

**LILIAN MBOSS,**

**PETER OTIENO MBOSS,**

**LAVANDER BIANCA MBOSS,**

**DAVID OTIENO MBOSS,**

**STEPHEN OWINO MBOSS,**

**JULIA ANYANGO ONDURU,**

**PRISCA ACHIENG ONDURU AKOTO,**

**CHARLES OJWANDO ONDURU,**

**ISABELLA AKUMU ONDURU,**

**ROSEMARY ADHIAMBO ONDURU,**

**BERNADETTE AKINYI ONDURO,**

**FLORENCE ADHIAMBO ONDURO,**

**ESTHER MUTHONI KIMANI,**

**ELIZABETH WANGARE KHALID,**

**NADYA KHALID ISSA,**

**ABDALLA KHALID ISSA,**

**FRANCIS MALUKU KAVULU,**

**FRANCIS MALUKU KAVULU, Administrator of the ESTATE OF TABITHA MUMBUE,**

**JOHN KYULE KAVULU,**

**PHOEBE NDUKU KAVULU,**

**FRANCIS MALUKU KAVULU, Administrator of the ESTATE OF PHILLIP MUTUA KAVULU,**

**FRANCIS MALUKU KAVULU, Administrator of the ESTATE OF JOHNSON KIMONGI KAVULU,**

**FRANCIS NYADIMO YWAYA,**

**PERIS OLOO,**

**FREDRICK FRANCIS MUNYALO,**

**RUTH KALUKI KIMILU,**

**JOYCE NDANU MUNYALO,**

**AGNESS SYOMITI FRANCIS,**

**MUNYALO FRANCIS,**

**MALUSI FRANCIS,**

**NELLY MWIKALI FRANCIS,**

**CHRIUSTINE NDANU FRANCIS,**

**NDINDA FRANCIS,**

**MUTETHYA FRANCIS,**

**TERESIA MALAVUTI,**

**FLORENCE MUTISO,**

**MUKELI MUNYALO,**

**NZOMO MUNYALO,**

**GEORGE KIMANI KABARE,**

**CATHERINE LOANDOI KIMANI,**

**CAROL MURUNGI KIMANI,**

**STELLA MUTHONI KIMANI,**

**GEORGE ODHUR OMBIS,**

**GODFREY GICHUKI KINYUTU,**

**GODFREY GICHERU WAWERU,**

**JANE WAMBUI GICHERU,**

**GODFREY GICHERU WAWERU,
Administrator of the ESTATE OF
HANNA WAMBUI WJAU,**

**KEZIAH NJOKI GICHERU,**

**MARK WAWER GUCHERU,**

**TERESA NGINYI,**

**JANE GACHERI NGARA,**

**CHARLES NGARA KIRIMANIA,**

MAUREEN KAJUJU NGARA,

DERRICK MWITI NGARA,

MICHELLE MWENDWA NGARA,

JEFF MUTUMA NGARA,

ERIC MUTHONI MWIREBUA,

MIRIAM MUGURE MWIREBWA,

JEAN WAITHIRA KINYANJUI,

JENNIFER NDUNGE MULLI,

JENNIFER NDUNGE MULLI,
Administrator of the ESTATE OF
PRICILLA KALEKYE GEORGE,

SHEILA MUMBI MULLI,

YVONNE KALECHE MULLI,

ANTHONY MULLI,

FREDRICK MULLI,

PETER NZOMO MBALUKA,

CECILIA MTHENYA NZOMO,

RUTH NDUKU NZOMO,

JOHANA NDUGIRE KAMANU,

CATHERINE WANGUI NDUGIRE,

JOYCE ANYANGO NDUGIRE,

JULIA WAIRIMU NDUGIRE,

MARY WANJA NDUGIRE,

LAVANDER AKINYI NDUGIRE,

JOHN KARANJA NJIRAINE,

GLANDWELL WANGARI KARANJA,

**ANNE WANJIKU KARANJA,**

**LYDIAH WANJIKU KARANJA,**

**CYNTHIA WAIRIMU KARANJA,**

**GEORGE NJIRAINE KARANJA,**

**JOHN KARERU MIANO,**

**EUNICE RUNJI MIANO,**

**KELVIN SAMMY MUCHIRI,**

**HILDA MUKAMI JOHN,**

**SIMON MUCHIRA MIANO,**

**JOHN NJOROGE KINUTHIA,**

**ANN WANJIRU KIRUMBA,**

**JOHN NJOROGE KINUTHIA, Administrator of the ESTATE OF CLEMENT KINUTHIA NJOROGE,**

**LOYCE WAIRIMU NJOROGE,**

**MICHAEL KIARIE KINUTHIA,**

**JOSEPH KAMAU KINUTHIA,**

**LAWRENCE BENU NDUNGU,**

**MARY GATHONI BENU,**

**JANE WANGARI WANJIKU,**

**JOHN NDUGU BENU,**

**JOSEPH MWENDA BENU,**

**IRINE WANGARI,**

**BEATRICE NDUTA BENU,**

**ELIZABETH MUTHONI,**

**EVERLINE WANJIKU BENU,**

**EDWIN NDUNGU BENU,**

**EDWARD MURITHU NDUNGU,**

**LUCY WAITHIRA,**

**CLEMENT MUGO NDUNGU,**

**MARTHA MWIHAKI,**

**TERESIA WAIRIMU,**

**JACINTA NJERI NDUNGU,**

**AGNES WAIRIMU WANDUI,**

**JOHN MACHARIA NGUGI,**

**NANCY WANJIRU NJOROGE,**

**BENSON NGUGI WILLIAM,**

**MONICA WANJIKU NGUGI,**

**MONICA WANJIKU MACHARIA,**

**BENSON NGUGI MACHARIA,**

**ALICE WANJIRU NJOROGE,**

**WILLIAMSON KAMITI NGUGI,**

**SUSAN WANGARI NGUGI,**

**GRACE NJOKI NGUGI,**

**MARION GATHONI NGUGI,**

**JAMES NJENGA NGUGI,**

**ROBERT GATHINJI NGUGI,**

**ZACHARIA NGANGA NGUGI,**

**ESTHER WAITHERA NGUGI,**

**STEPHEN NJUNGUNA NGUGI,**

**JOHN YATOLI OCHERO,**

**ANJELINE KADUKA YATOLI,**

**FRIDAH KHAYATI NJUNGA,**

**PAULINE ASHIYA YATOLI,**

**CATHERINE VAGOLA YATOLI,**

**CAROLINE OLUKAKHA,**

**GEORGE AKHWALE YATOLI,**

**MIKE AMUKOMBERA YATOLI,**

**EUNICE APOONDI,**

**WYCLIFFE NYONGA YATOLI,**

**ASHILINE ASHIKA YATOLI,**

**JOSEPH NYAMWEYA ONDIGI,**

**MERCY ONDIGI,**

**MELVIN ONDIGI,**

**LUCY MOCHECHE MOGENI,**

**ELIJAH NYABUTI MOGENI,**

**VALERY MICHOKY MOGENI,**

**HUMPHREY OMBATI MOGENI,**

**LUCY NJERI MUGWERU,**

**LUCY NJERI MUGWERU, Administrator of the ESTATE OF JAMES NYINGI,**

**SILVIA W. NYANJUI,**

**TABBI W. NYANJUI,**

**PATRICIA MUGWERU,**

**SUSAN MUGWERU,**

**WILSON MUGWERU,**

**ALICE MUGWERU,**

**SALOME MUGWERU,**

**MARY WAIRIMU MUIRURI,**

**MARY MUIRURI, Administrator of the ESTATE OF JAMES NGUNYI WAMBUGU,**

**MUIRURI MWANGI,**

**WAMUYU MWANGI,**

**SAMUEL WAMBUGU NGUGYI,**

**JOYCE MUTHONI CHEGE,**

**JOHN NGUNJIRKI NGUNYI,**

**PETER KIMITI NGUNYI,**

**MICHAEL MUSYOKA NDETI,**

**AGNES NTHENYA MUSYOKA,**

**ESTHER WANJIKU MUSYOKA,**

**MARY VISA MUSYOKA,**

**SYLVIA NGINA MUSYOKA,**

**REGINA MUTIO MUSYOKA,**

**NASHON WASUA MWONDOKO,**

**ESTHER MWEKU MUVEA,**

**JULIET KANINI WASUA,**

**SERA MWINZA WASUA,**

**PJILIP MUMO WASUA,**

**RHODA MUTHEU WASUA,**

**SAMUEL MUTINDA MWANDOKO,**

**JOEL WAMBUA MWANDOKO,**

**EUNICE MUENI MWANDOKO,**

**ROSE MUKERI MWANDOKO,**

**PATRICIA MSALA OGWANG,**

**MILYCENT ACHIENG,**

**PIUS BARASA WARABA,**

**JOY AMBICHE BARASA,**

**JUDITH KHALAYI BARASA,**

**BRENDA NANGONI BARASA,**

**SIMON MAGAMBA LIVOLE,**

**LINNET ADISA,**

**PAUL MAGAMBA LIVOLE,**

**SABET KAVETHA,**

**HERMAN ATSIAYA,**

**JOEL MAGAMBA,**

**WINNIE KAZUNGU,**

**STEPHEN KAIRU GATUNDU,**

**MARGARET WANJIKU KAMUNYU,**

**MAUREEN WANJIRU KAIRU,**

**ANN WANJA KAIRU,**

**JAMES JOMO GATUNDU,**

**MOSES NYURURU GATUNDU,**

**JOSEPH OLANG'O ADERO,**

**ANNAH OLANG'O ADERO,**

**SARAH ACHIENG OLANGO,**

**STEPHEN OTIENO OLANG'O,**

**CHRISTINE AKOTH OLANG'O,**

**ELIZABETH AKINYI OLANGO,**

**ROSELIDA AWUOR OLANG'O,**

**MARGARET ANYANGO OLANGO,**

**DINAH KAMBURA KIHARA,**

**GEORGE KIHARA MBURU,**

**BONIFACE NDEGE KIRIGIA,**
**Administrator of the ESTATE OF**
**PASKWALE KIRIGIA,**

**SILVANA MBUTHU KIRIGIA,**

**GLADYS GACIGI KIHARA,**

**BONIFACE NDEGE KIRIGIA,**

**BONIFACE NDEGE KIRIGIA,**
**Administrator of the ESTATE OF**
**ERNEST KINYUA KIRIGIA,**

**MARY KIARIE,**

**NOAH KIARIE,**

**REBECCA NYARUAI MUHORO,**

**MUITA THIRIKWA,**

**KEVIN WAMBU KIARIE,**

**SHEILLA NYOKABI KIARIE,**

**RICHARD GITONGA KIARIE,**

**HELLEN NYANJAU,**

**ROSE WANGUI MUITA,**

**PAUL MUHORO MUITA,**

**JANE NYOKABI MUITA,**

**GEORGE THIRIKWA,**

**JOYCE WANJIRU MUNENE,**

**ARTHUR NGANGA GITUKU,**

**LOISE WANJIKU MWAURA,**

**JOSEPH GITUKU NGANGA,**

**ARTHUR GITUKU, Administrator of the ESTATE OF NANCY WAIRIMU GITUKU,**

**NANCY MERCY WAIRIMU NGAGNGA,**

**VIRIDIANA WALEGHWA MATANO,**

**RAYMOND MATANO,**

**ELIZABETH MKALA,**

**NICHOLAS MATANO,**

**SYLVESTER MATANO,**

**RAPHAEL MKALA,**

**VENERANDA MKALA,**

**BLANDINA MKALA,**

**PATRICK MKALA,**

**KAROLI MKALA,**

**MARIANNE MWANZIA,**

**LEVINA MKALA,**

**IVETA MKALA,**

**JOHN MKALA,**

**LUCY MKALA,**

**GALDINO MKALA,**

**FLORIAN MKALA,**

**JAMES OWONDO RATTA,**

**ROSEMARY ADHIAMBO,**

**BERNIE ODHIAMBO RATTA,**

**SUSAN ATHIENO RATTA,**

**GILLIAN AKINYI RATTA,**

**CONSOLATA JUMA HASERO,**

**HENRY OKOTH RATTA,**

**COLLETA AKINY OMBUKU,**

**MARY AWUOR,**

**PETER OTIENO,**

**MARGARET ADHIAMBO,**

**MILLY WAIRIMU NGARI WAROBI,**

**JAMES MBUGA NGARI,**

**RACHEL WAITHERA NGARI,**

**MARK KAMAU NGARI,**

**PAMELA APIYO OLENDE,**

**CORNELIUS OLENDE,**

**GERALD OULA OLENDE,**

**FREDRICK ONYANGO OLENDE,**

**YVETTE RACHIER OLENDE,**

**DOROTHY MONGI,**

**ROSE ADUDA,**

**PETER MUNYORO KANYORO,**

**SUSAN THERU GITARI,**

**THOMAS THEURI MUNYORO,**

**CAROLINE NJERI MUNYORO,**

**FREDRICK GITARI MUNYORO,**

**JOSEPH MATHENGE KANYORO,**

**BEN MUNENE KANYORO,**

**LYDIA WANGECHI KANYORO,**

**SIMON GIKONYO KANYORO,**

**AGNES WACHERA KARUGA,**

**SAMMEI KARIUKI KANYORO,**

**CATHERINE KAARI KANAMPIU,**

**LUCY NJERI JOHANA,**

**AMOS NDUNGU RIGICHA,**

**GRACE NYAMBURA NDUNGU,**

**RACHAEL WAITHIRA NDUNGU,**

**DAVID RIGICHA NDUNGU,**

**JOHN KIMANI NDUNGU,**

**GRACE WANJIRU NDUNGU,**

**GEOFFREY KANJA GITUNGO,**

**NANCY WANJIRU,**

**MOSES N'GUGI,**

**CATHERINE WAMUYU MUNGAI,**

**GRACE WANGUU MUNGAI,**

**MAIGA WAMBUI MUNGAI,**

**CHARLENE JEPKORIR TOO,**

**RUTH CHEROPON KIMUTAI,**

**JOHN KIPKOECH TOO,**

**GRACE KAKENIA TANYASSIS,**

**MIKE HAMILTON M TANYASSIS,**

**MARGARET MEOLY,**

**NOELLE SINTEI TANYASSIS,**

**BRIAN SELELO TANYASSIS,**

**DAVIES NKAITOLE TANYASSIS,**

**JEFFREY LEMAYIAN TANYASSIS,**

**STEPHEN LUKEINE MEOLY,**

**THOMAS MERITEI MEOLY,**

**STEPHEN KAGWATHI KIBACHIO,**

**KIBACHO KIRORONGU GITHII,**

**VERONICAH WANJERI KIBACHIO,**

**JOHN GAKURU KIBACHIO,**

**NELLY WANJIRU KIBACHIO,**

**MERCY WAMBUI KIBACHIO,**

**ALICE NJOKI KIBACHIO,**

**NANCY TITEU METEYO,**

**RUTH SITONIK,**

**IAN KIMANI MWANGI,**

**NANCY METEYO, Administrator of the ESTATE OF SUSAN S SITONIK,**

**SIMON T METEYO,**

**EVA MONARI,**

**SAMWEL SITONIK,**

**GRACE WAMBUI KABARE,**

**KEVIN RUKU KABARE,**

**COLLINS KAMAU KABARE,**

**LYDIA WANJIKU KARANJA,**

**AGNES WANJIRU GIKONYO,**

**ESPHAN MBATIA KABARE,**

**JAMLICK NJOROGE KABARE,**

**LEAH WAIRIMU MUINDE,**

**LOISE HUGIRU MUKIRA,**

**MOSES MUKIRA,**

**JACQUELINE NJERI MUKIRA,**

**MARGARET NYAMBURA MUKIRA,**

**EVELYNE AYOTI AMULYOTO,**

**SHEILLAH MUYUKA KHAGAI,**

**ROSABELLA KASUNGU SHIHEMI,**

**WINNIE MBARIA MAINA,**

**JOHN SHIHEMI,**

**WILLIAM SHIHEMI,**

**LIVINGSTONE SHIHEMI,**

**VIOLET MOGAH,**

**JOHN SHIHEMI, Administrator of the ESTATE OF DARLENE AOKO SHIHEMI,**

**PETER KAHORA MAKENA,**

**CAROLINE KABURA,**

**MAGDALINE WANGECHI,**

**JANET NJERI,**

**RAPHAEL KAMANDE KANYOTU,**

**DOROTHY WANJIRU KAMANDE,**

**JOSEPH KANYUTU KAMANDE,**

**DIANA MUTHONI KAMANDE,**

**DAVID KIMATHI,**

**JEMIMAH SYOKAU MUMO,**

**SIMEON MOMANYI,**

**JEMIMAH MUMO, Administrator of the
ESTATE OF JOYCE MUMO,**

**NORAH D. MOMANYI,**

**JOYCE G. MOMANYI,**

**DORIS K MOMANYI,**

**ALICE MUMO,**

**SABINA KAILU,**

**SCOLLA MWANZIA,**

**MULI MUMO,**

**PENINA JACOB, Administrator of the
ESTATE OF PRISCILA MUMO,**

**JANE KAMENE, Administrator of the
ESTATE OF MARIA MUMO,**

**DANIAL MUTISYA, Administrator of the
ESTATE OF MUTISYA MUMO,**

**FLORENCE WANJIRU KIRAGU,**

**JACINTA WANJIKU NJUGUNA,**

**GERALD NJAU KIRAGU,**

**PETER NJUGUNA KIRAGU,**

**GODFREY NDABU NJUGUNA,**

**CHRISTOPHER NDUNGU NJUGUNA,**

**ANASTASIA MUTHONI NJUGUNA,**

**PATRICIA ANN WANJIRU NJUGUNA,**

**LAURECIA NYAMBURA NJUGUNA,**

**JAMES NDUNGU NJUGUNA,**

**MONICA WAMBUI NJUGUNA,**

**SUSAN KALEKYE NZII,**

**WILSON NZII SONGOLO,**

**JANE SYOMBUA,**

**STANISLAUS MUTISYA NZII,**

**COSMAS MWEU NZII,**

**DAVID MUOKI NZII,**

**THOMAS MUTHUI NZII,**

**DENNIS KIKWAE NZII,**

**MUNIR HUSSEIN M. KARIMJEE,**

**RAZIYA M. KARIMJEE,**

**MANSURALI M. F. KARIMJEE,**

**MEHMUDA M. KARIMJEE,**

**KHYZEMA M. KARIMJEE,**

**DAVID MUNIU NJUGUNA,**

**LUCY MUMBI,**

**ZIPPORAH KABURA,**

**VERONICAH WANJIKU,**

**FRANCIS MUTI,**

**JOSEPH NJUGUNA MUNIU,**

**ELIUD IKOTE MEJA,**

**DAMARIS TEPERSON IKOTE,**

**MEJA OLE NCHOOKI,**

**RAHAB RIMANTO MEJA,**

**REGINA NESIAMO IKOTE,**

**FRANCIS MOOKE MEJA,**

**MARY NTETE PULEI PARAKU,**

**PAULINA LOUISE SIANTO,**

**AGNES SERETI MEJA,**

**LEAH NAIPERIA MEJA,**

**ALBERT TOPUA MEJA,**

**ISAIHIA KOINET MEJA,**

**SPTEPHEN TANTE MEJA,**

**CHARLES KABUI WANJOHI,**

**STANLEY WANJOHI MATHENGE,**

**STANLEY WANJOHI MATHENGE,**
**Administrator of the ESTATE OF**
**MARGARET NJERI,**

**PETER MATHENGE WANJOHI,**

**IRENE WANGARI WANJOHI,**

**RACHEL MUMBI MASEK,**

**JUDI WAIRIMU WANJOHI,**

**SUSAN NG;ENDO WANJOHI,**

**LUCY ANGWILI SEGERO,**

**ELIJAH CHURU MANYEKI,**

**LUCY MUTHONI KIMUHU,**

**GABRIEL KIMUHU WAHINYA,**

**MARY WAMBUI KIMUHU,**

**TANIA WAMBUI KIMUHU,**

**PETER WAHINYA KIMUHU,**

**PAULINE WANJIRU NGANGA,**

**JOYCE NDUTA KIMUHU,**

**JANE KABURA MULLE,**

**ALICE NJERI KIMUHU,**

**SAMUEL NYAUSE OKOTH,**

**MILLICENT CLARIS AKOTH,**

**CALEB NYAUSE,**

**FIONA ACHIENG OKOTH,**

**AGGREY NYAUSE,**

**EDWINA NYAUSE,**

**MARY SIJENYI,**

**DORIS ACHIENG NYAUSE,**

**POLYCARP OTIENO OKECH,**

**MARGARET WANJIKU RUKWARO,**

**ROBERT WAMBUGU RUKWARO,**

**IGNATIUS WAMBUGU RUKWARO,**

**MARY NYAKIAMBI RUKWARO,**

**RUTH RUKWARO,**

**BRETTA MUTHONI MUNGAI,**
**Administrator of the ESTATE OF DAVID**
**NJUGUNA MUNGAI,**

**BRETTA MUTHONI MWANGI,**

**EVA WANJIRU MUNGAI,**

**DOLLY NJERI MUNGAI,**

**NORAKABURA MUNGAI,**

**ALICE WAITWIKA,**

**FLORENCE NJERI WAWERU,**

**PETER MARI,**

**ANNE LEAH KASIVONA BUSAKA,**

**ANNE BUSAKA, Administrator of the ESTATE OF MARITA MUSIMBI JAMI,**

**ANNE BUSAKA, Administrator of the ESTATE OF BARBARA KAKIYA BUSAKA,**

**ALLAN BUSAKA,**

**MARTIN KIKUYU BUSAKA,**

**MARYANNE OBONDO GALLO,**

**EVANS OBANDO GALLO,**

**PATRICIA KAZIRIKA GALLO,**

**ANNE-MARIE GALLO,**

**PETER MBALUKA MUTHOKA,**

**AGNES K MBALUKA,**

**FAITH MORAA MBALUKA,**

**DAMARIS MWENDE MBALUKA,**

**ANITA OBERAI,**

**RAJINDER P OBERAI,**

**DEEPAK OBERAI,**

**NIKHIL OBERAI,**

**RINA SHAH,**

**ASHOK KAPOOR,**

**PETER NJOROGE GICHINGA,**

**GRACE WANJA GICHINGA,**

**JAMES LEE GICHINGA GICHINGA,**

**JOHN KIMANI GICHINGA,**

**JOSEPH GITHU GICHINGA,**

**MARTIN NGUGI GICHINGA,**

**CHARLES MUGO GICHINGA,**

**SAMUEL MUKUNA GICINGA,**

**CHARLES OBUNGU,**

**MILLLICENT BUHYA,**

**JULIA ATIENO OBUNGU,**

**NELSON OBUNGU,**

**JACINTA OBUNGU,**

**HANAH NDUNGE NGUMBI,**

**TABITHA KAVINDU NGUMBI,**

**MATHEW MUTISO NGUMBI,**

**RHODA KAVINYA MUTUA,**
**Administrator of the ESTATE OF**
**GEORGE MUSEMBI NGUMBI,**

**JOEL NDAWA NGUMBI,**

**ALI MZEE GITHIMI,**

**ALI MZEE GITHIMI, Administrator of**
**the ESTATE OF MZEE ALI,**

**HALIMA ABDALLA,**

**ABUBAK KAMAU ALI,**

**FATUMA NJERI ALI,**

**SAID MWANGI ALI,**

**GRACE EMILY KHISA,**

**ROSALIND WANJIRU WANYAGI,**

**PATRICK WANYAGI MURIUKI,**

**BRIAN MURIUKI WANYAGI,**

**CHRISTOPHER KABARE WANYAGI,**

**LETICIA NJERI WANYAGI,**

**JOSEPH MURIUKI KAMURA,**

**PETER MWANGI KIINIKI,**

**SUSAN WANJIRU KIINIKI,**

**CATHERINE WANJIRU THUKU,**

**DEDAN KAMAU GACHAU,**

**DAVID THUKU NDUMBI,**

**DAVID THUKU NDUMBI, Administrator
of the ESTATE OF MARION GATHONI
THUKU,**

**FELISTATS WAMBUI NJAU,**

**FLORENCE WANGUI THUKU,**

**KENETH KANGETHE THUKU,**

**ELIZABETH WANGUI THUKU,**

**JOHN NDUMBI THUKU,**

**CATHERINE NJERI MURIUKI,**

**ALFRED MAINA KANG'ARU,**

**FAITH MURIUKI,**

**E.M., a Minor by Guardian, CATHERINE MURIUKI,**

**NANCY WAMBUI GACHOKA,**

**JENNIFER WANGUI MAINA,**

**LUCY MUTHONI KARUOYA,**

**JANET WANJIKU MAINA,**

**JOHN MACHUA KARUA,**

**JOSEPH MBUGHUA MACHUA,**

**MARY KANYI MACHUA,**

**STEPHEN GACUMA KARUMA,**

**JOHN MUIMI MWANIKI,**

**ELIZABETH WAWEU MWANIKI,**

**MARY M. MWANIKI,**

**MARGARET MWANIKI,**

**FRANCIS MWANIKI,**

**ANN MWANIKI,**

**JOSEPH WAFULA BUYELA,**

**MARGARET NANJALA WAFULA,**

**ROBERT SIMIYU WAFULA,**

**LINDA NEKESA WAFULA,**

**THOMAS THUKU NGANGA,**

**ESTHER NYAMBURA MUNGAI,**

**MARY WANJIKU NGANGA,**

**GERTRUDE WAHU MBUGUA,**

**BERNARD NGANGA THUKU,**

**MARYANNE WANJIKU THUKU,**

**CECILIA WANJIRU NGANGA,**

**CHARLES MWANGI NGANGA,**

**NANCY MUGURE NGANGA,**

**SAMUEL KARAU NGANGA,**

**EUNICE NJERI NGANGA,**

**FRANCIS MBUTHIA NGANGA,**

**SUSAN MUTHONI NGANGA,**

**JOHN KAMAU WAMAKIMA,**

**GLADWEL KABURA,**

**BEATRICE DIAH,**

**JOHN DIAH,**

**BEATRICE DIAH, Administrator of the
ESTATE OF JOSEPH BENJAMIN
ARIWI,**

**JUDITH DIAH,**

**BRIAN DIAH,**

**JACQUELINE DIAH,**

**CHARLES OMONDI ARIWI,**

**JOHN ARIWI,**

**HOSEA ARIWI,**

**SHEM ARIWI,**

**WILLIS ARIWI,**

**PHYLLIS M. PORTER,**

**JONATHAN D. PORTER,**

**RUTH MARAGA SANYA,**

**BRENDA SANYA,**

**HARRIET SANYA,**

**LINET SANYA,**

**JANET NASIALI,**

**HILLARY SANYA,**

**FLORENCE SANYA,**

**MARGARET MARAGA YONGE,**

**HARUN K. NANDWA,**

**FLORAH LUKHOVI VUSARU,**

**JANE KHAGULI,**

**ROSE KHAGULI,**

**WANJIKU KARANJA,**

**LARENCE KARANJA,**

**TITUS KIRAGU,**

**SUSAN KIRAGU,**

**JULIANA NDANGAKARANJA,**

**MARIA WAMUCII KARANJA,**

**KARUSA KIRAGU,**

**PER CERNAL,**

**KARIUKI KIRAGU,**

**ALEX KIRAGU,**

**LAWRENCE KIRAGU,**

**GABRIEL KIRAGU,**

**JANE NYAMBURA WANDUI,**

**ESTHER WARIMI KAMAU,**

**JEREMY NJOROGE WANDUI,**

**ALBERT KAMU WANDUI,**

**MERCY WAIRIMU GICHUHI,**

**JENNIFER JEPKOSKEI CHEBOI,**

**JAMES KIBY CHEBOI,**

**MELANIE JEPTARUS,**

**RENEE JERUTO BIRIR,**

**JESSE KIPLAGAT BIRIR,**

**LILLIAN JERUTO,**

**JOAN JEMUTAI CHEBOI,**

**JOHN KARIUKI MACHARIA,**

**LOISE NYAMBURA MACHARIA,**

**JOHN MACHARIA, Administrator of the
ESTATE OF ANTONY MACHARIA,**

**EDWIN KURIA MACHARIA,**

**MICHAEL MUNGA MACHARIA,**

**IMELDA NJERI MACHARIA,**

**LORNA NYAMBURA MACHARIA,**

**TERESIA WAIRUINI MACHARIA,**

**LYDIA MACHARIA,**

**JAYNE AWINO OLANDO,**

**GORDON N. OLANDO,**

**GRACE A. OGENDO,**

**ADAH S. OLANDO,**

**ALEXANDER G. OLANDO,**

**PAUL O. OGENDO,**

**JOYCE O. OLWEYA,**

**PHOEBE A. NYAGUDI,**

**ROSE A NYAMUNGA,**

**VICTOR AYIEKO MASBAYI,**

**CAROLINE WANJERI,**

**GEORGE ONGATA DANIEL,**

**RUTH EVERLYN ZEBEDEE,**

**RUTH ASIBIKO OKWOMI,**

**JAMES ALBERT OKWOMI,**

**ALFRED KAMWONO GEORGE,**

**JUDITH MALOBA,**

**JOSEPH AGGREY MALANDA,**

**ELIZABETH OKWOMI,**

**WILSON AKONGO ASIBIKO OKWOMI,**

**JOSEPH KINYUANJUI,**

**MARY KINYUANJUI,**

**JOYCE KINYUANJUI,**

**LUCY KINYUANJUI,**

**MONICA KINYUANJUI,**

**IRENE NGENDO KINYUANJUI,**

**PAULINE WANJIKU KINYUANJUI,**

**NANCY WANJIRU KINYUANJUI,**

**WICYLIFE KINYUANJUI,**

**THERESIA WANGARI KINYUANJUI,**

**PATRICIA WANZALLA,**

**MARY A. OKELLO,**

**PAMELA A. WANZALLA,**

**ANNASTASIA WANJIRU,**

**ANNASTASIA WANJIRU, Administrator of the ESTATE OF NOAH KARUGA KOINANGE,**

**ANNASTASIA WANJIRU, Administrator of the ESTATE OF GRACE NGINA MACHUA,**

**PAUL KOINANGE,**

**FRED KARUGA,**

**NICHOLAS KOINANGE,**

**MACHUA KARUGA KOINANGE,**

**MILCAH NJENDO MACHUA,**

**TERESIA NDULU KILONZI,**

**PETER KILONZI MBITHI, Administrator of the ESTATE OF SAMUEL MBITHI NZAU,**

**PETER KILONZI MBITHI, Administrator of the ESTATE OF VERONICA TABITHA,**

**MUNYIVA MBITHI,**

**JANE NDIDA KILONZI,**

**MAGDALINE NTHENYA KILONZI,**

**VERONICA MUNYIRA KILONZI,**

**ROSE NTHAMO KILONZI,**

**RAELA MBULA MWTO,**

**ANJELINA BEATRICE MBITHI,**

**FLORENZIO NYAGA KABEBA,**

**BEATRICE MUTHONI NYAGA,**

**FLORENZIO NYAGA KABEBA,
Administrator of the ESTATE OF FAITH
NGUI,**

**ANTONY KABEBA NGAI MUVITI,**

**JOSHUA KIARO NYAGA,**

**GRACE NDEGI NYAGA,**

**JOHN NYAGA,**

**EUSTACE NYAGA NGAI,**

**BENSON MBURU NGAI,**

**THOMAS IRERI NGAI,**

**ANDRIAN NGUE NGAI,**

**NICETA WAKERE NGAI,**

**LILIAN ANYANGO,**

**COLLYMORE HILLARY OMONDI,**

**VALENTINE NYAWIRA,**

**PAUL KYALO MUSAU,**

**PAULINE MUENI MULWA,**

**JACKSON MUSAU KYALO MUSAU,**

**MERCY MBULWA KYALO,**

**DIXON OLUBINZO INDIYA,**

**DORCAS NEKESA WASIKE,**

JOHN INDIYA IMBUNYI,

ROSILIDA ONYONGE INDIYA,

ANDREW GRIFFIN INDIYA,

MICHAEL INDYIA JOHN,

FESTUS KENNEDY INDYIA,

BUBBA GEORGE NZOMO,

IRENE KANINI THANANGAH,

SAMUEL MUTHAMI KIVINDYO,

KASIOKA MULINGIA,

JULIANA MUTHIKE MULI,

JOYCE WANZA KIVINDYO,

DAVID KIVINDYO,

JOYCE WANZA,

JASMINE SYOMITI MUTHAMI,

JUMA MUTHAMI,

MULWA KIVINDYO,

MUSYOKA KIVINDYO,

MUSTAFA MOHAMMED ALI,

MERCY NYOKABI,

MOHAMMED TAJIR,

FARUQ MUSTAFA,

MAUA NYANDIA MUSTAFA,

AHMED MOHAMMED ALI,

JUMA MOHAMMED ALI,

MAHAMUD MOHAMMED ALI,

**ZUENA MWATSAHU,**

**SHAMSA MOHAMMED ALI,**

**JAMES MUTUA MUTUKU,**

**BERNEDETTE K. MUTUA,**

**CAROLINE M. MUTUA,**

**FRANCIS M. MUTUA,**

**PETER M. MUTUA,**

**TITUS KIVINDYO MUTUKO,**

**BONIFACE MUTUKO,**

**MATHEW MUTUKO,**

**ANAH NGAMI MUTUKO,**

**BENEDICT MUTUKO,**

**CATHERINE MALINDA,**

**CATHERINE MALINDA, Administrator of the ESTATE OF MARTIN MALINDA,**

**CATHERINE MALINDA, Administrator of the ESTATE OF JOSEPH NGUI MUETI,**

**MARGARET MAGIRI NGUI,**

**SARAH MALINDA,**

**TIMOTHY MALINDA,**

**SIMON NGUGI NGUI,**

**PETER CHINA MAGHIRI,**

**CATHERINE MALINDA, Administrator of the ESTATE OF TIMOTHY MUETI,**

**FREDRICK OGADA OBANGA,**

**FREDAH ADEMA LUSIMBA,**

**JENNIFERAGUYA LUSIMBA,**

**DOROTHY WIKHUNZA LUSIMBA,**

**SUSAN AMBUSO LUSIMBA,**

**SAMUEL AMADI LUSIMBA,**

**LEWIS LUSIMBA,**

**PATRICK MUTUKU MAWEU,**

**PHOEBE NDUKU MUNINI,**

**ANNAH WANJIKU MAWEU,**

**MARIANA WANJIKUN MUTUKU,**

**RUTH MUNINI MUTUKU,**

**MBULA MAWEU,**

**FRANCO NDETI MAWEU,**

**SILA MAWEU,**

**MWANGI MAWEU,**

**NJERI MAWEU,**

**FLORENCE MILDRED OWINO,**

**OLUOCH,**

**G.E. OWINO-OLUOCH,**

**SUSAN OWINO KIGAMWA,**

**DENNING JUSTUS OLUOCH,**

**FREDERICK E. OLUOCH,**

**JILL MITOKO,**

**MICAH OWINO OLUOCH,**

**DAVID ORIKO KWANYA,**

**RUTH NGICHO OBURA,**

**MAUREEN A. OLUOCH,**

**GLADYS MUTHONI WANJIRA,**

**WILSON MUIA KIAMBA,**

**LUCIA WANZILU MUIA,**

**NORAH KEKA MUIA,**

**MAUREEN KAVINDU MUIA,**

**VINCENT MUNYAO MUIA,**

**KEVIN KIAMBA MUIA,**

**RENSON NZAU KIAMBA,**

**MICHAEL MBITHI KIMITI,**

**CHRISTINE MBINYA MBITHI KIMITI,**

**DAVID KIMITI MBITHI,**

**JULIANA NDUGE KIMITI,**

**GEORGE MUTISO KIMITI,**

**ROSE NDUKU MUTINDA,**

**ANITA NDUMI, Administrator of the ESTATE OF MARGARET MUENI KIMITI,**

**ESTHER WAGAKI MUCHIRI,**

**HEZEKIAH MWAURA GICHURE,**

**MICHAEL GICHURE MWAURA,**

**GABRIEL MWAURA,**

**CHRISTINA NJERI MWAURA,**

**DORCAS NYABERA,**

TAITORO OMWANDA, Administrator of the ESTATE OF GRISTIANO OMWANDA LITIEMA,

TAITORO OMWANDA, Administrator of the Estate of MARIA SHINANDA,

CHARLOTTE ALWANGA,

SHARON AMWIRU,

KELVIN OMW ANDA MASANGA,

J.A., a Minor by Natural Guardian, TAITORO OMWANDA,

TAITORO OMWANDA, Administrator of the ESTATE OF DOMINIQUE LITIEMA,

SOFERIO CHIBOLE,

JOHN KIBE, Administrator of the ESTATE OF PENINA WAIRIMU KIBE,

JOHN KIBE, Administrator of the ESTATE OF FRANCIS KIBE NJUGUNA,

MARY NYAMBURA KIBE,

GEORGE NJUNGUNA KIBE,

HELLEN MBEERE KIBE,

ANN NYAKINYI KIBE,

MARGRATE WANJIRU KIBE,

JOSEPH MBUGUA KIBE,

FELISTIA WAMBUI KIBE,

PETERSON MUTUKU KIVUVA,

MARY MWANZA MAITHYA,

MARY MIKALI KIVUVA,

RAPHAEL KIVUVA MUTUKU KIVUVA,

**SAMUEL MAITHYA MUTUKU KIVUVA,**

**AGNES NDUNGE MUTISYA,**

**SAMUEL MUTHAMA KIVUVA,**

**NZAU JOHN MUTULA,**

**JOSPHAT MUTULA KIVUVA,**

**ROSE NDUKU MURIITHI,**

**FLORENCE WANGECI KIOKO,**

**WINFRED WAMBUI GICHURU,**

**WINFRED GICHURU, Administrator of the ESTATE OF GABRIEL GICHURU KURIA,**

**WINFRED GICHURU, Administrator of the ESTATE OF VERONICA WANJIKU GICHURU,**

**PETER KURIA GICHURU,**

**CATHERINE NJERI,**

**DOMINIC WAWERU,**

**WINFRED GICHURU, Administrator of the ESTATE OF LAWRENCE KIMANI,**

**ROSELIDER ELENOR OTIENO,**

**ROSELIDER OTIENO, Administrator of the ESTATE OF MICHAEL F. OTIENO ONYANDO,**

**JUDITH JENNIFER NECHESA ODWAKO,**

**STEPHEN OTIENO,**

**ROSELIDER OTIENO, Administrator of the ESTATE OF JOHN JUSTUS,**

**WESONGA ODWAKO,**

**FREDRICK WANGATIA ODWAKO,**

**JAMES ERIC OPONDO ODWAKO,**

**CATHERINE VIOLET ODHIAMBO,**

**FLORENCE MOYI ODWAKO,**

**ANN KUSERO,**

**FRANCIS SUAKEI KUSERO,**

**KENNEDY KISEMEI MUTHONGO,**

**ANGELA KUSERO,**

**ARNOLD KUSERO,**

**ALEX KUSERO,**

**RICHARD SIAMETO,**

**EZEKIEL MASEK,**

**HERIN CONNIE OTIENO,**

**EDWIN OTIENO OMBAJO,**

**EVANS C ODHIAMBO OMBAJO,**

**ALAN OTIENO,**

**ROSE OTIENO,**

**EDWIN OTIENO,**

**JOEL OMEDO OGADA,**

**REBECCA ATIENO OGADA,**

**LOICE ODIPO NYATENG,**

**HERIN CONNIE OTIENO, As Administrator of the ESTATE OF BENJAMIN ALARO,**

**HERIN CONNIE OTIENO, As Administrator of the ESTATE ASHA NDALO,**

**HERIN CONNIE OTIENO, As Administrator of the ESTATE OF MARYO OLOO,**

**LINDA OKUDO,**

**ALFRED FREDRICK ODHIAMBO,**

**CLEOPHAS OMORO NYAN'GUTE,**

**TERRY AKOTH ODHIAMBO,**

**ALICE ADHIAMBO OUMA,**

**JOSEPH ODUOR OMORO NYAN'GUTE,**

**CHRISTOPHER OWOR OMORO,**

**SAMWEL OBIERO OMORO,**

**SYLVESTER OMONDO OMORO,**

**MILDRED A. AHENDA,**

**PATRICK AHENDA,**

**JOHN AHENDA,**

**PETRONELA AHENDA,**

**JANET AHENDA,**

**BRIAN AHENDA,**

**JANE OMOLLO-OBUNGU,**

**EDITOR OBUNGU,**

**SUSAN OBUNGU,**

**JAIRO O. OBUNGU,**

**ROBERT F. GODEC,**

**LORI MAGNUSSON,**

**EUNICE KIHU,**

**EUNICE KIHU, Administrator of the ESTATE OF JOTHAM KIHU NGERO,**

**NANCY WANJIKU KIHU,**

**WACHIRA NDWIGA,**

**JOSEPHINE WANJIRU GETHI,**

**ESTHER NJERI MWANGI,**

**JENNIFER WANGARI KIBE,**

**CATHERINE WANGUI KIHU,**

**NICHOLAS NGERO KIHU,**

**GODFREY MAINA KIHU,**

**STEPHEN MWINGA KIHU,**

**NEWTON GITHAIGA KIHU,**

**WILBERFORCE WANJAU KIHU,**

**AGGREY N. ABUTI,**

**FLORENCE ABUTI,**

**STEYEN ABUTI,**

**BONIFACE ABUTI,**

**PEKES ABUTI,**

**PETER ABUTI,**

**FELIX MAKANYA ABUTI,**

**MERCY NASICHE ABUTI,**

**FRIDAH AUMA ABUTI,**

**FRANCIS AKAFWALE ABUTI,**

**THOMAS GAKOBOKURIA,**

**THOMAS GAKOBO KURIA,
Administrator of the ESTATE OF LUCY
WANJIRU GAKOBO,**

**ERASTUS MUTHU GAKOBO,**

**EPHRAIM KURIA GAKOBO,**

**NELIUS WAMBUI,**

**JOHN NDUTHA,**

**JAMES MAINAMACHARIA,**

**BANCY WACHUKA,**

**MAINAMACHARIA,**

**RUTH WANJIRU MAINA,**

**ANN NJAMBI MAINA,**

**ESTHER MIRIGO MAINA,**

**LILLIAN KENDI NJERU, Administrator
of the ESTATE OF ALEXANDER
CONSTANTINE NJERU,**

**FAITH KAARI NJERU,**

**KENETH MBAABU NJERU,**

**LILLIAN KENDI NJERU,**

**LIZA MWENDE NJERU,**

**BRENDA NJERU,**

**SARAH NJERI,**

**PERIS KANGETHE,**

**ROBERT KANGETHE,**

**PAUL MBOGUA,**

**ACQUINATTA MUSONYE,**

**REDEMPTA ATIENO WERE,**

**RICHARD OMONDI OMONDI WERE,**

**DANIEL NYAKOKO OINGO,**

**TERESA ATIENO NYAKOKO,**

**CENTRICK OCHIENG NYAKOKO,**

**VINCENT OTHIENO NYAKOKO,**

**TONNY OMONDI NYAKOKO,**

**BONIFACE KIRIGIA, Administrator of the ESTATE OF JAMES KIMATHI KIRIGIA,**

**SUSAN WANJIKU WAWERU,**

**DAVID MWIRIGI KIMATHI,**

**ASHLEY KARIMI KIMATHI,**

**JULIUS NYABUTI MUGOYA,**

**TERESA MIRERA,**

**PASKARIA KEMUMA MUGOYA,**

**MUGOYA MUGOYA SAMSON,**

**GRACE BONARERI MUGOYA,**

**GEORGE OSORO MUGOYA,**

**PENINA MOKEIRA MUGOYA,**

**GEOFFRY BOSIRE MUGOYA,**

**DENNIS NYAKUNDI MUGOYA,**

**STELLA KEMUNTO MUGOYA,**

**THERESE NGATIA,**

**PETER MUCHIRI NGATIA,**

**PERIS MUTHONI MWANGI,**

**LONG M. NGATIA,**

**PAUL M. NGATIA,**

**DONALD M. NGATIA,**

**MARGARET W. MWANGI,**

**ANTONY MURIUKI,**

**BETH NJERI MWANGI,**

**GEORGE WAWERU KURIA,**

**JUNE N. WAWERU,**

**KURIA NJANG'IRIA,**

**CHARLES KURIA WAWERU,**

**MARGARET KURIA,**

**GRACE N. KURIA,**

**SIMON N. KURIA,**

**ROSE W. KUNG'U,**

**ISAAC KURIA,**

**HANNAH WANGUI KURIA,**

**KIZZIAH KURIA,**

**LYDIAH MWANGI,**

**RAHEL WANJIRA MWANGI,**

**GEORGINA WANJA WANJIRU,**

**HANNAH MUMBI MWANGI,**

**ESTHER GATHONI MWANGI,**

**FRANCIS WAMBUGU MWANGI,**

**JANE WANDIA KIBUGA,**

**EVANGELINE WAMUYU MWANGI,**

**PITY WARUGURU GICHIMU,**

**MURIUKI MWANGI,**

**GEOFFREY KARUKU MWANGI,**

**MICHAEL WAIGWA MWANGI,**

**SIMON MUNYIRI MWANGI,**

**MAUREEN CLARE WANJIKU and
MARGARET WAMBUI KAIRO
WAIRIMU, Administrators of the
ESTATE OF JANE THERESA KAIRO,**

**MAUREEN CLARE WANJIKU,**

**MARGARET WAMBUI KAIRO,**

**WAIRIMU,**

**POLYCAP OMONDI BONDO,**

**JUDITH AKOTH OMONDI,**

**BRENDA ADHIAMBO OMONDI,**

**TOBIA OKECH BONDO,**

**RAPHAEL IMBIAKHA OMWANGU,**

**MARY MASITSA IMBIAKHA,**

**RACHEL ASIKO ANYANGU,**

**ANGELA ANYEMBE,**

**DANIEL OMUKHABALI,**

**CAROLINE MUDASIA,**

**VATALIS ALWALA,**

**F.A., a Minor by Guardian, MARY
IMBIAKHA,**

**I.A., a Minor by Guardian, MARY IMBIAKHA,**

**MERCY ANYANGO,**

**JOHN OTIENO OLOO,**

**PATRISIA AKINYI OTIENO,**

**GEORGE CHARLES ODUOR OTIENO,**

**MATTHEW ONIANGO OTIENO,**

**ERICK ODHIAMBO OTIENO,**

**EUNICE ATIENO OTIENO,**

**FRACO OCHIENG OTIENO,**

**DAN WILIS ODUOR ALOO,**

**ROSE ANYANGO ALOO,**

**LILIAN AKINYI ALOO,**

**SETH MAKUMI,**

**JOYCE KATUNGE KITUMI,**

**MILDRED NDUNGE KITUMI,**

**RACHEL MUKULU KITUMI,**

**GEOFFREY MAKUMI KITUMI,**

**RECHO KALENDI MAKUMI,**

**SETH KITUMI MAKUMI, Administrator of the ESTATE OF MARTIN MAKUMI,**

**MARGARET THOKI MAKUMI,**

**ZIPORAH MUKAMI MAKUMI,**

**JESSICA LUNG'AHO,**

**MARY WANJIKU MBUTHIA,**

**MBUTHIA GICHUKI,**

**MARY WANJIKU MBUTHIA,**
**Administrator of the ESTATE OF SARAH**
**WAIRIMU NGANGA,**

**HENRY NGANGA KAMANO,**

**SUSAN NDUTA,**

**APOLLO JOEL NGANGA,**

**HOSEAH MICHENG NGANGA,**

**JAMES JOEL NJENGA,**

**EVERSON KABOGO NGANGA,**

**TIMOTHY JOWELL KAMANO,**

**ANN NJOKI GICHINGA,**

**MARY KAARI RUGENDO,**

**MATI KABUBU,**

**NORA MATI,**

**BRIAN MUTWIRI RUGENDO,**

**AYLEEN WANJA RUGENDO,**

**JOSPITER MURIITHI,**

**MEDRINE MUTHONI,**

**JAMES NDUNGU WAMBUGI,**

**LYDIAH WAIRIMU NDUNGU,**

**JOEL KAHUTU WAMBUGI,**
**Administrator of the ESTATE OF MARY**
**WANGARE WAMBUGI,**

**ESTHER NYAMBURA NDUNGU,**

**ROSEMARY WANJIRU NDUNGU,**

**VIRGINIA WANJIRU NDUNGU,**

**MILKAH GATHONI NDUNGU,**

**SUSAN WAMBUI NDUNGU,**

**JANE WAIRIMU NDUNGU,**

**GRACE NJERI NDUNGU,**

**FRANCIS GITAU NDUNGU,**

**BERNARD NJOROGE NDUNGU,**

**JOEL KAHUTU WAMBUGI,**

**MESHACK YIORE,**

**MARITHA JALENGA OMOJE,**

**ALICE KADENYI YIORE,**

**RUTH KAMGARI YIORE,**

**THOMAS KAVERENGE YIORE,**

**SUSAN MWANISA YIORE,**

**LINET MUHONJA YIORE,**

**EMMANUEL LUTUNGO YIORE,**

**MARY EBOSO,**

**GRACE ANDIDI,**

**JOHN MUNDI,**

**JANE MUTHONI WANGOMBE,**

**EUSTACE MUNDI M'THAMBU,**

**JERITHA IGOJI MUNDI,**

**MERCY WANJA MUNDI,**

**KEVIN KIMATHI MUNDI,**

**JOSEPHINE KAARI NJAU,**

**PATRICK MUGO MUNDI,**

**DENIS KINYUA,**

**EDWIN KARA,**

**MOSES OKWOMI,**

**HAMZA GIRNARY,**

**MARY REBECCA WANJA NDUATI,**

**LUCY KABURA NDUATI,**

**JOYCE KABURA WANJA,**

**BEATRICE WAIRIMU NDUATI,**

**NANCY MURUGI NDUATI,**

**ANNE WANJIKU NDUATI,**

**ESTON MACHARIA NDUATI,**

**JAQUELINE WAITHIKI NDUATI,**

**FAITH NJERI NDUATI,**

**SERAH NYAMBURA NDUATI,**

**JOSEPHINE NZILANI MUTHOKA,**

**HANNINGTON NDUNGA KIOLI,**

**JOSEPHINE NZILANI MUTHOKA,**
**Administrator of the ESTATE OF ALICE**
**MUTHOKA,**

**ERIC MUTHOKA,**

**HELEN KUTE,**

**JOSEPHINE NZILANI MUTHOKA,**
**Administrator of the ESTATE OF**
**MARGRET MUTHOKA,**

**MARIAM RAMADHAN,**

**ZAINABU WAMBUI RAMADHAN,**

**ISA MBUGUA RAMADHAN,**

**JUMA KIMANI, Administrator of the ESTATE OF FATUMA NJERI RAMADHAN,**

**JUMA KIMANI, Administrator of the ESTATE OF SAWN NJERI RAMADHAN,**

**JUMA KIMOTHO RAMADHAN,**

**MUSA NJIRU RAMADHAN,**

**ASMINI NJERI RAMADHAN,**

**ABDULRAHMAN GATHURU,**

**RAMADHAN,**

**HAMZA JUMA NYANYILE,**

**SIKITU HUSSEIN FUNGA,**

**AZIZ MOHAMED THOMAS,**

**SHEILA AZIZ MOHAMED,**

**PHILLIP JONATHAN POMONI,**

**JOYCE RENATUS,**

**LADISLAUS POMONI,**

**THOMAS ODHIAMBOONGORO,**

**SILPHER ATIENO ONGORO,**

**JOHNSON ONGORO,**

**MARGRET AWITI ONGORO,**

**JACKLINE AUMA ONGORO,**

**DIANA ACHIENG ONGORO,**

**MICHAEL J.B. ONGORO,**

**CAROLINE AUMA ONGORO,**

**JANE ATIENO ONGORO,**

**FLORENCE ADHIAMBO ONGORO,**

**JOYVE ADOYO OKIKI,**

**TOBIAS SUDI ONGORO,**

**STEPHEN NJIHIA NDUNGU,**

**AGNES WANGUI MUTHAKA,**

**NDUNGU GACHOGO,**

**NJERI NDUNGU GACHOGO,**

**MARY WANJIRU NDUNGU,**

**PENINAH WAIRIMU NDUNGU,**

**SISILIA WAMBUI GATHII,**

**JANE WANGUI NJENGA,**

**GRACE WAITHIRA NDUNGU,**

**CHARLES NJOROGE NDUNGU,**

**REGINA WANGARI NDUNGU,**

**NAOMI WANJIKU NDUNGU,**

**ELIZABETH WANJIKU NDUNGU,**

**ROBERT MACHARIA MUNGAI,**

**GRACE WAMBUI MACHARIA,**

**IRENE NGINA MACHARIA,**

**RACHEL WANGUI MACHARIA,**

**PETER MUIRURI,**

**MARGARET NJERI,**

**MERCY WANJIKU,**

**JOYCE WANJIRU,**

**ANN MUTHONI,**

**EUNICE WACHEKE NJERU,**

**DAVID NJERU KINYANJUI,**

**KENNETH KIARIE NJOROGE,**

**RUTH S. WANGUI NJERU,**

**MARGARET NJERI NJERU,**

**LUCY WAMBUI KIARIE,**

**MARY WANGARE KIARIE,**

**JEAN WAITHIRA KINYANJUI,**

**CATHERINE WAMBUI KINYANJUI,**

**EDWARD GITAU KINYANJUI,**

**MARY MUTHONI NDUATI,**

**LUCY MUMBI MWANGI,**

**JANE WAIRIMU NJUNG'E,**

**JANE WAIRIMU NJUNGE,**
**Administrator of the ESTATE OF**
**MARGARET WANGUI,**

**CAROLINE WANGUI WAIRIMU,**

**ESTHER WANJIKU NJUNG'E,**

**PAUL NJUGUNA NJUNG'E,**

**JIMMIE MUIGAI NJUNG'E,**

**GRACE WANGARI NJUNG'E,**

**SERAH WANJIKU NJUNG'E,**

**KAMAU MBUGUA,**

**PRISCILLA WANJIKU KAMAU,**

**DAMARIS WANJIKU KAMAU,**

**NANCY WAMBUI KAMAU,**

**ZACHARIA MBURU KAMAU,**

**PATRICK MUCHUGE,**

**FLORENCE MUEMA,**

**ALEXANDER MUEMA,**

**CAROLINE MUEMA,**

**LILIAN MUEMA,**

**SAMUEL MUEMA,**

**NANCY MWIHAKI KARANU,**

**GRACE WAMBUI MUIGAI,**

**JAMES KIMANI MUIGAI,**

**SAMUEL KARANU MUIGAI,**

**THOMAS NGURE MUIGAI,**

**MARY NDUKU MUNYAO,**

**REBECCA KANINI MUTISYA,**

**ELIZABETH WAWEU MWANIKI,**

**VERONICA MUTHEU MULWA,**

**MATHA KALOKI,**

**DAMARIS MICHAEL,**

**AGNES MONTHE MUTUA,**

**FLORENCE KHAUKANI ASHIKA,**

**WILBERFORECE AMAKOBE,**

**MURONO,**

**MOURINE ABISINWA MURONO,**

ALICE LUBANGA MURONO,

SIMON NGINYA ANTHONY,

MERCY NGEMA NGIGI,

PETER WANYOIKE HINGA,

MARGARET WAITHIRA WANYOIKE,

LEONARD THAIRU WANYOIKE,

EVANS MUCHIRI WANYOIKE,

CATHERINE MWIHAKI WANYOIKE,

JACKLINE MUGURE MUCHAI,

JOSEPH CHEBOI,

ALICE JEPKEMEI BETT,

PENINAH WAITHERA WAIGANJO,

RACHEL WAIRIMU MUKUHA,

JEMIMAH WAIRIMU MWANGI,

FRANCIS MACHARIA NJUGUNA,

NAOMI NJOKI NJUGUNA,

SUSAN NJERI KARUGA,

JOSEPH MUKUHA NJUGUNA,

ESTHER WANJIRU KIBUI,

JOHN MACHARIA MUNGAI,

VERONICA WAMBUI,

JOYCE WANJIRU,

JOYCE WANJIRU,

HANAH MUTHONI,

LILIAN WACHERA,

**CATHRINE NYIHA,**

**KEVIN MUNGAI,**

**PURITY WAMBUI MWAGANU,**

**BEATRICE IDACERA,**

**FRANCIS WAINAINA MUNGAI,**

**RUFUS NJOGU MUNGAI,**

**MARY WANJIRU CHIRA,**

**JOSEPH MWANGI MAINA,**

**HILDA NJOKI MAINA,**

**CYRUS CHIRA MAINA,**

**JAMES KIHARA MAINA,**

**PAULINE WANJIKU MAINA,**

**JACUILINE KHALIBWA, Administrator of the ESTATE OF THOMAS MUKHOBI ARUNGA,**

**VIOLET KHAHOMBI ARUNGA,**

**JACUILINE KHALIBWA,**

**FREDRICK LUVEMBA ARUNGA,**

**FELISTUS AYESA,**

**KEVIN MUKHOBI ARUNGA,**

**LUCY MWONGELI MULOKI,**

**MIRIAM BELTA MUMO,**

**SEBASTIAN MUTUNGA,**

**EUNICE RAEL,**

**BRIDGID LTUMBI,**

**LUCIA NZAMBA,**

**VERONICA MUTUA,**

**ALFRED NDILE,**

**GRACE WAMBUI,**

**ANNE NJERI,**

**DAVID KANJA,**

**STEPHEN KUBAI,**

**JOHN NGUGI,**

**UNICE MUTHONI,**

**AGNES NDUKU MUEMA,**

**DAVID WAMBUA MUEMA,**

**JACKSON KILEE MUEMA,**

**ESTHER SYOKAU MUEMA,**

**JOEL MUTUKU, Administrator of the
ESTATE OF JOSEPH NGUTA
WAMBUA,**

**JOYCE NZILANI WAMBUA,**

**MERCY WANZA MUSAU, Administrator
of the ESTATE OF ANNAH NTHOKI
WAMBUA,**

**CHARLES MWEU WAMBUA,**

**SAMMY NGUTA WAMBUA,**

**WILSON WAMBUA NGUTA,**

**JOEL MUTUKU NGUTA,**

**DAVID MULLI MBITHI,**

**STELLAMARIS SYOMBUA MULLI,**

**PATRICK MWANGANGI MULLI,**

**JANE KANINI MULLI,**

**SIMON NZOMO MULLI,**

**MICHAEL NZAU MULLI,**

**REDEMPTA MWENDE MULLI,**

**JACKLINE MUTHEU MULLI,**

**FLORENCE OYENGA OKOTH,**

**JOSEPH OKOTH,**

**FLORENCE OKOTH, Administrator of
the ESTATE OF CEACILIA AURA
OGOUY,**

**ALVIN OBAMBO,**

**DOROTHY OKOTH,**

**SCHOLASTICA OKOTH,**

**IMELDA OKOTH,**

**VIVIAN OKOTH,**

**EVELYN OKOTH,**

**BEATRICE WANJIRA KANYONGA,
Administrator of the ESTATE OF
REUBEN KANYONGA RUGWE,**

**JOYCE WANJA KANYONGA,**

**MIRIAM WAMAITHA KANYONGA,**

**BEATRICE WANJIRU KANYONGA,**

**LUCY WAIRIMU KANYONGA,**

**NAOMI WAMBUI KANYONGA,**

**WILLIE RUGWE KANYONGA,**

**GRACESUSAN NKIROTE OKUBO,**

**GEORGE H. OKUBO,**

**JOYCE KINYA MARANGU,**
**Administrator of the ESTATE OF DAVID**
**J. MARANGO,**

**JOYCE K MARANGU,**

**JOY BARBARA H. OKUBO,**

**EUGENE MARIUS OKUBO,**

**JOYCE KINYA MARANGU,**
**Administrator of the ESTATE OF DAN**
**PAUL MURIITHI,**

**PETER MWENDA MARANGU,**

**STEPHEN MUTHOMI MARANGU,**

**MICHAEL MURIUNGI MARANGU,**

**CHRISTABEL KARIMI MARANGU,**

**FRANCIS HINGA NJUI,**

**CATHELINE WAIRIMU HINGA,**

**TABITHA MUGURE NJUI,**

**WINNIE MUGURE HINGA,**

**GRACE WANJIKU HINGA,**

**LILIAN WANJIRU HINGA,**

**LAWRENCE KINYANJUI HINGA,**

**REUBEN KIAMBUYTHI HINGA,**

**HANNAH MUTHONI HINGA,**

**JOHN MUYA KINYANJUI HINGA,**

**SURINDER KAPILA,**

**DINESH KAPILA,**

**VARUN KAPILA,**

**SHALINI BHUCHAR,**

**DANIEL MACHARIA MWANGI,**

**PURITY WANGUI MACHARIA,**

**MARY WANJIRU MWANGI,**

**MARY WANJIRU MACHARIA,**

**FRANCIS MWANGI MACHARIA,**

**MERCY MUTHONI MACHARIA,**

**VERONICA NDITI MULINGE,**

**SIMON NYAGII NGATIA,**

**ANASTASIA W. CHEGE,**

**MAGDALINE MUKAMI NGATIA,**

**DIANA MUKAMI NYAGII,**

**GRACE WANGUI NGATIA,**

**CECILIA WANJIKU NGATIA,**

**WINFRED WAHIGA NGATIA,**

**THOMAS MUHORO NGATIA,**

**LEONARD MWANGI NGATIA,**

**SAMUEL B. ISABOKE,**

**PATRICIA NYABOKE MASESE,**

**HEZRON NYARINDO ISABOKE,**

**NANCY KWAMBOKA ISABOKE,**

**JAPHET ONGAKI BHONDA,**

**RUTH MORAA ISABOKE,**

**LILIAN BOSIBORI ISABOKE,**

**ELIJAH JANAI ISABOKE,**

**ROSE WAITHIRA NYAGA,**

**PETER NYAGA MUNYI,**

**JOY MUKEN NYAGA,**

**FAITH MUTHONI NYAGA,**

**ROSE THUGURI KINUTHIA,**

**NEWTON EUGENE GATHONGU,**

**KIBUCHI,**

**RACHEL WARUGURU GATHUNGU,**

**CYNTHY OLIVIA MUTHONI,**

**KINUTHIA,**

**EARL MWARIRI KINUTHIA,**

**FLOYD GATHUNGU KINUTHIA,**

**GEORGE KIBUCHI GATHUNGU,**

**CHRISTINE L. BISHOP,**

**SUSAN W GATHUNGU,**

**JOSEPH MUREITHI GATHUNGU,**

**PRISCILLA WAIRIMU KUNG'U,**

**MARIA MULLEI,**

**MUALUKO KIMUYU NDETO,**
**Administrator of the ESTATE OF MALIA**
**KAVINDO LAZARO,**

**ANTHONY NDUNDA,**

**JOSHUA KIOKO,**

**MARGARET MUENI NZIOKA,**

**JOHN KIBAGENDI MORIASI,**

**GLADYS KIBAGENDI MORIASI,**

**TERESIA BOYANI,**

**LYDIA NYAMOITA,**

**STEPHEN MORIASI,**

**JOSHUA MARORIA,**

**JERUSHA WAJIKU KARUTHIRU,**

**JANE WANGU MWANGI,**

**JONATHAN MAINA MWANGI,**

**JAMES NGUNYI MWANGI,**

**JOHN NGUNGIRI NGUNYI,**

**JOYCE MUTHONI CHEGE,**

**ESTHER MUHINDI,**

**PETER KIMITI NGUNYI,**

**MUTANI NGUNYI,**

**JAMES MAINA NDIRANGU,**

**MARGARET WAMBUI MAINA,**

**PETER NDIRAGU MAINA,**

**MARTIN GITHUI MAINA,**

**CHARLES KAMAU MAINA,**

**PAUL WAHOME MAINA,**

**ISAAC MARSHELLE KATAKA,**

**HELLEN ADHIAMBO OLUOCH,**

**WILLIS OLUOCH KOSURA,**

**CORNELIA BANJA,**

**KELVIN OLUOCH OSURA,**

**FLORENCE ATHIENO OLUOCH,**

**MAUREEN ADHIAMBO OLUOCH,**

**MARTIN BANJA OLUOCH,**

**ROSEMARY ACHIENG,**

**VICTOR BANJA,**

**PAULINE BANJA,**

**FRANCIS NZANGI KITUTO,**

**FRANCIS MWORIA MWONGERA,**

**EMMA WAITHIRA MWAMBURI,**

**TONY NJUGUNA, Administrator of the
ESTATE OF FESTUS NJUGUNA,**

**TONY NJUGUNA,**

**MARY NJUGUNA,**

**ALVIN NJUGUNA,**

**JOHN NJUGUNA,**

**NELSON NJUGUNA,**

**MICHAEL NJUGUNA,**

**ELIZABETH NYABOCHWA,**

**NYAMWARO,**

**ALOYS NYAMWARO,**

**CAROLINE NYAMWARO,**

**HELENNE NYAMWARO,**

**ROY NYAMWARO,**

**LILIAN NYAMWARO,**

**ANASTASIA MONAYO RATEMO,**

**LAWRENCE NYAMWARO,**

**MIRIAM NYAMWARO,**

**ESTHER KABURI,**

**DAVID KABURI,**

**JOHN KABURI,**

**JOYCE KABURI,**

**PAMELA ABUYA,**

**TERESA KABURI,**

**SIMON ONDERI ONYANCHA,**
**Administrator of the ESTATE OF**
**EZEKIEL ONYANCHA KABURI,**

**KENNEDY MOCHERE KABURI,**

**JOSEPH MUCHOKI MANYEKI,**
**Administrator of the ESTATE OF ELIUD**
**MANYEKI MUCHOKI,**

**PERIS W MANYEKI,**

**MARGARET KABURU MUCHOKI,**

**ANNAH WANJIRU MANYEKI,**

**JOSEPH MUCHOKI MANYEKI,**

**RUTH WACHUKA MANYEKI,**

**NANCY WANJIKU MANYEKI,**

**ALICE WAITHERERO MANYEKI,**

**NAOMI WAGATURI MANYEKI,**

**AGNES WANGUI MANYEKI,**

**GRACE WANJA MANYEKI,**

**ELIUD MANYEKI WAKOJE**
**MUCHOKI,**

**LAURA MUTHONI MUCHOKI,**

**ERIC MUCHOKI MUCHOKI,**

**BRENDA WANJIRU MUCHOKI,**

**MANYEKI ERIC MUCHOKI,
Administrator of the ESTATE OF
WINNIE WANJA MUCHOKI,**

**BENTA OSEA KAMIRE,**

**BENTA OSEA KAMIRE, Administrator
of the ESTATE OF PATRICK JULIUS
KAMIRE,**

**ISABELLA AKO OGUCHE,**

**EVELINE ACHIEN KAMIRE,**

**GAUDENSIA AKINY KAMIRE,**

**MICHAEL KAMIRE,**

**LUCY ADHIAMBO KAMIRE,**

**JANE ATIENO ODESSEY,**

**PAULINE ANIANGO OGUCHE,**

**BERNARD OTIENO OGUCHE,**

**MICHAEL OGUCHE,**

**BEATRICE WANJIRU WACHIRA,**

**JOHN ADAGALA KAVAGI,**

**RUTH MUTHONI WACHIRA,**

**PAUL WACHIRA GITHU,**

**EDITH WAMBUI WACHIRA,**

**MARGARET WANGARI WACHIRA,**

**JOYCE GATHIGIA WACHIRA,**

**EMA WAIRIMU WACHIRA,**

**ANNE MWAMBURI ONDENG,**

**AMINA MOHAMED HAJI,**

**EVANS OLWAL,**

**MOSES THURURA,**

**AGNES NJOKI THURURA,**

**MARTHA WANGUI GICHEGE,**

**JOLLYN WANGUI THURURA,**

**DENIS KIRAGU THURURA,**

**CATHERINE THURURA KAISER,**

**PHILIP GICHEGE,**

**STEPHEN KIBERA,**

**ROSE LINDA OKUDO,**

**RUTH OKUDO,**

**PETER JURA OKUDO,**

**ANNA SHAW,**

**SALLY OKUDO,**

**GRACE OKUDO,**

**NORMAN OKUDO,**

**GRACE AGENG'O,**

**JOYCE ONYANGO,**

**PERIS NYAWIRA THAIRU,**

**ESTHER WAMBUI THAIRU,**

**MARTIN MAINA THAIRU,**

**CAROLINE WAMBUI THAIRU,**

**JAMES MUNGAI GATHECA,**

**BONIFACE KINYAJUI GATHECA,**

**SIMON NGIGE GATHECA,**

**WILLY NDONDO KIOKO,**

**PETER GITUNDU,**

**KSIA NYOKABI GATUNDU,**

**LILIAN NYAMBA GITUNDU,**

**ESTHER WANJA GITUNDU,**

**PERIS WANJIKU GITUNDU,**

**MICHAEL KAMAU GITUNDU,**

**MARGARET WANGUI GITUNDU,**

**JANE WAIRIMU KIRAGU,**

**FLORENCE WANJIKU WAIREGI,**

**MARY MWIHAKI KIRAGU,**

**ELIJAH AMACHARIA KIRAGU,**

**JOHN MWANGI MBURU,**

**JANE NJERI GITHU,**

**TABITHA MBURU, Administrator of the ESTATE OF HENRY MBURU NGARACHU,**

**TABITHA WANGUI MBURU,**

**HENRY MBURU MWANGI,**

**SYLVIA WANGUI MWANGI,**

**NICHOLAS KARIUKI MBURU,**

**MARY MUTHONI MBURU,**

**JAMES WAMBUA HAMISI NDEMWA,**

**ELIZABETH NTHENYA KALULU,**

**ZIPPORAH NZILANI WAMBUA,**

**MASHAKA MAARIFA WAMBUA,**

**YUSUFU LULE WAMBUA,**

**WASHINGTONE KIBWANA WAMBUA,**

**JUSTUS SAMBA WAMBUA,**

**PAULINE WANJIRU KAMUTI,**
**Administrator of the ESTATE OF**
**PATRICK KAMUTI KAMAU,**

**PAULINE WANJIRU KAMUTI,**

**CHARLES KAMAU KAMUTI,**

**LUCY NJERI,**

**FLORENCE THITHU,**

**JANE WANJIKU KAMUTI,**

**MARTIN NGUGI KAMUTI,**

**VINCENT MURIA IGIRI KAMUTI,**

**KEZIA ORINGO OMINDE,**
**Administrator of the ESTATE OF SAM**
**OMINDE DURO,**

**KEZIA ORINGO OMINDE,**

**MICHELLE AKINYI OMINDE,**

**LASHON ACHIENG OMINDE,**

**MERCY THABITHA DURO,**

**SARAH WANGARI MWANGI,**

**JONAH MWANGI GITAU,**

**SARAH WANGARI GITAU,**

**ANN NJERI GITAU,**

**GEORGE NGARURIYA GITAU,**

**SIMON CHEGE MWANGI,**

**ALLAN MURIU MWANGI,**

**JOSEPH THUO MWANGI,**

**NAOMI NJERI MWANGI,**

**TOM LUDWARO CHOGO,**

**JIMMY MULEI,**

**NJOKY MULEI,**

**JIMMY MULEI, Administrator of the ESTATE OF SAMMY MULEI,**

**JIMMY MULEI, Administrator of the ESTATE OF NAOMI MULEI,**

**JAMES MUTUA MULEI,**

**GEORGE KIVINGI MULEI,**

**CHRISTOPHER LOKI MULEI,**

**ROSSY NDUMI MWALIMU, Administrator of the ESTATE OF FRANCO DENIS NZILO,**

**ROSSY NDUMI MWALIMU,**

**HANNAH KILITI MUNYASIA,**

**PARMENAS NZILU MUNYASIA,**

**ANNE KANTANU MUTHINZI,**

**MAUREEN VIATA MUTHINZI,**

**YVONNE MARTHA MUTHINZE,**

**NATASHA KOKI, Administrator of the
ESTATE of GIBSON MUNYASIA
NZILU,**

**DEREK WAMBUA MUNYASIA,**

**RUTH MUTUA, Administrator of the
ESTATE of OSCAR KILII MUNYASIA,**

**SAMMY MUNYASIA NZILU,**

**FLORENCE MUNYASIA,**

**EMMAH MUNYASIA,**

**EUNICE MUNYASIA,**

**POLYCARP AGWINGI MBURO,**

**FRANCO SEACO,**

**PAUL MUKUI CHEGE,**

**LYDIA NYAKIO,**

**SAMUEL CHEGE MUKUI,**

**GRACE WAIRIMU MUKUI,**

**STEPHEN KIMANI CHEGE,**

**ELIZABETH WANJIRI CHEGE,**

**MARGARET NJERI KIONGERA,**

**JOAN MUTHONI CHEGE,**

**ZACK RATEMO,**

**ESTER RATEMO,**

**RISPER MAYAKA,**

**PATRICK SAMSON MWENDWA,**

**BLANTINA ANNA SAMSON,**

**THAVU MWENDWA MALUSI,**

**JOHN MWENDWA SAMSON,**

**ANGELA FELISTUS THAAVU,**

**SAMSON,**

**CATHERINE NZAMBI SAMSON,**

**CHRISTINE SYOKAU SAMSON,**

**STEPHEN KAMWENGA MWENDWA,**

**DOUGLAS KATUMO MWENDWA,**

**FELISTUS SELINA MWENDWA,**

**ANTONY MUTIA MWENDWA,**

**MORIS MUTUA MWENDWA,**

**JANE MWENDWA,**

**URSULA BRAGANZA,**

**URSULA BRAGANZA, Administrator of
the ESTATE OF TIMOTHY A.
BRAGANZA,**

**JULIET A. BRAGANZA,**

**ALLAN BRAGANZA,**

**IAN BRAGANZA,**

**EUNICE FATUMA KIMBWARATA,**

**JOHN MANENO,**

**EUNICE KIMBWARATA, Administrator
of the ESTATE OF RICHARD
KIMBWARATA LOROGHWA,**

**EUNICE KIMBWARATA, Administrator
of the ESTATE OF ESTHER KITONDO
KIBWARATA,**

**SAWA MANENO,**

**PETER MWARE KIMBWARATA,**

**EUNICE KIMBWARATA, Administrator
of the ESTATE OF MARY MAIMERI
KUBO,**

**HOPE MAIENDERA MRUTTY,**

**EUNICE KIMBWARATA, Administrator
of the ESTATE OF DORCAS
NYANGUGKA KIMBWARATA,**

**JACKSON KENIO KIMBWARATA,**

**SOPHIE M'BORA KIMBWARATA,**

**JANE KIICARARA KIMBWARATA,**

**SOLOMON MAITAI KIMBWARATA,**

**SHALETH NASHANGAI,**

**PIETROLUNGO,**

**JENIPHER BWAMULA,**

**MIRIAM KAGEHA CHOGO,**

**JENIPHER BWAMULA, Administrator of
the ESTATE OF VIGINTER MGEHA
NDEDA,**

**JULIANA SAGINA NDEDA,**

**WILLIS AZERE NDEDA,**

**TODD KAYATIN NDEDA,**

**MARGARET KAVAYA,**

**JUDITH MIDEVA,**

**SYLVIA OWIRA,**

**PHILIPS ASUSA, Administrator of the
ESTATE OF AGUSTINE ASUSA AUSA,**

**KELEMENTINE AYIEKO,**

**BRIAN ASUSA,**

**VINCENT OWINO ASUSA,**

**JULIA AUMA ASUSA,**

**PHILIPS ASUSA, Administrator of the ESTATE OF MONICA ATIENO OCHIENG,**

**PHILIPS ASUSA, Administrator of the ESTATE OF CHARLES ODHIAMBO ASUSA,**

**LOISE WAIRIMU MURIGIA,**

**KEVIN CHEGE MURIGIA,**

**DESMOND IRUKU MURIGIA,**

**FAITH WAHITO NGURE,**

**LUCY MYAMBURA WAIGANJO,**

**GEORGE KIMONDO CHEGE,**

**JACKSON NGOTHO GITHOGORI,**

**EUSTACE MWANGI GITHOGORI,**

**ESTHER NJOKI GITHOGORI,**

**MWENDE MITAU,**

**EUNICE WANGECI WAWERU,**

**RUTH NZUKA WAWERU,**

**WINNIE NJOKI WAWERU,**

**STEPHEN MWANIKI NJAGI,**

**PETER KARIUKI NJAGI,**

**DAVID MUCHIRI NJAGI,**

**ANDREW NDABIRI NJAGI,**

**FLORENCE WAGERWE NJAGI,**

**MARY MUTHONI NJAGI,**

**MARY VUTAKWA MWALE,**

**DAVID KHEITSI MWALE,**

**NANCY KHADIOLI MWALE,**

**RUTH MAKHUNGU MWALE,**

**CLINTON LITWAJI MWALE,**

**BRIAN NDOMBI MWALE,**

**FANUEL MBUSIA MWALE,**

**AGNES WAITHIRA MBURU,**

**LEAH WAITHERERO MBURU,**

**MACHARIA MBURU,**

**JAMES MUIRURI MBURU,**

**MARK KARANJA MBURU,**

**MWANGI MBURU,**

**DAVID NGANGA MACHARIA,**

**JOSEPH MWANGI MACHARIA,**

**NIRAJ SHAH,**

**DILIP SHAH,**

**GOVINDINI SHAH,**

**ROHAN SHAH,**

**RUHANI SHAH,**

**MARGARET WANGUI NJOROGE,**

**MARY NJERY MUSYIMI,**

**EDWIN NJOROGE MUSYIMI,**

**TIMOTHY KILONZO MUSYIMI,**

**AGNES CAROL MUSYIMI,**

**ANN MUTHEU MUSYIMI,**

**PHILP KIOKO MATHEKA,**

**ROSEMARY NDINDA KIMANI,**

**JOSEPHINE MBITHE MATHEKA,**

**KIOKO MATHEKA,**

**AGNES MUSYIMI, Administrator of the ESTATE OF EUNICE NDUKU MUSYIMI,**

**PHILISPHER NJOKI MUCIRA,**

**FLORORA WARUI MUNYI,**

**NOAH KARURI MUCIRA,**

**JOSPHAT MURIITHI KARURI,**

**DANIEL MUTHIKE MUNYI,**

**SYMON MACHAI MUNYI,**

**BONIFACE GACOKI MUNYI,**

**ESTHER WAKUTHI MUNYI,**

**BETH WANJIKU MUNYI,**

**JANE WAIRIMU KAMAU,**

**PATRICK NJUGUNA KAMAU,**

**MARGARETWAMAIITHA KAMAU,**

**NAOMI WAMBUI KAMAU,**

**ZIPHORA WAJIRIMU KAMAU,**

**HARNNAH NYAMBURA KAMAU,**

**PRISCILLA OLESIA OPANGA,**

**JOHN OPANGA OMUKWEI,**

**EFA SAKWA OPANGA,**

**PHILIP SAKWA OPANGA,**

**ABRAHAMAMBUNDO OPANGA,**

**NASHON WESANZA OPANGA,**

**SAMSON MILIKAO OPANGA,**

**ANNE ODINGA, Administrator of the
ESTATE OF CHARLES HAYIRA
ODINGA,**

**ANNE ODINGA, Administrator of the
ESTATE OF LUKAS OKELO SEWE,**

**ANNE ODINGA, Administrator of the
ESTATE OF CLEMENTINA
OBWANGO,**

**KEVIN OTIENO ODINGA,**

**EDWARD TED ONYANGO ODINGA,**

**SEAN OMONDI ODINGA,**

**BRIAN ODUOR ODINGA,**

**ROSEMARY MUDUDA ODHIAMBO,**

**JOSEPHINE OBADA OKELO,**

**ANNE ODINGA, Administrator of the
ESTATE OF JOHN SEWE OKELO,**

**ANNE ODINGA, Administrator of the
ESTATE OF RAPHAEL OMANJE
OKELO,**

**PAULINE ACHIENG ORAYO,**

**FANUEL ONYANDO, Administrator of
the ESTATE OF JOSEPH AJUOGA
ONYANDO,**

**HABERT ONYANDO OKALL,**

**VIVIAN AKOTH OKALL,**

**JENNIFER NYOKABI KIMANI,**

**FRANCIS NJAU, Administrator of the ESTATE OF ELIUD KINYANJUI MURIMA,**

**BRIAN KINYANJUI NJAU,**

**SAMUEL MURIMA KINYANJUI,**

**JOHN MBUGUA KINYANJUI,**

**SERAH WANJIKU KINYANJUI,**

**ANNE WAMBUI KINYANJUI,**

**RUTH WAITHERA,**

**LUCY KARIMI,**

**SYLVIA WANJA,**

**KELVIN KIMANTHI,**

**FAITH KARENDI,**

**VINCENT KITHUCI,**

**HENRY NYANCHOKA, Administrator of the ESTATE OF MARY THERESA NYANCHOKA,**

**HENRY NYANCHOKA,**

**JOHN JOSEPH OSAMO,**

**AGNES OSAMO,**

**HENRY NYANCHOKA, Administrator of the ESTATE OF JUNE BITUTU NYANCHOKA,**

**KEVIN AKEYA NYANCHOKA,**

**LINDA MORAA NYANCHOKA,**

**VIONA KWAMBOKA NYANCHOKA,**

**SANDRA NYABOKE NYANCHOKA,**

**ANDREW YOUNG ONDUMA,**

**NYANCHOKA,**

**JAMES PETER OSAMO,**

**GEORGE WILLIAM OMWAGAH,**

**KENNETH GODFREY OSAMO,**

**ROSE LEONA OSAMO,**

**STEPHEN ORENGE OSAMO,**

**ANNIE WANGUI KARURI,**

**SOLOMON GATITU WAIGURU,**

**MARY WANJIKU KARURI,**

**IRENE KIBATI,**

**GILBERT MACHARIA,**

**DANIEL MWANGI KARIUKI,**
**Administrator of the ESTATE OF**
**JOSEPH KARIUKIMWANGI,**

**ALICE WANJA KARIUKI,**

**RUTH WAMBUI KARIUKI,**

**REBECCA WANGUI KARIUKI,**

**DANIEL MWANGI KARIUKI,**

**JANE MAGIRI KARIUKI,**

**CHRISTOPHER MAINKAI MEJA ,**

**EUNICE TUPANKA MAINKAI,**

**SYLVIA SIMALOI MAINKAI,**

**SILVESTER SIRONKA MAINKAI,**

**JOHNSON MWANGI MAINA,**

**DATHAN MARIRA MAINA,**

**JOHN MUGO MAINA,**

**TABITHA WANGECHI MAINA,**

**HELLEN WANGUI NJENGA,**

**MONICAH SYOMWENDWA MUTIA,**

**ARON MWENDWA MUTIA,**

**TONNY MUSYOKA MUTIA,**

**ANITA MWATIHI WAMBUA,**

**EVALYN KALUMU MUTIA,**

**ERIC MBISI MUTIA,**

**MAIKI ATHMANI, Administrator of the
ESTATE OF ABDULRAHMAN RAJAB,**

**JAMILA JUMA,**

**KALSUM SULEIMAN,**

**IBRAHIM ABDULRAHMAN RAJAB,**

**YASSIN ABDULRAHMAN RAJAB,**

**MAIKI ATHMANI,**

**HASSAN ABDULRAHMAN RAJAB,**

**JOHN NZUSYO MBINDYO,**

**ESTHER MBULA NZUSYO,**

**BONIFACE MULI NZUSYO,**

**PETER KYALO JOHN,**

**AMOS MUOO NZUSYO,**

**JACKLINE MUTHINYE NZUSYO,**

**ONESMUS NYAMASYO NZUSYO,**

**FRANCIS MWENDWA, Administrator of the ESTATE OF ROSE MUENI NZUSYO,**

**MUTHEU NDUNGE, Administrator of the ESTATE OF SERAH NDUNGE NZUSYO,**

**TERESIA WAMAITHA THUMBI, Administrator of the ESTATE OF JOSEPH THUMBI KIMANI,**

**MARGARET WAIRIMU THUMBI,**

**TERESIA WAMAITHA THUMBI,**

**ALICE NDUTA THUMBI,**

**GEORGE KAMAU KIMANI,**

**SEBASTIAN MWANGI NDERI,**

**LOISE TUMAINI MWANGI,**

**SAMUEL MURIUKI GAKINYA,**

**LYDIA WANJIRU MURIUKI,**

**LAWRENCE NDERI MWANGI,**

**BEATRICE WANJIRU MWANGI,**

**PETER GITHIJI MWANGI,**

**KENNETH NJOROGE MWANGI,**

**JOSEPH MURITHI MURIUKI,**

**JANE NJERI NDERI MWANGI,**

**PETER MAINA MURIUKI,**

**ZACHARI KINYUA MURIUKI,**

**LEVIS NJORAITA MURIUKI,**

**BENJAMIN SILA NDETI,**

**ANGELA IKAMBA IRERI, Administrator of the ESTATE OF STEPHEN KIMANI MUTAMBO,**

**ANGELA IKAMBA IRERI,**

**ONESMAS MUTAMBU GITAU,**

**SYLVIA WANGARU KIMANI,**

**PURITY WANJIRU KIMANI,**

**IRENE WANJIKU KIMANI,**

**STEPHEN ODUOR ODUOL,**

**GLADYS NDOJA ODUOR,**

**STEPHEN ODUOL, Administrator of the ESTATE OF JECKONIA ODUOL WANDO,**

**VERONICA MARANGO ODUOL,**

**COLLINS OCHIENG ODUOR,**

**VERONICA LIANNE ODUOR,**

**MC LAWRENCE OKELLO ODUOL,**

**ALOICE OOKO ODUOL,**

**GEORGE OWINO ODUOL,**

**WALTER OTIENO ODUOL,**

**MARY ASIALA OWUOR,**

**STEPHEN ODUOL, Administrator of the ESTATE OF JOSEPH MUSIALA ODUOL,**

**STEPHEN ODUOL, Administrator of the ESTATE OF CHRISTOPHER OLOO ODUOL,**

**MAURICE NGESA ODUOL,**

**STEPHEN ODUOL, Administrator of the ESTATE OF JENIPHER AKINYI ODUOL,**

**ESTHER WAMBUI KIBE,**

**ESTHER WAMBUI KIBE, Administrator of the ESTATE OF KIBE KIGARA,**

**ESTHER WAMBUI KIBE, Administrator of the ESTATE OF RAHAB WANGUI KIBE,**

**ANN-FAITH BIRUNGI,**

**SAMUEL KISEMBO KASANGAKY,**

**GRACE WAMBUI KARIUKI,**

**GRACE KARIUKI, Administrator of the ESTATE OF HARRISON KARIUKI MUCHOKI,**

**GRACE KARIUKI, Administrator of the ESTATE OF ELIUD WAICHIGU MUTUHU,**

**GRACE KARIUKI, Administrator of the ESTATE OF JANE MUTHONI WAICHIGU,**

**CHARLES KANANGA KARIUKI,**

**SYLVIA WANJIRU KARIUKI,**

**KEVIN WAICHIGO KARIUKI,**

**MARY WANGARI KURIA,**

**CLEMENT WACHIGO KAMBO,**

**PATRICK KIUNJURI WACHIGO,**

**CHARLES CHEGE WACHIGO,**

**SAMUEL KAMAU WACHIGO,**

**JOHNSON KIARIE WACHIGO,**

**ESTHER GITUTU WACHIGO,**

**DAVID MWANGI WACHIGO,**

**GRACE KARIUKI, Administrator of the ESTATE OF BENSON MANIA WAICHIGO,**

**CHRISTOPHER GACHANJA, Administrator of the ESTATE OF GODFREY GACHANJA WAICHIGU,**

**ELIZABETH WANGUI GACHANJA,**

**HUMPREY WAICHIGO GACHANJA,**

**CHRISTOPHER CHEGE GACHANJA,**

**ANTONY MWANGI GACHANJA,**

**SAMUEL KIMOTHO GACHANJA,**

**DAVID KAMBO GACHANJA,**

**LUCY WANJIKU GITAU,**

**LUCY WANJIKU GITAU, Administrator of the ESTATE OF JAMES MWANGI GITAU,**

**DICKSON GITAU MWANGI,**

**MARY WANGATURI GITAU,**

**JANE MUTHONI GITAU,**

**CAROLINE NJERI GITAU,**

**EVERLYN WANJIRU GITAU,**

**SYLVIA WANJERA GITAU,**

**CEPHAS ODHACH AGOLA,**

**JANE AUMA AGOLA,**

**ROSEBELLA A AGOLA,**

**PAUL O AGOLA,**

**RHODA A AGOLA,**

**CAROL A AGOLA,**

**SERAH WANGUI GACHIE,**

**JACKSON MUIRU GACHIE,**

**PHYLLIS MUTHONI GACHIE,**

**STACY WAIRIMU GACII,**

**JULIE NJOKI MUMBI,**

**FAITH NJERI GACHIE,**

**PATRICK MUIRU GACHIE,**

**KENNETH MWANGI GACHIE,**

**JANE WANJIRU GACHIE,**

**DANIEL NJONGE GACHIE,**

**WINNIE MUMBI GACHIE,**

**FLORENCE MUENI MBITHI,**
**Administrator of the ESTATE OF**
**FITZHARIS MULINGE MBITHI,**

**FLORENCE MUENI MBITHI,**

**RAEL MBULA MULINGE,**

**CELESTINE MUTHEI MULINGE,**

**GREGORY NNDUNDA WAMBUA,**

**FLORA NTHENYA NDUNDA,**

**MONICA NDUKU WAMBUA,**

**ANGELA NDUKU NDUNDA,**

**ROBERT MUNYAO NDUNDA,**

**GABRIEL KYALO WAMBUA,**

**STEPHEN MUTIE WAMBUA,**

**JOHN MWANIA WAMBUA,**

**ANASTASIA MWIKALI WAMBUA,**

**CHRISTINE MBITHE WAMBUA,**

**BERNARD MUNYAO WAMBUA,**

**LUCIA WANZA WAMBUA,**

**PIUS KIOKO WAMBUA,**

**FRANCIS MWANGEI WAMBUA,**

**PATRICIA MWOTI WAMBUA,**

**JACINTA MUTILE WAMBUA,**

**CATHERINE WAVINYA WAMBUA,**

**SILVESTER NZIOKA WAMBUA,**

**ALPHONSE MULWA WAMBUA,**

**MARTIN MUSYOKI WAMBUA,**

**PHOEBE MUKULU NGONZI,**

**RICHARD KYALO NDEMWA,**

**PHYLLIS KAKENE NDEMWA,**

**BATHSHEBA ONGORI,**

**FRANCIS ONGORI,**

**ALFRED ONGORI,**

**BENEDICT ONGORI,**

**CAROLINE MUHANDALE ONGORI,**

**DOROTHY COBBIN,**

**EVALINE ONGORI,**

**FIONA ONGORI,**

**DAVID ROBERT NYAGWOKA MBOGA,**

**REBEKA OBWAYA,**

**ESTHER NGARE,**

**ISABELLA K. MAISIBA,**

**CHARLES MAISIBA ONCHONG'A,**

**JERUSA MORAA MAISIBA,**

**JAMES O. MAISIBA,**

**EVANS G. MAISIBA,**

**GILBERT N. MAISIBA,**

**TOM K. MAISIBA,**

**JOYCE K. MAISIBA,**

**GLADYS M. MAISIBA,**

**JACOB NDOLO NGEMU,**

**MARY NGINA NDOLO,**

**PETER NGEMU NZALAI,**

**AGNESS NDILA NGEMU,**

**KIMEU NDOLO,**

**MULEI NDOLO,**

**JOSEPHINE NDOLO,**

**JAMES SAKWA,**

**JOSEPHINE NDOLO, Administrator of the ESTATE OF DAN NDOLO,**

**FLORENCE NOOLO,**

**MARISELLAH WAFULA,**

**FLORENCE WAFULA,**

**SARAH WAFULA,**

**LEVY WAFULA,**

**BARAKA WAFULA,**

**ANDREW NDOLO,**

**PHILIP NDOLO,**

**HENRY NDOLO,**

**JACKLYNE DEBORA ODARI,**

**JOSEPH NDOLO,**

**LUSIMBA RAGUE,**

**LUSIMBA RAGUE, Administrator of the ESTATE OF JUVENALUS RAGUE,**

**LUSIMBA RAGUE, Administrator of the ESTATE OF TERESA RAGUE,**

**VINCENT RAGUE,**

**CONSOLATA RAGUE,**

**MARIE RAGUE,**

**JUVENALUS RAGUE, Administrator of the ESTATE OF JOHN RAGUE,**

**MARGARET MUMBI GITAU,**

**MARGARET GITAU, Administrator of the ESTATE OF FREDRICK MUIRURI GITAU,**

**MARGARET GITAU, Administrator of the ESTATE OF ELIZABETH THUIYA WAWERU,**

**GODFREY MUIRURI GITAU,**

**VIRGINIA NJERI GITAU,**

**LUCY WAITHERA WAWERU,**

**MARY WAITHERA GATHECHA,**

**ANTHONY KARUMBA, Administrator of
the ESTATE OF ANN NJOKI KAMAU,**

**JANE WAMBUI KINUTHIA,**

**ALICE WAKANYI WAWERU,**

**GRACE NJAHIRA JORAM,**

**JOHN MBURU WAWERU,**

**JOSEPH KANYUIRA WAWERU,**

**GABRIEL NJENGA WAWERU,**

**SAMUEL KARUGI WAWERU,**

**TIMOTHY KIBET MUTAI,**

**LISA WANJIKU GICHERU,**

**EDWARD KIPKORIR KIBET,**

**DANIEL KIPLIMO KIBET,**

**NELSON MARIE K. KIBET,**

**STANLEY NJOROGE,**

**JUDITH WALUGHA MWAMBI,**

**JOSEPHINE MUTHONI NJOROGE,**

**LILIAN MKANDOE NJOROGE,**

**YUVENAL MACHARIA NJOROGE,**

**SAMUEL KAMANDE NJOROGE,**

**FAITH WANJIKU MUTHONI,**

**SERAPHINE NJERI MUTHONI,**

**LUCY WANJIKU NDUNGU,**

**BENSON NDUNGU KAMAU,**

**RUTH WANJIRU NDUNGU,**

**IAN KAMAU NDUNGU,**

**FREDRICK MURIHIA KANGETHE,**

**MUNGAI KANGETHE,**

**WINNIE NYAKIO WAINAINA,**

**NANCY WAMBUI IKINU,**

**MARGARET ODHIABO,**

**JAMES KANGETHE,**

**MONICAH NJENGA,**

**FRANCIS NJENGA KAMITI,**

**MARY WARUCU NJENGA,**

**HILDA NYAKONA AMAPANGA,**

**FLORENCE ESTABLE AMAPANGA,**

**CHARLES AMAPANGA,**

**JORAM ALUVENED AMAPANGA,**

**MARGARET N. AMAPANGA,**

**SIMON INYANGALA BOAZ,**

**ZAKARIA OMBATO AMAPANGA,**

**FANUEL ANDOBE AMAPANGA,**

**PRISLA ORONGA OMUSULA,**

**NOEL ANDESO BWANAMO,**

**MAURA BARRY BOYLE,**

**EDMOND BOYLE,**

**ISAAC KIPROTICH KUTO,**

**EMMY C. KUTO,**

**ISAIAH K. KUTO,**

**SAMUEL K. MAGUT,**

**BARNABAS R. SIRMA,**

**JONATHAN K. KUTTO,**

**ISAAC KIPROTICH KUTO,**
**Administrator of the ESTATE OF**
**RODAH K. SIRMA,**

**ISAAC KIPROTICH KUTO,**
**Administrator of the ESTATE OF DAVID**
**KIBET KUTTO,**

**PETER ORINA,**

**HELDAH KERUBO MASIRA,**

**MILKA NYOBOKE NYAKANGA,**

**JERUSA NYAMOITA OMAYO,**

**ELIJAH ORINA NYANDWARO,**

**ROBERT OBUBA OSORO,**

**MORRIS MACHAMA,**

**KEREMENSIA MORAA OSORO,**

**DENNIS OSORO,**

**FREDDY OSORO,**

**PRISCA OSORO,**

**HELLEN OSORO,**

**EDNAH OSORO,**

**LYDIAH OSORO,**

**JACINTA OSORO,**

**EMMANUEL OMENDA,**

**MARY ADHIAMBOJOSEPH,**

**JOSEPH OTIENO OMENDA,**

**EMMANUEL OLOCH OMENDA,**

**JOHN OTIENO,**

**ROSEBELLA ANYANGO,**

**LIVINGSTONE MAINA NDONGA,**

**JANIFFER WANJIRU MAINA,**

**FREDRICK NDONGA MURIITHI,**

**GRACE WANJIRU NDONGA,**

**FREDRICK NDONGA MAINA,**

**REUBEN MWANGI MAINA,**

**G.N.M., a Minor by Natural Guardian,
LIVINGSTONE MAINA NDONGA,**

**GEORGE NDIRITU NDONGA,**

**JANET GATHONI MAINA,**

**HANNAH WARUKIRA WAIGANJO,**

**JOSPHINE NYAMBURA NDONGA,**

**ESTHER NJERI NDONGA,**

**JOSEPHAT KONZOLO,**

**CLARIET AKINYI,**

**JOSEPHAT KONZOLO, Administrator of
the ESTATE OF CECILIA
MUHEMBELE KONZOLO,**

**OWEN KONZOLO,**

**CHARLES OBOTE KONZOLO,**

**DANSTONE MAMBILI KONZOLO,**

**LILIAN SHIYAYO KONZOLO,**

**DANIEL WAFULA,**

**ANNET NEKESA WAFULA,**

**DANIEL WAFULA, Administrator of the ESTATE OF GEORGE PETER WAFULA,**

**ROBERT WAFULA,**

**JOSEPHAT MUI WAFULA,**

**EVERLYNE WAFULA,**

**MICHAEL CHEPKOTO WAFUBO,**

**CECILIA CHIMOLI BUSIEKA,**

**WILSON MULINGE,**

**JANET WANZA MUTUKU,**

**PHILIP MALILE MAWEU,**

**JOSEPHINE KATUMBI PHILIP,**

**GEORGE MORARA MAKORI,**

**ISABELLA MORARA,**

**WILSON MAKORI,**

**YOBENSIA BOSIBORI MAKORI,**

**GIDEON NYABUTO OGAO,**

**ALICE MORAA NYATARA,**

**CARO OKENYURI GIDEON,**

**EZEKIEL OMBASO OGAO,**

**JOHN WAMBUA MBUNGA,**

**MARY KANINI MUTUA,**

**ANTONY KIAMBUA,**

**SALOME MWITHI JOHN,**

**A.K., a Minor by Natural Guardian,
MARY MUTUA,**

**PIUS MBUNGA MULI,**

**AGNES MUTHINI MBUNGA,**

**MARY MBATHA MBUNGA,**

**THOMAS MULI MBUNGA,**

**FRANCIS MAURU OSORO,**

**AIDA KERUBO MAURU,**

**JOYCE NYAMBEKI ORINA,**

**FRANCIS MAURU OSORO,
Administrator of the ESTATE OF
AUGUSTINE OSORO ONSOMBI,**

**PAULINE BOSIBORI OSORO,**

**MAURU MONENE CHUMA,**

**CALFRED MOSOMI FRANCIS,**

**ZAINABU BOSIBORI MAURU,**

**MARISELLA KEMUMA MAURU,**

**PERIS SERINA MAURU,**

**CLARE MOKEIRA ORINA,**

**LUCIA KERUBO OSORO,**

**RICHARD OBIRI OSORO,**

**PETER OGEGA OSORO,**

**CHARLES OGINGA OSORO,**

**SAMUEL OMBATI OSORO,**

**FRANCIS MAURU OSORO,**
**Administrator of the ESTATE OF**
**FLORENCE KWAMBOKA OSORO,**

**ENOCK ONTITA,**

**GLADYS NYAMBEKI OTOKI,**

**ENOCK SONGORO, Administrator of the**
**ESTATE OF PETER ONTITA**
**SONGORO,**

**JEMIMA NYAMBATI ONTITA,**

**ELKANAH J. MOSES,**

**DORCAS NYANG'ARA,**

**RODAH NYASUGUTA ONTITA,**

**STANLEY OKEMWA ONTITA,**

**SARAH NYAMBOKE ONTITA,**

**STEPHEN ONTITA,**

**FRANCIS EMOMERI NYAKOL,**

**WILMINA NANJALA OBARA,**

**SHIRLEY ISEGERE,**

**CAMILLUS EMOMERI,**

**RAEL IKATUGURU,**

**FLEVIAH ITINOT,**

**LESTA OBARA,**

**OLIVER EKISA,**

**DEOGRATIAS ILUKOR EMOMERI,**

**CHARLES EMOMERI,**

**SIMON MULWA KIVELENGE,**

**STELLAH KAVINYA MULWA,**

**WANZA KIVELENGE,**

**DAVID KYALO,**

**DENNIS KIVELENGE MULWA,**

**GEORGE WAMBUA MULWA,**

**PETER KIVELENGE,**

**MARTHA KIVELENGE,**

**MALIA KIVELENGE,**

**MARY KIVELENGE,**

**MWANAYSHA NYAMGUNDA,**

**KHALFAN MOHAMED NGWEGWE,**

**KHALID MOHAMED NGWEGWE,**

**JARED OGWORA ABUGA,**

**GLADYS BONARERI,**

**MARIKO ABUGA,**

**JOSEPHINE KERUBO,**

**JARED OGWORA ABUGA,**
**Administrator of the ESTATE OF**
**CYNTHIA BOCHERE,**

**JAMES ABUGA,**

**JANE ABUGA,**

**CONCEPTOR ABUGA,**

**JULIUS ABUGA,**

**ZACHARY NYAKUNDI,**

**JACKLINE MORAA,**

**JAMES NYAKUNDI,**

**MARY BOSIBORI NYAKUNDI,**

**JOB ONDIEKI ONDIBA,**

**KENNEDY OMARIBA NYAKUNDI,**

**NAFTALI MAROKO NYAKUNDI,**

**FREDRICK MULELE LUMUMBA,**

**SERAH MUGASIA ONDEGO,**

**FREDRICK LUMUMBIA, Administrator of the ESTATE OF JOHN MULELE,**

**FREDRICK LUMUMBIA, Administrator of the ESTATE OF REGINA KATHIEBI MULELE,**

**KAREN M. MBONE,**

**ERIC KHAMASI L.,**

**BETH LUMUMBA,**

**MICHAEL NAMIINDA WEKESA,**

**IRENE NASAMBU WEKESA,**

**JOINAH NASWA WEKESA,**

**DOREEN NANJALA WEKESA,**

**MERCY NALIAKA WEKESA,**

**ALI ADAN OSMAN,**

**DEHA AHAMED,**

**OSMAN ALI,**

**FATUMA ALI,**

**SAHARA OSMAN,**

**GEORGIA MHOMA, Administrator of the ESTATE OF MUSTAFA MHOMA,**

**GEORGIA MHOMA, Administrator of the ESTATE OF JOSEPH ALIBALIO,**

**GEORGIA MHOMA, Administrator of the ESTATE OF MELANIA NYAKATO,**

**HADULA M. MHOMA,**

**MWANYINGE M. MHOMA,**

**MUJWAHUZI JOHN KARUSHAIJA,**

**MARY-NANCY K KALWIHURA,**

**STEPHEN JOSEPH KALWIHURA,**

**THERESAMARIA KAKWENDA,**

**RWECHUNGARA,**

**JOSEPH ALOO ODHIAMBO,**

**MARY ATIENO ALOO,**

**SERFINA OPIYO,**

**JOSEPH ODHIAMBO, Administrator of the ESTATE OF PHILGONA OPIYO,**

**JOEL ODUOL ODHIAMBO,**

**ERICK ODHIAMBO ALOO,**

**CHARLES OTIENO ALOO,**

**PAUL OTIENO,**

**ERICK ODHIAMBO ALOO,**

**ELIZABETH AKINYI,**

**JUDITH ACHIENG,**

**JOSEPHAT ATSUNGA,**

**NANCY MINAYO,**

**WILKISTER ACHAMI OCHARI,**

**JOSAPHAT ATSUNGA, Administrator of the ESTATE OF JANARIO NAEMA,**

**JOSAPHAT ATSUNGA, Administrator of the ESTATE OF MAGARITA AUMA,**

**FELIX EBURN OPONGO,**

**EDWARD NDALIRA ATSUNGA,**

**JOSEPH WAINAINA,**

**FAITH WANJIKU MUTHONI,**

**HANNAH NJERI KARIUKI,**

**RODNEY WAINAINA KARIUKI,**

**MARCUS MACHARIA KARIUKI,**

**MARTIN MWAURA KARIUKI,**

**MICHAEL MWINAMO,**

**MICHAEL MWINAMO, Administrator of the ESTATE OF NELLY AWINJA ISSA,**

**MICHAEL MWINAMO, Administrator of the ESTATE OF ROFAS KALAMA,**

**JANE MMBONE,**

**CHRISTINE MMBONE MWINAMO,**

**JOSEPH NDUNGU OMBOGA,**

**LEAH WAMBOI,**

**BERNARD BOSIRE ASIRA,**

**LINET OPANGA,**

**BRYAN BOSIRE,**

**JOYCE BOSIRE,**

**IMMACULATE BOSIRE,**

**MICHELLE BOSIRE,**

**PETER ASIRA,**

**AGNES ASIRA,**

**STEM ASIRA,**

**NAOMI ASIRA,**

**LUCY ASIRA,**

**JOB ASIRA,**

**DANIEL ASIRA,**

**ZABLON LUSEGA,**

**HAWA NAMBOSO LUSEKA,**

**JENIPHER LUSEKA,**

**JANE KHAVAYI KEESILA,**

**CYNTHIA INZEI KEESILA,**

**ENOCK LUSEKA,**

**MANOAH LUSEKA,**

**DORAH LUSEKA,**

**HERBERT KAVOGI,**

**MOURINE KABEY MAKENZI,**

**HERBERT KAVOGI NYALESO,**
**Administrator of the ESTATE OF PHILIP**
**KAVOGI,**

**EPHALINA IDAYA,**

**VICTOR ANDOVE,**

**LAURA AVILIA,**

**VIOLA ILUSA,**

**STEPHEN PATRICK BUBERWA,**

ISABELLA KOKURORA MUZANILA,

CHRISTOPHER MWOMBEKI,

BUBERWA,

ELIZABETH KAGEMURO BUBERWA,

CHARLES NORBERT MUZANILA,

IMELDA MUZANILA TRAILL,

JOSEPH NORBERT MUZANILA,

OLIVER GODWIN KALEMANA,

MEKITILIDA JOSEPHAT
KAMUTISHA,

PHILBERT NORBERT MUZANILA,

BERNARDINA NJERU NORBERT,

GERALD RUTAINURWA MUZANILA,

PETER RWEYEMAMU MUZANILA,

NESTOR NORBERT MUZANILA,

MAGDALENA CYPRIAN GAYEYA,

CYNTHIA KIMBLE,

PATRICK KIMBLE,

PAUL KIMBLE SR.,

ARLENE KIMBLE,

TIMOTEO FLORES,

MARY LOU FLORES,

PAUL KIMBLE JR.,

PHILIP KIMBLE,

COLE KIMBLE,

**CHAD KIMBLE,**

**ISHMAEL TIM FLORES,**

**BRIAN JOHNSON,**

**EDWARD DEAN STIVASON,**

**EDWARD HARRY STIVASON,**

**MICHAL-ANNE STIVASON,**

**TONYA MARCH,**

**TRACY ASHLEY,**

**JOSH STIVASON,**

**CODY MCCABE,**

**DEBBIE LAIRD,**

**JEREMIAH BOHN,**

**CHARLYNE LAVOIE,**

**TERRY STYF,**

**THERESA STYF,**

**CHARLES STYF,**

**AARON HATFIELD,**

**GEORGE HATFIELD,**

**JOANNE HATFIELD,**

**JOHN SCOTT DI CARLO,**

**MARY JO DI CARLO,**

**NICHOLAS RUSSELL DI CARLO,**

**SCOTT MATTHEW DI CARLO,**

**CHRISTOPHER MIKAEL DI CARLO,**

**GREG BOUDAH,**

**SHABAN ATHMAN ALLY,**

**MJENGI ALLY MALANGA,**

**SITA MAGHANGA MAGUA,**

**SITA MAGUA, Administrator of the ESTATE OF GEORGE E. BOLDARINI,**

**SITA MAGUA, Administrator of the ESTATE OF MUGHANGA MAGUA,**

**SITA MAGUA , Administrator of the ESTATE OF GILINTANDU MAGUA,**

**SULEMAN KETTY,**

**GILLDAN ELINA BOLDARINI,**

**GEORGE ELISHA BOLDARINI,**

**EVAN GEORGE BOLDARINI,**

**SITA MAGUA, Administrator of the ESTATE OF GINA EVELYN BOLDARINI,**

**SITA MAGUA , Administrator of the ESTATE OF GLENN EDWIN BOLDARINI,**

**TAUSI MAGHANGA MAGUA,**

**ZENA MUGHANGA MAGUA,**

**ERNEST BROWN MWENEWANDA,**

**MONICA KAPILIMA, Administrator of the ESTATE OF HUGO KAPILIMA,**

**NATALIA KAPILIMA,**

**JOHN MWENEWANDA,**

**YVONNE MWENEWANDA,**

**ROSALDINA MAKOYE,**

**GEORGE KAPILIMA,**

**ERHARD KAPILIMA,**

**NATALIUS KAPILIMA,**

**CUNBERT KAPILIMA,**

**LAURIAN KAPILIMA,**

**EPIFANIA KAPILIMA,**

**ANORLDA KAPILIMA,**

**RASHID ABDALLA KAZUMBA,**

**ABDALLA RASHID KAZUMBA,**

**ABDULRAHMAN ATHUMAN PEMBA,**

**SALAMA SALIM MBONDE,**

**REVENTINE REVERIANE BWOMA,**

**JANICE REVENTINE BWOMA,**

**ROGERS REVENTINE BWOMA,**

**VINCENT ALPHONCE NDOWO,**

**REHEMA YESAYA MWAKAHABALA,**

**DIANA VINCENT NDOWO,**

**PETER ANAEL TAIRO,**

**PRISCA CHARLES SCHONE,**

**EMMANUEL PETER TAIRO,**

**FRANCISCO PETER ANAEL,**

**SILLA PETER TAIRO,**

**MOHAMED IBRAHIM ADAM,**

**MWITA BERNARD SIMANGO,**

**RIAD KHALID HASSAN,**

SAUDA DAUDA HASSAN,

TWAHA DAUDA HASSAN,

RICHARD WAMBURA FABIAN,

VIANNEY RUZANGWA,

GODELENE MUKAKINANI,

BRIANNA ILIZA,

BRUNEALLA ISHIMWE,

DEBORAH IKIREZI,

GORETTI KABATESI,

DIFDIANE KAYISANGWA,

CONCILIE BAKAYIRANGWA,

ROSE BAKAYISINOWA ,

MARY BONRG BUTARE,

SAMUEL KINUTHIA NJOROGE,

MARGARET KIBUI KINUTHIA,

ALEX WAIHARO KINUTHIA,

ANTONY NJOROGE KINUTHIA,

JAMES CHEGE KINUTHIA,

CAROLINE KABURA KINUTHIA,

JOSEPHINE GATHONI NJOROGE,

TIMOTHY TUMANKA TAKONA,

MABEL ULE TAKONA,

MARGARET N. TAKONA,

LAKOI M. TAKONA,

DIALE S. TAKONA,

**MABEL J. TAKONA,**

**ELIZABETH W. MUCHANGI,**

**DANIEL O. TAKONA,**

**RUTH S. SOLITEI,**

**CHARLES J. SLATER,**

**ELIZABETH A. SLATER, and**

**FORBES A. SLATER,**

    **Plaintiffs,**

  **v.**

**THE ISLAMIC REPUBLIC OF IRAN,**

**THE IRANIAN MINISTRY OF
INFORMATION AND SECURITY, and**

**ISLAMIC REVOLUTIONARY GUARD
CORPS,**

    **Defendants.**

---

## PLAINTIFFS' SECOND AMENDED COMPLAINT

1. Plaintiff JOSEPH KAZUNGA KATANA along with all named Plaintiffs enclosed file this lawsuit pursuant to the Foreign Sovereign Immunities Act, as amended, 28 U.S.C. § 1605A and related statutes. The lawsuit is brought to recover for damages suffered as a result of the Iranian-sponsored terrorist attacks upon the Embassies of the United States located in Nairobi, Kenya and Dar es Salaam, Tanzania on August 7, 1998 ("Bombings").

2. The scope of potential plaintiffs in a lawsuit brought under 28 U.S.C. § 1605A, the state sponsor of terrorism exception to foreign sovereign immunity, includes non-US nationals if the "claimant or victim was at the time" of the terrorist bombing an "employee of the Government

of the United States . . ." or were "an individual performing a contract awarded by the United States Government, acting within the scope of the employee's employment . . . ." 28 U.S.C. § 1605A(a)(2)(A)(ii).

## JURISDICTION

3.  Jurisdiction in this Court arises pursuant to 28 U.S.C. §§ 1605A, 1330 et al., 1331 and 1332(a)(2).

4.  Plaintiffs in this case are U.S. nationals and non-U.S. nationals who were an "employee of the Government of the United States . . ." or were "an individual performing a contract awarded by the United States Government…" at the time of the bombings and/or their immediate family members.

5.  Subject matter jurisdiction is properly asserted under 28 U.S.C. § 1605A. The Foreign Sovereign Immunities Act provides that there "shall" be personal jurisdiction over a foreign state whenever there is subject matter jurisdiction over a claim for relief plus effective service of process. 28 U.S.C. § 1330(b).[1]

6.  While acting within the scope of their employment, agents, employees, and officials of the Islamic Republic of Iran ("Iran") provided the technical know-how and tactical training that allowed Al Qaeda to build the bombs that destroyed the embassies. This qualifies as material support as it is defined under 28 U.S.C. § 1605A.

_____

[1] Hereinafter, subsequent references to 28 U.S.C. § 1605A are intended to encompass both 28 U.S.C. § 1605A and its predecessor law, 28 U.S.C. § 1605(a)(7), to the extent it continues to apply to this case. 28 U.S.C. § 1605A on its face creates subject matter jurisdiction for US nationals and non-US national who were "employee[s] of the Government of the United States . . ." or were "an individual performing a contract awarded by the United States Government, acting within the scope of the employee's employment . . . ." 28 U.S.C. § 1605A(a)(2)(A)(ii). 28 U.S.C. § 1605(a)(7) only creates subject matter jurisdiction for US nationals.

7.    The provision of material support by Iran meets the requirements for subject matter jurisdiction established by 28 U.S.C. § 1605A as to non-national plaintiffs. 28 U.S.C. § 1605A allows non-US nationals, if the claimant or the victim was an "employee of the Government of the United States . . ." or were "an individual performing a contract awarded by the United States Government, acting within the scope of the employee's employment . . ." to bring suit against the state-sponsors of terrorism who caused their personal injury or death.

8.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(f)(4).

9.    The causes of action contained and enumerated herein in this Amended Complaint are based upon the following sources of law:

        a.    a federal private right of action 28 U.S.C. § 1605A(c), which is available both to US national and non-US national Plaintiffs and wherever the common or statutory law of a Plaintiff's residence contains rights or makes further damages available that are not duplicative of the recovery afforded under 28 U.S.C. § 1605A(c) as Plaintiffs with causes of action under the common or statutory law of the US state or foreign country where they were domiciled at the time of the attack;

        b.    to the extent that Plaintiff does not possess a cause of action under 28 U.S.C. § 1605A, the common and statutory laws of the District of Columbia or Kenya or Tanzania for wrongful death, solatium, loss of consortium, assault and battery, intentional infliction of emotional distress and survival, whether statutory or common law.

10.    To clarify, "Federal courts addressing [claims brought under the Foreign Sovereign Immunities Act] in the District of Columbia apply the choice of law rules of the forum state." *Owens, et al. v. Republic of Sudan, et al.* Case No. 1:08-cv-01349 Dkt. 55 at 39 (citing *Oveissi v. Islamic Republic of Iran*, 573 F.3d 835, 840 (D.C. Cir. 2009) and *Dammarell v. Islamic Republic of Iran*, 2005 WL 756090, at *18). "Under District of Columbia choice of law rules, the court must first determine whether a conflict exists between the law of the forum and the law of the alternative jurisdiction. If there is no true conflict, the court should apply the law of the forum." *Id.* at 39-40.

11.     This Court has previously held in suits involving the same Bombings at issue in this case that "to the extent that United States law and the law of Kenya and Tanzania (or another foreign jurisdiction) conflict, the District of Columbia's "governmental interests" choice of law test in state-sponsored terrorism cases strongly favors the application of United States law over foreign law." *Id.* at 42. "In terrorism cases, "[t]he United States has a unique interest in having its domestic law rather than the law of a foreign nation — used in the determination of damages in a suit involving such an attack." *Id.*, citing *Holland v. Islamic Republic of Iran*, 496 F. Supp. 2d 1, 22 (D.D.C. 2005).

12.     In light of the strong government interest in applying United States law over foreign law in state-sponsored terrorism, the interests of uniformity of decision among the Plaintiffs, and this Court's prior application of the law of the District of Columbia to plaintiffs' claims that did not arise under federal causes of action (*Id.* at 45), Plaintiffs ask the Court to reach the same conclusion here.

13.     In summary, Plaintiffs bring claims under 28 U.S.C. § 1605A(c), and to the extent that Plaintiffs' claims do not have a cause of action thereunder, the common and statutory laws of the District of Columbia govern or in the alternative, Plaintiffs assert their claims under the laws of their residence at the time of the Bombings specified herein as either Kenya, Tanzania, or U.S. State.

## **PARTIES**

14.     Plaintiff JOSEPH KAZUNGU KATANA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPH KAZUNGU KATANA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe

emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LUCY NYABONYIA KAZUNGU was the spouse of JOSEPH KAZUNGU KATANA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KATANA KARISA and KADII KATANA KARISA were the parents of JOSEPH KAZUNGU KATANA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LIZ KADZO KAZUNGU, CONNIE SIDI KAZUNGU, FRANCIS KATANA KAZUNGU, and MACHEL YUBU KAZUNGU were the children of JOSEPH KAZUNGU KATANA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ALPHONCE KATANA KALAMA, CHRISPUS KATANA KARISA, KADZO CHARO KATANA, SIDI KATANA, MARIAM KATANA, JUMWA KAHINDI KATANA, HADIJA KATANA KARISA, and ZAWADI KATANA MWAYELE were the siblings of JOSEPH KAZUNGU KATANA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of KATANA KARISA is represented by JOSEPH KATANA.

15.    Plaintiff BONIFACE KARIMI GITHUI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff BONIFACE KARIMI GITHUI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ANASTASIA WANJIRU KARIMI was the spouse of BONIFACE KARIMI GITHUI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs

ANTHONY KAIRU KARIMI, ROSE NYAWIRA KARIMI, CATHERINE NJERI IGATHE, PAULI GITHUI KARIMI, and PETER MAINA KARIMI were the children of BONIFACE KARIMI GITHUI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LADISLAUS K. MAINA GITHUI, TRANSSILA WANJIRO GISHIMO, ZIPHORONZA WANGUI KARIUKI, FRANCIS KIBOI GITHUI, and DONATUS MATHENGE GITHUI were the siblings of BONIFACE KARIMI GITHUI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of DONATUS MATHENGE GITHUI is represented by BONIFACE GITHUI.

16.    Plaintiff BOSCO KIMANI NJOROGE is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff BOSCO KIMANI NJOROGE was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JANE WANGARI KIMANI was the spouse of BOSCO KIMANI NJOROGE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs NJOROGE KIMANI and WANJA NJOROGE were the parents of BOSCO KIMANI NJOROGE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARVIN NJOROGE KIMANI and CYNTHIA WANJA KIMANI were the children of BOSCO KIMANI NJOROGE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROSEMARY KANINI

OCHIENG, PETER CHOGO NJOROGE, JOHN GICHINGA NJOROGE, ANNA GATHONI NJOROGE, JANE NJERI NJOROGE, and ISHMAEL NJOROGE were the siblings of BOSCO KIMANI NJOROGE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

17.    Plaintiff GERALD EDWIN WARUINGI NJAU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GERALD EDWIN WARUINGI NJAU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff RACHEL WANJIRU NJENGA WARUINGI was the spouse of GERALD EDWIN WARUINGI NJAU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN NJAU WARUINGE and AGNES NJERI NJAU were the parents of GERALD EDWIN WARUINGI NJAU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs WILFRED WARUINGI, MARCUS WARUINGE, and RAMSES WARUINGE were the children of GERALD EDWIN WARUINGI NJAU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MATHEW NJAU, FRANCIS NJENGA NJAU, and BEATRICE WANJIKU NJAU were the siblings of GERALD EDWIN WARUINGI NJAU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

18.    Plaintiff ELIZABETH IMMACULATE AWINO MBOSS is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in

Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ELIZABETH IMMACULATE AWINO MBOSS was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JOSEPH JOHN MBOSS was the spouse of ELIZABETH IMMACULATE AWINO MBOSS. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MICHAEL PIUS ONDURU and MARGARET AKEYO ONDURU were the parents of ELIZABETH IMMACULATE AWINO MBOSS. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs AUDREY AKINYI LOURDES MBOSS, YVONNE MAGDALINE MBOSS, LILIANA MBOSS, PETER OTIENO MBOSS, LAVENDER ACHIENG MBOSS, DAVID OTIENO MBOSS, and STEPHEN OWINO MBOSS were the children of ELIZABETH IMMACULATE AWINO MBOSS. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JULIA ANYANGO ONDURU, PRISCAH ACHIENG ONDURU AKOTO, CHARLES OJWANDO ONDURU, ISABELLA AKUMU ONDURU, ROSEMARY ADHIAMBO ONDURU, BERNADETTE AKINYI ONDURO, and FLORENCE ADHIAMBO ONDURU were the siblings of ELIZABETH IMMACULATE AWINO MBOSS. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MICHAEL PIUS ONDURU is represented by ELIZABETH MBOSS. The Estate of MARGARET AKEYO ONDURU is represented by ELIZABETH MBOSS. The Estate of AUDREY AKINYI LOURDES MBOSS is represented by ELIZABETH MBOSS.

112

19.     Plaintiff JANE GACHERI NGARA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JANE GACHERI NGARA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff CHARLES NGARA KIRIMANIA was the spouse of JANE GACHERI NGARA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MAUREEN KAJUJU NGARA, DERRICK MWITI NGARA, MICHELLE MWENDWA NGARA, and JEFF MUTUMA NGARA were the children of JANE GACHERI NGARA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ERIC MUTHONI MWIREBUA and MIRIAM MUGURE MWIREBWUA were the siblings of JANE GACHERI NGARA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

20.     Plaintiff LAWRENCE BENU NDUNGU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff LAWRENCE BENU NDUNGU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs MARY GATHONI BENU and JANE WANGARI WANJIKU were the spouses of LAWRENCE BENU NDUNGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN NDUNG'U BENU, JOSEPH MWENDA BENU, IRENE WANGARI, BEATRICE NDUTA KIIRU, ELIZABETH MUTHONI

BENU, EVERLYNE WANJIKU BENU, and EDWIN NDUNGU BENU were the children of LAWRENCE BENU NDUNGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs EDWARD MURITU NDUNGU, LUCY WANJIKU NDUNGU, CLEMENT MUGO NDUNGU, MARTHA MWIHAKI NDUNG'U, TERESIA WAIRIMU, JACINTA NJERI NDUNGU, and AGNES WAIRIMU WANDUI were the siblings of LAWRENCE BENU NDUNGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

21.    Plaintiff JOHN MACHARIA NGUGI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN MACHARIA NGUGI was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff NANCY WANJIRU NJOROGE was the spouse of JOHN MACHARIA NGUGI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs BENSON NGUGI WILLIAM and MONICA WANJIKU NGUGI were the parents of JOHN MACHARIA NGUGI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MONICA WANJIKU MACHARIA and BENSON NGUGI MACHARIA were the children of JOHN MACHARIA NGUGI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ALICE WANJIRU NJOROGE, WILLIAMSON KAMITI NGUGI, SUSAN

WANGARI NGUGI, GRACE NJOKI NGUGI, MARIONI GATHONI NGUGI, JAMES NJENGA NGUGI, ROBERT GATHINJI NGUGI, ZACHARIA NGANGA NGUGI, ESTHER WAITHERA NGUGI, and STEPHEN NJUGUNA NGUGI were the siblings of JOHN MACHARIA NGUGI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

22.    Plaintiff JOSEPH NYAMWEYA ONDIGI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPH NYAMWEYA ONDIGI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs MERCY ONDIGI and MELVIN ONDIGI were the children of JOSEPH NYAMWEYA ONDIGI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

23.    Plaintiff LUCY MOCHECHE MOGENI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff LUCY MOCHECHE MOGENI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ELIJAH NYABUTI MOGENI was the spouse of LUCY MOCHECHE MOGENI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs VALERY MICHOKI MOGENI and HUMPHREY OMBATI MOGENI were the children of LUCY MOCHECHE MOGENI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

24.     Plaintiff LUCY NJERI MUGWERU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff LUCY NJERI MUGWERU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JAMES NYINGI was the spouse of LUCY NJERI MUGWERU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SYLVIA WANJIKU NYANJUI and TABBY WANJA NYANJUI were the children of LUCY NJERI MUGWERU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PATRICIA WANJIRU MUGWERU, SUSAN MUTHONI MUGWERU, WILSON MWANGI MUGWERU, ALICE MUGWERU, and SALOME MUGWERU were the siblings of LUCY NJERI MUGWERU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JAMES NYINGI is represented by LUCY N MUGWERU.

25.     Plaintiff MARY MUTHONI KIARIE is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MARY MUTHONI KIARIE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff NOAH KIARIE WAMBU was the spouse of MARY MUTHONI KIARIE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MUITA THIRIKWA and REBECCA NYARUAI MUHORO were the parents of MARY MUTHONI

KIARIE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KEVIN WAMBU KIARIE, SHEILLA NYOKABI KIARIE, and RICHARD GITONGA KIARIE were the children of MARY MUTHONI KIARIE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs HELLEN NYANJAU, ROSE WANGUI MUITA, PAUL MUHORO MUITA, JANE NYOKABI MUITA, JOYCE WANJIRU MUNENE, and GEORGE THIRIKWA were the siblings of MARY MUTHONI KIARIE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

26.     Plaintiff ARTHUR NGANGA GITUKU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ARTHUR NGANGA GITUKU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LOISE WANJIKU MWAURA was the spouse of ARTHUR NGANGA GITUKU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSEPH GITUKU NGANGA and NANCY WAIRIMU GITUKU were the parents of ARTHUR NGANGA GITUKU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff NANCY MERCY WAIRIMU NGAGNGA was the child of ARTHUR NGANGA GITUKU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of NANCY WAIRIMU GITUKU is represented by ARTHER GITUKU.

27.    Plaintiff VIRIDIANA WALEGHWA MATANO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff VIRIDIANA WALEGHWA MATANO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff RAYMOND MATANO was the spouse of VIRIDIANA WALEGHWA MATANO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ELIZABETH NAJALA MKALA was the parent of VIRIDIANA WALEGHWA MATANO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs NICHOLAS MATANO and SYLVESTER MATANO were the children of VIRIDIANA WALEGHWA MATANO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RAPHAEL MKALA, VENERANDA MKALA, BLANDINA MKALA, PATRICK MKALA, KAROLI MKALA, MARIANNE MWANZIA, LEVINA MKALA, IVETA MKALLA, JOHN LAURIAN MKALA, LUCIE MKALA, GALDINO MKALA, and FLORIAN MKALA were the siblings of VIRIDIANA WALEGHWA MATANO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

28.    Plaintiff MILLY WAIRIMU NGARI WAROBI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MILLY WAIRIMU NGARI WAROBI brings this action for their loss of society and severe emotional distress suffered as a

result of the Bombings. At all relevant times, Plaintiffs JAMES MBUGA NGARI, RACHEAL WAITHERA NGARI, and MARK KAMAU NGARI were the siblings of MILLY WAIRIMU NGARI WAROBI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

29.     Plaintiff PAMELA APIYO UDO MBECHE is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PAMELA APIYO UDO MBECHE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff CORNELIUS OKINYI OLENDE was the spouse of PAMELA APIYO UDO MBECHE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GERALD OULA OKINYI OLENDE, FREDRICK ONYANGO OLENDE, and YVETTE RACHIER OLENDE were the children of PAMELA APIYO UDO MBECHE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MONGI DOROTHY ANAM LILIAN and ROSE ATIENO MBECHE were the siblings of PAMELA APIYO UDO MBECHE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

30.     Plaintiff GEOFFREY KANJA GITUNGO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GEOFFREY KANJA GITUNGO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff NANCY WANJIRU KANJA was the spouse of

GEOFFREY KANJA GITUNGO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MOSES NGUGI KANJA was the child of GEOFFREY KANJA GITUNGO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

31.     Plaintiff CATHERINE WAMUYU MUNGAI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CATHERINE WAMUYU MUNGAI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs GRACE WANGUU MUNGAI and MAIGA WAMBUI MUNGAI were the children of CATHERINE WAMUYU MUNGAI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

32.     Plaintiff GRACE KAKENIA TANYASSIS is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GRACE KAKENIA TANYASSIS brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MIKE HAMILTON M TANYASSIS was the spouse of GRACE KAKENIA TANYASSIS. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MARGARET MEOLY was the parent of GRACE KAKENIA TANYASSIS. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs NOELLE SINTEI

TANYASSIS, BRIAN SELELO TANYASSIS, DAVIES NKAITOLE TANYASSIS, and JEFFREY LEMAYIAN TANYASSIS were the children of GRACE KAKENIA TANYASSIS. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs STEPHEN LUKEINE MEOLY and THOMAS MERITEI MEOLY were the siblings of GRACE KAKENIA TANYASSIS. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

33.    Plaintiff NANCY TITEU METEYO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff NANCY TITEU METEYO was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff SUSAN S SITONIK was the parent of NANCY TITEU METEYO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SIMON T METEYO, EVA MONARI, and SAMUEL SITONIK were the siblings of NANCY TITEU METEYO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of SUSAN S SITONIK is represented by NANCY MATEYO.

34.    Plaintiff GRACE WAMBUI KABARE is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GRACE WAMBUI KABARE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs KEVIN RUKU KABARE and COLLINS KAMAU KABARE were the

children of GRACE WAMBUI KABARE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LYDIA WANJIKU KARANJA, AGNES WANJIRU GIKONYO, ESPHAN MBATIA KABARE, and JAMLICK NJOROGE KABARE were the siblings of GRACE WAMBUI KABARE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

35.    Plaintiff EVERLYNE AYOTI AMULYOTO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff EVERLYNE AYOTI AMULYOTO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff SHEILLAH MUYUKA KHAGAI was the child of EVERLYNE AYOTI AMULYOTO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROSABELLA KASUNGU SHIHEMI, WINNIE MBARIA MAINA, JOHN OPANGA SHIHEMI, WILLIAM SHIHEMI, LIVINGSTON SHIHEMI, VIOLET MOGA, and DARLENE AOKO were the siblings of EVERLYNE AYOTI AMULYOTO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of ROSABELLA KASUNGU SHIHEMI is represented by JOHN SHIHEMI. The Estate of DARLENE AOKO is represented by JOHN SHIHEMI.

36.    Plaintiff JEMIMAH SYOKAU MUMO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JEMIMAH SYOKAU MUMO brings this action

for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff SIMEON MOMANYI was the spouse of JEMIMAH SYOKAU MUMO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOYCE MUMO was the parent of JEMIMAH SYOKAU MUMO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs NORAH D. MOMANYI, JOYCE G. MOMANYI, and DORIS K MOMANYI were the children of JEMIMAH SYOKAU MUMO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ALICE MUMO, SAVINA KAILU, SCOLLA SCHOLASTICA MWANZIA, MULI MUMO, PRISCILA MUMO, MARIA MUMO, and MUTISYA MUMO were the siblings of JEMIMAH SYOKAU MUMO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JOYCE MUMO is represented by JEMIMAH MUMO. The Estate of PRISCILA MUMO is represented by PENINA JACOB. The Estate of MARIA MUMO is represented by JANE KAMENE. The Estate of MUTISYA MUMO is represented by DANIAL MUTISYA.

37.    Plaintiff SAMWEL NYAUSE OKOTH is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SAMWEL NYAUSE OKOTH was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MILLICENT CLARIS AKOTH was the spouse of SAMWEL NYAUSE OKOTH. They are a citizen of Kenya, and they

bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CALEB NYAUSE and FIONA ACHIENG OKOTH were the children of SAMWEL NYAUSE OKOTH. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs AGGREY NYAUSE, EDWINA NYAUSE, MARY SIJENYI, and POLYCARP OTIENO OKECH were the siblings of SAMWEL NYAUSE OKOTH. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARY SIJENYI is represented by SAMUEL OKOTH.

38.     Plaintiff MARGARET WANJIKU RUKWARO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MARGARET WANJIKU RUKWARO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ROBERT WAMBUGU RUKWARO was the spouse of MARGARET WANJIKU RUKWARO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs IGNATIUS WAMBUGU RUKWARO, MARY NYAKIAMBI RUKWARO, and RUTH RUKWARO were the children of MARGARET WANJIKU RUKWARO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

39.     Plaintiff MARY ANNE OBONDO GALLO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MARY ANNE OBONDO GALLO

brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff EVANS OBONDO GALLO was the spouse of MARY ANNE OBONDO GALLO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PATRICIA KAZIRIKA GALLO and ANNE-MARIE GALLO were the children of MARY ANNE OBONDO GALLO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

40.    Plaintiff ANITA OBERAI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ANITA OBERAI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff RAJINDER P OBERAI was the spouse of ANITA OBERAI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DEEPAK OBERAI and NIKHIL OBERAI were the children of ANITA OBERAI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RINA SHAH and ASHOK KAPOOR were the siblings of ANITA OBERAI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

41.    Plaintiff CATHERINE NJERI MURIUKI is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CATHERINE NJERI MURIUKI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times,

Plaintiff ALFRED MAINA KANGARU was the parent of CATHERINE NJERI MURIUKI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FAITH WANJIKU MURIUKI and EMANUEL NYAGA MURIUKI were the children of CATHERINE NJERI MURIUKI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs WAMBUI NANCY MAINA, JENIFFER WANGUI MAINA, LUCY MUTHONI KARUOYA, and JANET WANJIKU MAINA were the siblings of CATHERINE NJERI MURIUKI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

42.    Plaintiff JOSEPH WAFULA BUYELA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPH WAFULA BUYELA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARGARET NANJALA WAFULA was the spouse of JOSEPH WAFULA BUYELA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROBERT SIMIYU WAFULA and LINDA NEKESA WAFULA were the children of JOSEPH WAFULA BUYELA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

43.    Plaintiff JOHN KAMAU WAMAKIMA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the

time of the 1998 Embassy Bombings. Plaintiff JOHN KAMAU WAMAKIMA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff GLADWELL KABURA was the spouse of JOHN KAMAU WAMAKIMA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JOHN KAMAU WAMAKIMA is represented by GLADWELL KABURA.

44.    Plaintiff JOHN KARIUKI MACHARIA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN KARIUKI MACHARIA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LOISE NYAMBURA MACHARIA was the spouse of JOHN KARIUKI MACHARIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ANTONY KARIUKI MACHARIA, EDWIN KURIA MACHARIA, MICHAEL MUNGA MACHARIA, IMELDA NJERI MACHARIA, LORNA NYAMBURA MACHARIA, TERESIA WAIRUINI MACHARIA, and LYDIAH MACHARIA were the children of JOHN KARIUKI MACHARIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of ANTONY KARIUKI MACHARIA is represented by JOHN MACHIRIA.

45.    Plaintiff JAYNE AWINO OLANDO is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JAYNE AWINO OLANDO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff

GORDON NGUONO OLANDO was the spouse of JAYNE AWINO OLANDO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff GRACE AKINYI AJWANG was the parent of JAYNE AWINO OLANDO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ADAH SYLVIA OLANDO and ALEXANDER GORDON OLANDO were the children of JAYNE AWINO OLANDO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PAUL OMONDI OGENDO, JOYCE OLWEYA ROGER, PHOEBE ATIENO NYAGUDI, and ROSE A NYAMUNGA were the siblings of JAYNE AWINO OLANDO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

46.    Plaintiff CAROLINE WANJERI is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CAROLINE WANJERI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

47.    Plaintiff PATRICIA WANZALLA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PATRICIA WANZALLA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs MARY A. OKELLO and PAMELA AWINO WANZALLA were the siblings of PATRICIA WANZALLA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

48.     Plaintiff MICHAEL MBITHI KIMITI is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MICHAEL MBITHI KIMITI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff CHRISTINE MBINYA MBITHI was the spouse of MICHAEL MBITHI KIMITI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff DAVID KIMITI MBITHI was the child of MICHAEL MBITHI KIMITI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JULIANA NDUNGE KIMITI, GEORGE MUTISO KIMITI, ROSE NDUKU MUTINDA, and MARGARET MUENI KIMITI were the siblings of MICHAEL MBITHI KIMITI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARGARET MUENI KIMITI is represented by ANITA NDUMI.

49.     Plaintiff ESTHER WAGAKI MUCHIRI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ESTHER WAGAKI MUCHIRI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff HEZEKIAH MWAURA GICHURE was the spouse of ESTHER WAGAKI MUCHIRI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MICHAEL GICHURE MWAURA, GABRIEL MUCHIRI MWAURA, and CHRISTINA NJERI MWAURA were the children of ESTHER WAGAKI MUCHIRI. They are

citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

50.    Plaintiff MILDRED AKINYI AHENDA is a citizen of Kenya and was an employee of the US Agency for International Development in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MILDRED AKINYI AHENDA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PATRICK CORNEL ODERO AHENDA was the spouse of MILDRED AKINYI AHENDA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN AHENDA, PETRONELA ACHIENG AHENDA, JANET ATIENO AHENDA, and BRIAN OBUNGU AHENDA were the children of MILDRED AKINYI AHENDA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JANE AWUOR OBUNGU, EDITOR ACHIENG OBUNGU, ADHIAMBO SUSAN OBUNGU, and JAIRO O. OBUNGU were the siblings of MILDRED AKINYI AHENDA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of PATRICK CORNEL ODERO AHENDA is represented by MILDRED AHENDA.

51.    Plaintiff EUNICE KIHU is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff EUNICE KIHU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs JOTHAM KIHU NGERO and NANCY WANJIKU KIHU were the parents of EUNICE KIHU. They are

citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff WACHIRA NDWIGA was the child of EUNICE KIHU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSEPHINE WANJIRU GETHI, ESTHER NJERI MWANGI, JENNIFER WANGARI KIBE, CATHERINE WANGUI KIHU, NICHOLAS NGERO KIHU, GODFREY MAINA KIHU, STEPHEN MWINGA KIHU, NEWTON GITHAIGA KIHU, and WILBERFORCE WANJAU KIHU were the siblings of EUNICE KIHU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JOTHAM KIHU NGERO is represented by EUNICE KIHU. The Estate of NANCY WANJIKU KIHU is represented by EUNICE KIHU. The Estate of JENNIFER WANGARI KIBE is represented by EUNICE KIHU.

52.    Plaintiff RAPHAEL IMBIAKHA OMWANGU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff RAPHAEL IMBIAKHA OMWANGU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs MARY MASITSA IMBIAKHA and RACHEL ASIKO ANYANGU were the spouses of RAPHAEL IMBIAKHA OMWANGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ANGELA ANYEMBE, DANIEL OMUKHABALI, CAROLINE OMUKASIA MUDASIA, VITALIS ALWALA, F.A., and I.A. minors by and through their guardian MARY IMBIAKHA, and MERCY ANYANGO were the children of RAPHAEL IMBIAKHA OMWANGU. They are

citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

53.    Plaintiff HAMZA GIRNARY is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff HAMZA GIRNARY brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

54.    Plaintiff HAMZA JUMA NYANYILE is a citizen of Tanzania and was an employee of the American Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff HAMZA JUMA NYANYILE was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff SIKITU HUSSEIN FUNGA was the spouse of HAMZA JUMA NYANYILE. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

55.    Plaintiff THOMAS ODHIAMBO ONGORO is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff THOMAS ODHIAMBO ONGORO was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff SILPHER ATIENO ONGORO was the spouse of THOMAS ODHIAMBO ONGORO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHNSON ONGORO OLUOCH and MARGRET AWITI ONGORO were the parents of THOMAS ODHIAMBO ONGORO. They are

citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JACKLINE AUMA ONGORO, DIANA ACHIENG ONGORO, and MICHAEL JAMES ONGORO were the children of THOMAS ODHIAMBO ONGORO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CAROLINE AUMA OWAGA, JANE ATIENO ONGORO, FLORENCE ADHIAMBO ONGORO, JOICE ADOYO OKIKI, and TOBIAS SUDI ONGORO were the siblings of THOMAS ODHIAMBO ONGORO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARGRET AWITI ONGORO is represented by THOMAS ONGORO.

56.    Plaintiff STEPHEN NJIHIA NDUNGU is a citizen of Kenya and was an employee of the U.S. Peace Corps near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff STEPHEN NJIHIA NDUNGU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff AGNES WANGUI MUTHAKA was the spouse of STEPHEN NJIHIA NDUNGU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs NDUNGU GACHOGO and NJERI NDUNGU GACHOGO were the parents of STEPHEN NJIHIA NDUNGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARY WANJIRU NDUNGU, PENINNAH WAIRIMU NDUNGU, CICILIA WAMBUI GATHII, JANE WANGUI NJENGA, GRACE WAITHIRA NDUNGU, CHARLES NJOROGE NDUNGU, REGINA WANGARI NDUNG'U, NAOMI WANJIKU NDUNG'U, and ELIZABATH WANJIKU

NDUNGU were the siblings of STEPHEN NJIHIA NDUNGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

57. Plaintiff JEAN WAITHIRA KINYANJUI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JEAN WAITHIRA KINYANJUI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff CATHERINE WAMBUI KINYANJUI was the parent of JEAN WAITHIRA KINYANJUI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff EDWARD GITAU KINYANJUI was the sibling of JEAN WAITHIRA KINYANJUI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

58. Plaintiff THOMAS MUKOBI ARUNGA is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff THOMAS MUKOBI ARUNGA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs VIOLET KHAHOMBI ARUNGA, JACUILINE KHALIBWA, FREDRICK LUVEMBA ARUNGA, FELISTUS AYESA, and KEVIN MUKHOBI ARUNGA were the children of THOMAS MUKOBI ARUNGA . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of THOMAS MUKOBI ARUNGA is represented by VIOLET ARUNGA.

59.    Plaintiff ROSE THUGURI KINUTHIA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ROSE THUGURI KINUTHIA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs NEWTON GATHUNGU KIBUCHI and RACHEL WARUGURU GATHUNGU were the parents of ROSE THUGURI KINUTHIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CYNTHY OLIVIA MUTHONI KINUTHIA, EARL MWARIRI KINUTHIA, and FLOYD GATHUNGU KINUTHIA were the children of ROSE THUGURI KINUTHIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GEORGE KIBUCHI GATHUNGU, CHRISTINE L. BISHOP, SUSAN WANJUGU GATHUNGU, and JOSEPH MUREITHI GATHUNGU were the siblings of ROSE THUGURI KINUTHIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of NEWTON GATHUNGU KIBUCHI is represented by ROSE KINUTHIA.

60.    Plaintiff PRISCILLA WAIRIMU KUNG'U is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PRISCILLA WAIRIMU KUNG'U brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

61.    Plaintiff JAMES MAINA NDIRANGU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the

time of the 1998 Embassy Bombings. Plaintiff JAMES MAINA NDIRANGU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARGARET WAMBUI MAINA was the spouse of JAMES MAINA NDIRANGU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PETER NDIRANGU MAINA, MARTIN GITHUI MAINA, CHARLES KAMAU MAINA, and PAUL WAHOME MAINA were the children of JAMES MAINA NDIRANGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

62.    Plaintiff FRANCIS MWORIA MWONGERA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FRANCIS MWORIA MWONGERA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

63.    Plaintiff ELIZABETH NYABOCHWA NYAMWARO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ELIZABETH NYABOCHWA NYAMWARO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ALOYS NYAMWARO was the spouse of ELIZABETH NYABOCHWA NYAMWARO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CAROLINE KWAMBOKA NYAMWARO, HELENNE MORAA NYAMWARO, ROY OTOTI NYAMWARO, LILIAN

MOSIARA MARTIN, ANASTASIA MONAYO RATEMO, LAWRENCE OSORO NYAMWARO, and MIRIAM NYANCHAMA NYAMWARO were the children of ELIZABETH NYABOCHWA NYAMWARO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ESTHER KERUBO KABURI, DAVID ONSONGO KABURI, JOHN KABURI, JOYCE BOSIBORI KABURI, PAMELA GESARE ABUYA, TERESA KWAMBOKA KABURI, EZEKIEL KABURI, and KENNEDY MOCHERE KABURI were the siblings of ELIZABETH NYABOCHWA NYAMWARO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of EZEKIEL KABURI is represented by SIMON ONYANCHA.

64.    Plaintiff RUTH RESIATO SITONIK is a citizen of Kenya and was an employee of the Library of Congress near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff RUTH RESIATO SITONIK brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff IAN KIMANI MWANGI was the child of RUTH RESIATO SITONIK. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

65.    George Mimba was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Winifred Wairimu Wamai, et al. v. Republic of Sudan, et al., Case No. 1:08-cv-01349. At all relevant times, Plaintiff EVANS OLWAL was the child of George Mimba. They are

a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

66.     Plaintiff PETER GITUNDU MUHUNGURA is a citizen of Kenya and was an employee of the U.S. Peace Corps near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PETER GITUNDU MUHUNGURA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff KESIA NYOKABI GATUNDU was the spouse of PETER GITUNDU MUHUNGURA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LILIAN NJAMBI GITUNDU, ESTHER WANJA GITUNDU, PERIS WANJIKU GITUNDU, MICHAEL KAMAU GITUNDU, and MARGARET WANGUI GITUNDU were the children of PETER GITUNDU MUHUNGURA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

67.     Plaintiff JOHN MWANGI MBURU is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN MWANGI MBURU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JANE NJERI GITHU was the spouse of JOHN MWANGI MBURU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs HENRY MBURU NGARACHU and TABITHA WANGUI MBURU were the parents of JOHN MWANGI MBURU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs HENRY MBURU MWANGI

and SYLVIA WANGUI MWANGI were the children of JOHN MWANGI MBURU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs NICHOLAS KARIUKI MBURU and MARY MUTHONI MBURU were the siblings of JOHN MWANGI MBURU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of HENRY MBURU NGARACHU is represented by TABITHA MBURU.

68.    Plaintiff JAMES WAMBUA HAMISI NDEMWA is a citizen of Kenya and was an employee of the U.S. Peace Corps near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JAMES WAMBUA HAMISI NDEMWA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs ELIZABETH NTHENYA, ZIPPORAH NZILANI WAMBUA, MAARIFA MASHAKA WAMBUA, YUSUFU LULE WAMBUA, WASHINGTON KIBWANA WAMBUA , and JUSTUS SAMBA WAMBUA were the children of JAMES WAMBUA HAMISI NDEMWA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of ELIZABETH NTHENYA is represented by JAMES NDEMWA. The Estate of WASHINGTON KIBWANA WAMBUA is represented by JAMES NDEMWA.

69.    Plaintiff FRANCO DENIS NZILU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FRANCO DENIS NZILU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ROSSY NDUMI MWALIMU was the spouse of FRANCO DENIS

NZILU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs HANNAH KILITI MUNYASIA and PARMENAS NZILU MUNYASIA were the parents of FRANCO DENIS NZILU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ANNE KANTANU MUTHINZI , MAUREEN VIATA MUTHINZI, and YVONNE MARTHA MUTHINZE were the children of FRANCO DENIS NZILU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GIBSON MUNYASIA NZILU , DEREK WAMBUA MUNYASIA, OSCAR KILII MUNYASIA, SAMMY MUNYASIA NZILU, FLORENCE MUNYASIA, EMMAH MUNYASIA, and EUNICE MUNYASIA were the siblings of FRANCO DENIS NZILU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of FRANCO DENIS NZILU is represented by ROSSY MWALIMU. The Estate of HANNAH KILITI MUNYASIA is represented by FLORENCE MUNYASIA. The Estate of PARMENAS NZILU MUNYASIA is represented by FLORENCE MUNYASIA. The Estate of ANNE KANTANU MUTHINZI is represented by ROSSY MWALIMU. The Estate of GIBSON MUNYASIA NZILU is represented by NATASHA KOKI. The Estate of OSCAR KILII MUNYASIA is represented by RUTH MUTUA.

70.    Plaintiff PAUL MUKUI CHEGE is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PAUL MUKUI CHEGE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LYDIA

NYAKIO MUKUI was the spouse of PAUL MUKUI CHEGE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SAMUEL CHEGE MUKUI and GRACE WAIRIMU MUKUI were the children of PAUL MUKUI CHEGE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs STEPHEN KIMANI CHEGE and JOAN MUTHONI CHEGE were the siblings of PAUL MUKUI CHEGE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

71.    Plaintiff EUNICE FATUMA KIMBWARATA is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff EUNICE FATUMA KIMBWARATA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JOHN MANENO was the spouse of EUNICE FATUMA KIMBWARATA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RICHARD KIMBWARATA LOROGHWA and ESTHER KITONDO KIBWARATA were the parents of EUNICE FATUMA KIMBWARATA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff SAWA MANENO was the child of EUNICE FATUMA KIMBWARATA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PETER MMARE KIMBWARATA, MARY MAIMERI KUBO, HOPE MATENDERA

MRUTTU, DORCAS NYANGUGKA KIBWARATA, JACKSON KENIO KIMBWARATA, SOPHIE M'BORA KIMBWARATA, JANE KIKARARA KIMBWARATA, SOLOMON MAITAI KIMBWARATA, and SHALETH NASHANGAI KIMBWARATA were the siblings of EUNICE FATUMA KIMBWARATA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of RICHARD KIMBWARATA LOROGHWA is represented by EUNICE KIMBWARTA. The Estate of ESTHER KITONDO KIBWARATA is represented by EUNICE KIMBWARTA. The Estate of MARY MAIMERI KUBO is represented by EUNICE KIMBWARTA. The Estate of DORCAS NYANGUGKA KIBWARATA is represented by EUNICE KIMBWARTA.

72.     Plaintiff JOHN NZUSYO MBINDYO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN NZUSYO MBINDYO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ESTHER MBULA NZUSYO was the spouse of JOHN NZUSYO MBINDYO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs BONIFACE MULI NZUSYO, PETER KYALO JOHN, AMOS MUUO NZUSYO, JACKLINE MUTHINYE NZUSYO, ONESMUS NYAMASYO NZUSYO, ROSE MUENI NZUSYO, and SERA NDUNGE NZUSYO were the children of JOHN NZUSYO MBINDYO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of ROSE MUENI NZUSYO is represented by FRANCIS MWENDWA. The Estate of SERA NDUNGE NZUSYO is represented by MUTHEU NDUNGE.

73.     Plaintiff SERAH WANGUI GACHIE is a citizen of Kenya and was an employee of the U.S. Peace Corps near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SERAH WANGUI GACHIE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs JACKSON MUIRU GACHIE and PHYLLIS MUTHONI GACHIE were the parents of SERAH WANGUI GACHIE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs STACY WAIRIMU KAMATU and JULIE NJOKI MUMBI were the children of SERAH WANGUI GACHIE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FAITH NJERI GACHIE, PATRICK MUIRU GACHIE, KENNETH MWANGI GACHIE, JANE WANJIRU GACHIE, DANIEL NJONGE GACHIE, and WINNIE MUMBI GACHIE were the siblings of SERAH WANGUI GACHIE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of PHYLLIS MUTHONI GACHIE is represented by SERAH GACHIE. The Estate of KENNETH MWANGI GACHIE is represented by JACK GACHIE. The Estate of WINNIE MUMBI GACHIE is represented by NAHASHON NGUGI.

74.     Plaintiff GREGORY NDUNDA WAMBUA is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GREGORY NDUNDA WAMBUA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff FLORA NTHENYA NDUNDA was the spouse of GREGORY NDUNDA WAMBUA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional

distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MONICA NDUKU WAMBUA was the parent of GREGORY NDUNDA WAMBUA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ANGELA NDUKU NDUNDA and ROBERT MUNYAO NDUNDA were the children of GREGORY NDUNDA WAMBUA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GABRIEL KYALO WAMBUA, STEPHEN MUTIE WAMBUA, JOHN MWANIA WAMBUA, ANASTASIA MWIKALI WAMBUA, CHRISTINE MBITHE WAMBUA, BERNARD MUNYAO WAMBUA, LUCIA WANZA WAMBUA, PIUS KIOKO WAMBUA, FRANCIS MWENGEI WAMBUA, PATRICIA MUOTI WAMBUA, JACINTA MUTILE WAMBUA, CATHERINE WAVINYA WAMBUA, SILVESTER NZIOKA WAMBUA, ALPHONCE MULWA WAMBUA, and MARTIN MUSYOKI WAMBUA were the siblings of GREGORY NDUNDA WAMBUA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARTIN MUSYOKI WAMBUA is represented by GREGORY WAMBUA.

75.    Plaintiff BATHSHEBA ONGORI is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff BATHSHEBA ONGORI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff FRANCIS NYANGAO ONGORI was the spouse of BATHSHEBA ONGORI . They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ALFRED NYABIOGE ONGORI,

144

BENEDICT ONGORI, CAROLINE MUHANDALE ONGORI, DOROTHY COBBIN, EVALINE ONGORI, and FIONA ONGORI were the children of BATHSHEBA ONGORI . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAVID ROBERT NYAGWOKA MBOGA, REBECCA OBWAYA, and ESTHER NYABATE NGARE were the siblings of BATHSHEBA ONGORI . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of BATHSHEBA ONGORI is represented by FRANCIS ONGORI.

76.    Plaintiff ISABELLA MAISIBA is a citizen of Kenya and was an employee of the U.S. Peace Corps near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ISABELLA MAISIBA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs CHARLES MAISIBA ONCHONGE and JERUSA MORAA MAISIBA were the parents of ISABELLA MAISIBA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JAMES O. MAISIBA, EVANS G. MAISIBA, GILBER N. MAISIBA, THOMAS K. MAISIBA, JOYCE K. MAISIBA, and GLADYS M. MAISIBA were the siblings of ISABELLA MAISIBA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

77.    Plaintiff JOSEPHINE NDOLO is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPHINE NDOLO was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional

distress suffered as a result of the Bombings. At all relevant times, Plaintiff JAMES WAFULA SAKWA was the spouse of JOSEPHINE NDOLO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAN MALENJE NDOLO and FLORENCE AYIEKO NDOLO were the parents of JOSEPHINE NDOLO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARISELLAH NEKESA WAFULA, FLORENCE MUNIALO WAFULA, SARAH NEKOYE WAFULA, LEVY BIRENGO WAFULA, and BARAKA MUBUKUSU WAFULA were the children of JOSEPHINE NDOLO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ANDREW FREDRICK MIYA NDOLO, PHILIP NGOLO NDOLO, HENRY OKUSI NDOLO, JACKLYNE DEBORAH ODARI, and JOSEPH MUKOBE NDOLO were the siblings of JOSEPHINE NDOLO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of DAN MALENJE NDOLO is represented by JOSEPHINE NDOLO. The Estate of PHILIP NGOLO NDOLO is represented by JOSEPHINE NDOLO.

78.    Plaintiff LUSIMBA RAGUE is a citizen of Kenya and was an employee of the U.S. Peace Corps near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff LUSIMBA RAGUE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JUVENALIS RAGUE was the parent of LUSIMBA RAGUE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all

relevant times, Plaintiffs VINCENT RAGUE, CONSOLATA RAGWE, MARIE RAGUE, and JOHN RAGUE were the siblings of LUSIMBA RAGUE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JUVENALIS RAGUE is represented by LUSIMBA RAGUE. The Estate of JOHN RAGUE is represented by LUSIMBA RAGUE.

79.    Plaintiff MARGARET MUMBI GITAU is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MARGARET MUMBI GITAU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff FREDRICK MUIRURI GITAU was the spouse of MARGARET MUMBI GITAU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ELIZABETH THUIYA WAWERU was the parent of MARGARET MUMBI GITAU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GODFREY MUIRURI GITAU and VIRGINIA NJERI GITAU were the children of MARGARET MUMBI GITAU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LUCY WAITHERA WAWERU, MARY WAITHERA GATHECHA, HANNAH NJOKI KAMAU , JANE WAMBUI KINUTHIA, ALICE WAKANYI WAWERU, GRACE NJAHIRA JORAM, JOHN MBURU WAWERU, JOSEPH KANYUIRA WAWERU, GABRIEL NJENGA WAWERU, and SAMUEL KARUGI WAWERU were the siblings of MARGARET MUMBI GITAU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the

Embassy Bombings. The Estate of FREDRICK MUIRURI GITAU is represented by MARGARET GITAU. The Estate of ELIZABETH THUIYA WAWERU is represented by MARGARET GITAU. The Estate of HANNAH NJOKI KAMAU is represented by ANTHONY KARUMBA.

80.    Plaintiff TIMOTHY KIBET MUTAI is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff TIMOTHY KIBET MUTAI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LISA WANJIKU GICHERU was the spouse of TIMOTHY KIBET MUTAI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs EDWARD KIPKORIR KIBET, DANIEL KIPLIMO KIBET, and NELSON MARIE K. KIBET were the children of TIMOTHY KIBET MUTAI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

81.    Plaintiff ROBERT OBUBA OSORO is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ROBERT OBUBA OSORO was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs MORRIS ONSORO MOCHAMA and KEREMENSIA MORAA OSORO were the parents of ROBERT OBUBA OSORO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DENNIS ABUGA OSORO, FREDY NYABOGA OSORO, PRISCA MAGOMA OSORO,

HELLEN BITUTU OSORO, EDNAH KEMUNTO OSORO, LYDIAH KERUBO OSORO, and JACINTA KWAMBOKA MANGERA were the siblings of ROBERT OBUBA OSORO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of KEREMENSIA MORAA OSORO is represented by ROBERT OSORO.

82.    Plaintiff EMMANUEL OLOCH OMENDA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff EMMANUEL OLOCH OMENDA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARY ADHIAMBO JOSEPH was the parent of EMMANUEL OLOCH OMENDA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSEPH DISRAELI OMENDA and EMMANUEL JUNIOR OMENDA were the children of EMMANUEL OLOCH OMENDA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROSEBELLA ANYANGO OTIENO and JOHN OTIENO were the siblings of EMMANUEL OLOCH OMENDA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

83.    Plaintiff DANIEL WAFULA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff DANIEL WAFULA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times,

Plaintiff ANNET NEKESA WAFULA was the spouse of DANIEL WAFULA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff GEORGE PETER WAFULA was the parent of DANIEL WAFULA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROBERT WAFULA, JOSEPHAT MUI WAFULA, and EVERLYNE WAFULA were the siblings of DANIEL WAFULA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of GEORGE PETER WAFULA is represented by DANIEL WAFULA AND ROBER WAFULA.

84.    Plaintiff MICHAEL CHEPKOTO WAFUBO is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MICHAEL CHEPKOTO WAFUBO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff CECILIA CHIMOLI BUSIEKA was the spouse of MICHAEL CHEPKOTO WAFUBO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

85.    Plaintiff GIDEON NYABUTO OGAO is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GIDEON NYABUTO OGAO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ALICE MORAA NYATARA was the spouse of GIDEON NYABUTO OGAO. They are a citizen of Kenya, and they bring this action for their loss of society and severe

emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff CARO OKENYURI GIDEON was the child of GIDEON NYABUTO OGAO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff EZEKIEL OMBASO OGAO was the sibling of GIDEON NYABUTO OGAO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

86.    Plaintiff JOHN WAMBUA MBUNGA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN WAMBUA MBUNGA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARY KANINI MUTUA was the spouse of JOHN WAMBUA MBUNGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PIUS MBUNGA MULI and AGNES MUTHINI MBUNGA were the parents of JOHN WAMBUA MBUNGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ANTONY KIAMBUA, SALOME MWITHI JOHN, and AGNES KIAMBUA were the children of JOHN WAMBUA MBUNGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARY MBATHA MBUNGA and THOMAS MULI MBUNGA were the siblings of JOHN WAMBUA MBUNGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

87.    Plaintiff FRANCIS EMOMERI NYAKOL is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FRANCIS EMOMERI NYAKOL was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff WILMINA NANJALA OBARA was the spouse of FRANCIS EMOMERI NYAKOL. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SHIRLEY ISEGERE, CAMILLUS EMOMERI NYAKOL, RAEL IKATUGURU, FLEVIAH ITINOT, LESTA OBARA, and OLIVER EKISA were the children of FRANCIS EMOMERI NYAKOL. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DEOGRATIAS ILUKOR EMOMERI and CHARLES JOHN EMONG'OR EMOMERI were the siblings of FRANCIS EMOMERI NYAKOL. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of RAEL IKATUGURU is represented by FRANCIS NYAKOL.

88.    Plaintiff SIMON MULWA KIVELENGE is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SIMON MULWA KIVELENGE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff STELLAH KAVINYA MULWA was the spouse of SIMON MULWA KIVELENGE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times,

Plaintiff WANZA KIVELENGE was the parent of SIMON MULWA KIVELENGE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAVID KYALO, DENNIS KIVELENGE, and GEORGE WAMBUA MULWA were the children of SIMON MULWA KIVELENGE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PETER KIVELENGE, MARTHA KIVELENGE, MALIA KIVELENGE, and MARY KIVERENGE were the siblings of SIMON MULWA KIVELENGE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

89.    Plaintiff MICHAEL NAMIINDA WEKESA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MICHAEL NAMIINDA WEKESA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff IRENE NASAMBU WAKESA was the spouse of MICHAEL NAMIINDA WEKESA . They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOINAH NASWA WEKESA was the parent of MICHAEL NAMIINDA WEKESA . They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DOREEN NANJALA WEKESA and MERCYLINE NALIAKA WEKESA were the children of MICHAEL NAMIINDA WEKESA . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional

distress as a result of the Embassy Bombings. The Estate of MICHAEL NAMIINDA WEKESA is represented by MERCY WEKESA.

90.    Plaintiff JOSEPHAT ATSUNGA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPHAT ATSUNGA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs NANCY MINAYO and WILKISTER ACHAMI OCHARI were the spouses of JOSEPHAT ATSUNGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JANARIO NAYEMA and MAGARTA AUMA were the parents of JOSEPHAT ATSUNGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FELIX EBURN OPONGO and EDWARD NDALIRA ATSUNGA were the children of JOSEPHAT ATSUNGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JANARIO NAYEMA is represented by JOSEPHAT ATSUNGA. The Estate of MAGARTA AUMA is represented by JOSEPHAT ATSUNGA.

91.    Plaintiff JOSEPH KARIUKI WAINAINA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPH KARIUKI WAINAINA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff FAITH WANJIKU MUTHONI was the spouse of JOSEPH KARIUKI WAINAINA. They are a

citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff HANNAH NJERI KARIUKI was the parent of JOSEPH KARIUKI WAINAINA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RODNEY WAINAINA KARIUKI, MARCUS MACHARIA KARIUKI, and MARTIN MWAURA KARIUKI were the children of JOSEPH KARIUKI WAINAINA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

92.     Plaintiff BENARD ASIRA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff BENARD ASIRA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LINET KEREBI OPANGA was the spouse of BENARD ASIRA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs BRYAN ASIRA BOSIRE, JOYCE KWAMBOKA BOSIRE, IMMACULATE NKIROTE BOSIRE, and MICHELLE KWAMBOKA BOSIRE were the children of BENARD ASIRA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PETER ISANDA ASIRA, AGNES KURUBO ASIRA, SITEMU NYANUMBA ASIRA, NAOMI BONARERI ASIRA, LUCY GESARE ASIRA, JOB OMBWORI ASIRA, and DANIEL BIAGE ASIRA were the siblings of BENARD ASIRA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

93.    Plaintiff ZABLON LUSEGA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ZABLON LUSEGA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff HAWA NAMBOSO LUSEKA was the spouse of ZABLON LUSEGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JENIPHER LUSEKA was the parent of ZABLON LUSEGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JANE KHAVAYI KEESILA and CYNTHIA INZEYI KEESILA were the children of ZABLON LUSEGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ENOCK LUSEGA, and DORAH LUSEGA were the siblings of ZABLON LUSEGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JENIPHER LUSEKA is represented by ZABLON LUSEGA.

94.    Plaintiff HERBERT KAVOGI NYALESO is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff HERBERT KAVOGI NYALESO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MOURINE KABEYI MAKENZI was the spouse of HERBERT KAVOGI NYALESO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times,

Plaintiffs PHILIP KAVOJI and EPHALINA IDAYA were the parents of HERBERT KAVOGI NYALESO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs VICTOR ANDOVE, LAURA AVILIA, and VIOLA ILUSA were the children of HERBERT KAVOGI NYALESO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of PHILIP KAVOJI is represented by HERBERT NYALESO.

95.    Plaintiff CYNTHIA KIMBLE is a citizen of the United States of America and was an employee of the American Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff CYNTHIA KIMBLE was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At the time of the bombings CYNTHIA KIMBLE was a resident of Dar es Salaam, Tanzania. At all relevant times, Plaintiff PATRICK KIMBLE was the spouse of Plaintiff CYNTHIA KIMBLE. They are a citizen of the United States of America, a resident of Dar es Salaam, Tanzania at the time of the Embassy Bombings, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARY LOU FLORES. and TIMOTEO FLORES were the parents of CYNTHIA KIMBLE. They are citizens of the United States of America, at the time of the Bombings they resided in Texas, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs COLE KIMBLE and CHAD KIMBLE were the children of CYNTHIA KIMBLE. They are citizens of the United States of America, at the time of the Bombings COLE KIMBLE resided in Dar es Salaam, Tanzania, and they bring this action for their loss of society and severe emotional

distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ISHMAEL TIM FLORES was the sibling of CYNTHIA KIMBLE. They are a citizen of the United States of America, at the time of the Bombings they resided in Texas, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

96.     Plaintiff PATRICK KIMBLE is a citizen of the United States of America and was an employee of the US Marine Corps at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. At all relevant times, Plaintiff CYNTHIA KIMBLE was the spouse of Plaintiff PATRICK KIMBLE. They are a citizen of the United States of America, a resident of Dar es Salaam, Tanzania at the time of the Embassy Bombings, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PAUL KIMBLE SR. and ARLENE KIMBLE were the parents of PATRICK KIMBLE. They are citizens of the United States of America, at the time of the Bombings they resided in New York, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. Plaintiff PATRICK KIMBLE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings PATRICK KIMBLE was a resident of Dar es Salaam, Tanzania. Plaintiffs PHILIP KIMBLE and PAUL KIMBLE were the siblings of PATRICK KIMBLE. They are a citizen of the United States of America, at the time of the Bombings they resided in California and New York respectively, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of ARLENE KIMBLE is represented by PATRICK KIMBLE.

97.     Plaintiff BRIAN JOHNSON is a citizen of the United States of America and was an employee of the US Marine Corps at the U.S. Embassy in Dar es Salaam, Tanzania at the time

of the 1998 Embassy Bombings. Plaintiff BRIAN JOHNSON brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings BRIAN JOHNSON was a resident of Dar es Salaam, Tanzania.

98.     Plaintiff EDWARD DEAN STIVASON is a citizen of the United States of America and was an employee of the US Marine Corps at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff EDWARD DEAN STIVASON brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings EDWARD DEAN STIVASON was a resident of Dar es Salaam, Tanzania. At all relevant times, Plaintiffs EDWARD HARRY STIVASON and MICHAL-ANNE STIVASON were the parents of EDWARD DEAN STIVASON. They are citizens of the United States of America, at the time of the Bombings they resided in Nevada, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs TONYA MARCH, TRACY ASHLEY, and JOSH STIVASON were the siblings of EDWARD DEAN STIVASON. They are citizens of the United States of America, at the time of the Bombings they resided in Texas, Oregon, and Nevada, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

99.     Plaintiff CODY MCCABE is a citizen of the United States of America and was an employee of the US Marine Corps at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff CODY MCCABE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings CODY MCCABE was a resident of Dar es Salaam, Tanzania. At all relevant times, Plaintiff DEBBIE LAIRD was the parent of CODY MCCABE. They are a citizen of the United States of

America, at the time of the Bombings they resided in Illinois, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

100.    Plaintiff JEREMIAH BOHN is a citizen of the United States of America and was an employee of the US Marine Corps at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff JEREMIAH BOHN brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings JEREMIAH BOHN was a resident of Dar es Salaam, Tanzania. At all relevant times, Plaintiff CHARLYNE LAVOIE GILLES was the parent of JEREMIAH BOHN. They are a citizen of the United States of America, at the time of the Bombings they resided in Minnesota, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs TERRY STYF and THERESA STYF were the siblings of JEREMIAH BOHN. They are citizens of the United States of America, at the time of the Bombings they resided in North Dakota, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

101.    Plaintiff AARON HATFIELD is a citizen of the United States of America and was an employee of the US Marine Corps at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff AARON HATFIELD brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings AARON HATFIELD was a resident of Dar es Salaam, Tanzania. At all relevant times, Plaintiffs GEORGE HATFIELD and JOANNE HATFIELD were the parents of AARON HATFIELD. They are citizens of the United States of America, at the time of the Bombings they resided in Alaska, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

102.    Plaintiff JOHN SCOTT DI CARLO is a citizen of the United States of America and was an employee of the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff JOHN SCOTT DI CARLO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings JOHN SCOTT DI CARLO was a resident of Dar es Salaam, Tanzania. At all relevant times, Plaintiff MARY JO DI CARLO was the spouse of JOHN SCOTT DI CARLO. They are a citizen of the United States of America, at the time of the Bombings they resided in California, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs NICHOLAS RUSSEL DI CARLO, SCOTT MATTHEW DI CARLO, and CHRISTOPHER MIKAEL DI CARLO were the children of JOHN SCOTT DI CARLO. They are citizens of the United States of America, at the time of the Bombings they resided in West Virginia, California, and California respectively, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

103.    Plaintiff SAMUEL KINUTHIA NJOROGE is a citizen of Kenya and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SAMUEL KINUTHIA NJOROGE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARGARET KIBUI KINUTHIA was the spouse of SAMUEL KINUTHIA NJOROGE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ALEX WAIHARO KINUTHIA, ANTONY NJOROGE KINUTHIA, CAROLINE KABURA KINUTHIA, and JAMES CHEGE KINUTHIA were the children of SAMUEL KINUTHIA NJOROGE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress

as a result of the Embassy Bombings. At all relevant times, Plaintiff JOYCE GATHONI NJOROGE was the sibling of SAMUEL KINUTHIA NJOROGE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

104.    Plaintiff GREG BOUDAH is a citizen of the United States of America and was an employee of the US Marine Corps at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff GREG BOUDAH brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings GREG BOUDAH was a assigned to the U.S. Embassy in Dublin, Ireland and flown to Tanzania on the day of the bombing.

105.    Plaintiff RASHID ABDALLA KAZUMBA is a citizen of Tanzania and was an employee of the American Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff RASHID ABDALLA KAZUMBA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ABDALLA RASHID KAZUMBA was the child of RASHID ABDALLA KAZUMBA. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

106.    Plaintiff REVENTINE REVERIANE BWOMA is a citizen of Tanzania and was an employee of the American Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff REVENTINE REVERIANE BWOMA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs JANICE REVENTINE BWOMA and ROGERS REVENTINE BWOMA were the children of REVENTINE REVERIANE BWOMA. They are citizens of

Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

107.    Plaintiff PETER ANAEL TAIRO is a citizen of Tanzania and was an employee of the American Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff PETER ANAEL TAIRO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PRISCA CHARLES SICHONE was the spouse of PETER ANAEL TAIRO. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs EMMANUEL PETER TAIRO, FRANCISCO PETER ANAEL, and SILLA PETER TAIRO were the children of PETER ANAEL TAIRO. They are citizens of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

108.    Plaintiff RIAD KHALID HASSAN is a citizen of Tanzania and was an employee of the American Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff RIAD KHALID HASSAN brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs SAUDA DAUDA HASSAN and TWAHA DAUDA HASSAN were the siblings of RIAD KHALID HASSAN. They are citizens of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

109.    Plaintiff CHARLES JOSEPH SLATER is a citizen of the United States of America and was an employee of the American Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CHARLES JOSEPH SLATER brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time

of the bombings CHARLES JOSEPH SLATER was a resident of Nairobi, Kenya. At all relevant times, Plaintiff FORBES ALLAN SLATER was the child of CHARLES JOSEPH SLATER. They are a citizen of the United States of America, at the time of the Bombings they resided in Nairobi, Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

110.    Plaintiff ELIZABETH A. SLATER is the spouse of Plaintiff CHARLES JOSEPH SLATER and citizen of the United States of America and was an employee of the American Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff ELIZABETH A. SLATER was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At the time of the bombings ELIZABETH A. SLATER was a resident of Dar es Salaam, Tanzania.

111.    Plaintiff ELIPHAS KATHUNI MUGO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ELIPHAS KATHUNI MUGO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff RHODA KATHUNI was the spouse of ELIPHAS KATHUNI MUGO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ADDISON NJIRU MUGO, CYNTHIA NCIOKI MUGO, and ANDREW NYAGA MUGO were the children of ELIPHAS KATHUNI MUGO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

112.     Plaintiff FRANCIS WALTER OFUNJA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FRANCIS WALTER OFUNJA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JACQUELINE TABU AGUNDA was the spouse of FRANCIS WALTER OFUNJA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

113.     Plaintiff CECILIA AGNES WAKIO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CECILIA AGNES WAKIO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff BERNARD AMUHAYA MULAMA was the spouse of CECILIA AGNES WAKIO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MICHELLE GAZEMBA AMAHAYA, CALVIN MULAMA AMAHAYA, and TIMOTHY KOMBO AMAHAYA were the children of CECILIA AGNES WAKIO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ELIZABETH MGHOI KOMBO was the sibling of CECILIA AGNES WAKIO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

114.     Plaintiff DICKSON GAD NJOROGE is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff DICKSON GAD NJOROGE brings this action for

their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LEAH WANGUI GITHU was the spouse of DICKSON GAD NJOROGE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JAMES NJOROGE GITHU and RAHAB MWIHAKI NJOROGE were the parents of DICKSON GAD NJOROGE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JAMES NJOROGE, PAUL MBUGUA, BONIFACE MURIU GITHU, and ROBERT GITHUI GITHU were the children of DICKSON GAD NJOROGE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JAMES NJOROGE GITHU is represented by DICKSON NJOROGE.

115.    Plaintiff DOROTHY ADOYO OKACH is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff DOROTHY ADOYO OKACH brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs DONALD ODHIAMBO ONUNGA, CATHERINE ATHIENO AGALLO, OSCAR OYOO ONUNGA, and MILDRED ANYANGO AGALLO were the children of DOROTHY ADOYO OKACH. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ENOS ADUNDO OKACH was the sibling of DOROTHY ADOYO OKACH. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

116.    Plaintiff ESTHER MUTHONI KIMANI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ESTHER MUTHONI KIMANI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs ELIZABETH WANGARI KHALID, NADYA KHALID ISSA, and ABDALLA KHALID ISSA were the children of ESTHER MUTHONI KIMANI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

117.    Plaintiff FRANCIS NYADIMO YWAYA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FRANCIS NYADIMO YWAYA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PERIS OLOO was the spouse of FRANCIS NYADIMO YWAYA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

118.    Plaintiff GEORGE KIMANI KABARE is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GEORGE KIMANI KABARE was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff CATHERINE WAMBUI KIMANI was the spouse of GEORGE KIMANI KABARE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CAROL MURUNGI

KIMANI and STELLA MUTHONI KIMANI were the children of GEORGE KIMANI KABARE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

119.    Plaintiff GEORGE ODHUR OMBIS is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GEORGE ODHUR OMBIS brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

120.    Plaintiff GODFREY GICHUKI KINYUTU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GODFREY GICHUKI KINYUTU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

121.    Plaintiff GODFREY GICHERU WAWERU is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GODFREY GICHERU WAWERU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JANE WAMBUI GICHERU was the spouse of GODFREY GICHERU WAWERU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff HANNA WAMBUI NJAU was the parent of GODFREY GICHERU WAWERU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KEZIAH NJOKI GICHERU and MARK WAWERU GICHERU were the children of GODFREY GICHERU WAWERU. They

are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff TERESIA KARIUKI was the sibling of GODFREY GICHERU WAWERU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of HANNA WAMBUI NJAU is represented by GODFREY GICHERU WAWERU.

122.    Plaintiff JENNIFER NDUNGE MULLI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JENNIFER NDUNGE MULLI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PRICILLA KALEKYE GEORGE was the parent of JENNIFER NDUNGE MULLI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SHEILA MUMBI MULI, YVONNE KALECHE MULI, ANTHONY MULLI, and FREDRICK MULLI JUNIOR were the children of JENNIFER NDUNGE MULLI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PETER NZOMO MBALUKA, CECILIA MTHENYA NZOMO, and RUTH NDUKU NZOMO were the siblings of JENNIFER NDUNGE MULLI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of PRICILLA KALEKYE GEORGE is represented by JENNIFER N. MULLI.

123.    Plaintiff JOHANAH NDUGIRE KAMANU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi,

Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHANAH NDUGIRE KAMANU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs CATHERINE WANGUI NDUGIRE and JOYCE ANYANGO NDUGIRE were the spouses of JOHANAH NDUGIRE KAMANU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JULIA WAIRIMU NDUGIRE, MARY WANJA NDUGIRE, and LAVANDER AKINYI NDUGIRE were the children of JOHANAH NDUGIRE KAMANU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

124.    Plaintiff JOHN KARANJA NJIRAINE is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN KARANJA NJIRAINE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff GLADWELL WANGARI GIKARU was the spouse of JOHN KARANJA NJIRAINE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ANNE WANJIKU KARANJA, LYDIAH WANJIKU KARANJA, CYNTHIA WAIRIMU KARANJA, and GEORGE NJIRAINE KARANJA were the children of JOHN KARANJA NJIRAINE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

125.    Plaintiff JOHN NJOROGE KINUTHIA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN NJOROGE KINUTHIA brings this action

for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ANN WANJIRU KIRUMBA was the spouse of JOHN NJOROGE KINUTHIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff CLEMENT KINUTHIA NJOROGE was the parent of JOHN NJOROGE KINUTHIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff LOYCE WAIRIMU NJOROGE was the child of JOHN NJOROGE KINUTHIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MICHAEL KIARIE KINUTHIA and JOSEPH KAMAU KINUTHIA were the siblings of JOHN NJOROGE KINUTHIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JOHN NJOROGE KINUTHIA is represented by ANN W. KIRUMBA. The Estate of CLEMENT KINUTHIA NJOROGE is represented by LOYCE W. NJOROGE.

126.    Plaintiff NASHON WASUA MWONDOKO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff NASHON WASUA MWONDOKO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ESTER MWELU MUVEA was the spouse of NASHON WASUA MWONDOKO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JULIET KANINI WASUA, SARAH MWINZA WASUA, PHIILIP MUMO WASUA,

and RHODA MUTHEU WASUA were the children of NASHON WASUA MWONDOKO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SAMUEL MUTINDA MWANDOKO, JOEL WAMBUA MWANDOKO, EUNICE MUENI MWANDOKO, and ROSE MUKERI MWANDOKO were the siblings of NASHON WASUA MWONDOKO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

127.    Plaintiff PATRICIA MSALA OGWANG is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PATRICIA MSALA OGWANG brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MILLYCENT AGNES ACHIENG was the child of PATRICIA MSALA OGWANG. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

128.    Plaintiff PIUS BARASA WARABA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PIUS BARASA WARABA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JOY AMBICHE BARASA was the spouse of PIUS BARASA WARABA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JUDITH KHALAYI BARASA and BRENDA NANGONI BARASA were the children of PIUS BARASA WARABA.

They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

129.    Plaintiff STEPHEN KAIRU GATUNDU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff STEPHEN KAIRU GATUNDU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARGARET WANGARI KAMUNYU was the spouse of STEPHEN KAIRU GATUNDU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MAUREEN WANJIRU KAIRU and ANN WANJA KAIRU were the children of STEPHEN KAIRU GATUNDU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JAMES JOMO GATUNDU and MOSES NYURURU GATUNDU were the siblings of STEPHEN KAIRU GATUNDU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

130.    Plaintiff JAMES OWONDO RATTA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JAMES OWONDO RATTA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ROSEMARY ADHIAMBO was the spouse of JAMES OWONDO RATTA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs BERNIE ODHIAMBO RATTA, SUSAN ATIENO RATTA, and GILLIAN AKINYI RATTA were the

children of JAMES OWONDO RATTA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CONSOLATA JUMA ASERO, HENRY OKOTH RATTA, COLLETA AKINYI OMBUKU, MARY AWUOR, PETER OTIENO, and MARGARET ADHIAMBO AWUOR were the siblings of JAMES OWONDO RATTA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

131.    Plaintiff CATHERINE KAARI KANAMPIU is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CATHERINE KAARI KANAMPIU was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LUCY NJERI JOHANA was the sibling of CATHERINE KAARI KANAMPIU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

132.    Plaintiff AMOS NDUNGU RIGICHA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff AMOS NDUNGU RIGICHA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff GRACE NYAMBURA NDUNGU was the spouse of AMOS NDUNGU RIGICHA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RACHAEL WAITHIRA NDUNGU, DAVID RIGICHA NDUNGU, JOHN KIMANI NDUNGU,

and GRACE WANJIRU NDUNGU were the children of AMOS NDUNGU RIGICHA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

133.    Plaintiff FLORENCE WANJIRU KIRAGU is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FLORENCE WANJIRU KIRAGU was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JACINTAH WANJIKU NJUGUNA was the parent of FLORENCE WANJIRU KIRAGU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GERALD NJAU KIRAGU and PETER NJUGUNA KIRAGU were the children of FLORENCE WANJIRU KIRAGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GODFREY NDABU NJUGUNA, CHRISTOPHER NDUNGU NJUGUNA, ANASTASIA MUTHONI NJUGUNA, PATRICIA ANN WANJIRU NJUGUNA, LAURECIA NYAMBURA NJUGUNA, JAMES NDUNGU NJUGUNA, and MONICA WAMBUI NJUGUNA were the siblings of FLORENCE WANJIRU KIRAGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

134.    Plaintiff MUNIRHUSSEIN M. KARIMJEE is a citizen of the United States of America and was an employee of the United States Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff MUNIRHUSSEIN M. KARIMJEE brings this action for their loss of society and severe emotional distress suffered as a result of the

Bombings. At the time of the bombings MUNIRHUSSEIN M. KARIMJEE was a resident of Tanzania and is currently a resident of South Carolina. At all relevant times, Plaintiff RAZIYA M. KARIMJEE was the spouse of MUNIRHUSSEIN M. KARIMJEE. They are a citizen of the United States of America, at the time of the Bombings they resided in Tanzania and currently reside in South Carolina, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MANSURALI M. F. KARIMJEE and MEHMUDA M. KARIMJEE were the parents of MUNIRHUSSEIN M. KARIMJEE. They are citizens of the United States of America, at the time of the Bombings they resided in Tanzania and currently reside in South Carolina, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff KHUZEMA M. KARIMJEE was the child of MUNIRHUSSEIN M. KARIMJEE. They are a citizen of the United States of America, at the time of the Bombings they resided in Tanzania and currently reside in South Carolina, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

135. Plaintiff DAVID MUNIU NJUGUNA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff DAVID MUNIU NJUGUNA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LUCY MUMBI was the spouse of DAVID MUNIU NJUGUNA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ZIPPORAH KABURA MUNIU, VERONICA MUMBI NJUGUNA, FRANCIS MUTI MUNIU, and JOSEPH NJUGUNA MUNIU were the children of DAVID MUNIU NJUGUNA. They are citizens of

Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

136.    Plaintiff LUCY ANGWILI SEGERO is a citizen of Kenya and was an employee of the Library of Congress near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff LUCY ANGWILI SEGERO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

137.    Plaintiff DAVID NJUGUNA MUNGAI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff DAVID NJUGUNA MUNGAI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff BRETTA MUTHONI MWANGI was the spouse of DAVID NJUGUNA MUNGAI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs EVA WANJIRU MUNGAI, DOLLY NJERI MUNGAI, and NORA KABURA MUNGAI were the children of DAVID NJUGUNA MUNGAI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ALICE WAITWIKA, FLORENCE NJERI WAWERU, and PETER MARI MUNGAI were the siblings of DAVID NJUGUNA MUNGAI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of DAVID NJUGUNA MUNGAI is represented by BRETTA MUTHONI MWANGI.

138.    Plaintiff PETER NJOROGE GICHINGA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the

1998 Embassy Bombings. Plaintiff PETER NJOROGE GICHINGA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff GRACE WANJA NJOROGE was the spouse of PETER NJOROGE GICHINGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOHN KIMANI GICHINGA was the child of PETER NJOROGE GICHINGA. They are a citizen of the United States of America and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JAMES LEE GICHINGA GICHINGA, , JOSEPH GITHU NJOROGE, MARTIN NGUGI GICHINGA, and CHARLES MUGO were the children of PETER NJOROGE GICHINGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff SAMUEL MUKUNA GICINGA was the sibling of PETER NJOROGE GICHINGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

139.    Plaintiff ANNAH NDUNGE NGUMBI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ANNAH NDUNGE NGUMBI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff TABITHA KAVINDU NGUMBI was the parent of ANNAH NDUNGE NGUMBI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MATHEW MUTISO NGUMBI was the child of ANNAH NDUNGE NGUMBI. They are a citizen

of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GEORGE MUSEMBI NGUMBI and JOEL NDAWA NGUMBI were the siblings of ANNAH NDUNGE NGUMBI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of TABITHA KAVINDU NGUMBI is represented by HANAH NGUMBI. The Estate of GEORGE MUSEMBI NGUMBI is represented by RHODA MUTUA.

140.    Plaintiff GRACE EMILY KHISA is a citizen of the United States of America and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GRACE EMILY KHISA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings GRACE EMILY KHISA was a resident of Kenya and currently resides in New Jersey.

141.    Plaintiff ROSALIND WANJIRU WANYAGI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ROSALIND WANJIRU WANYAGI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PATRICK WANYAGI MURIUKI was the spouse of ROSALIND WANJIRU WANYAGI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs BRIAN MURIUKI WANYAGI, CHRISTOPHER KABARE WANYAGI, and LETICIA NJERI WANYAGI were the children of ROSALIND WANJIRU

WANYAGI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

142.    Plaintiff JOSEPH MURIUKI KAMURA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPH MURIUKI KAMURA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs PETER MWANGI KIINIKI and SUSAN WANJIRU KIINIKI were the siblings of JOSEPH MURIUKI KAMURA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

143.    Plaintiff THOMAS THUKU NGANGA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff THOMAS THUKU NGANGA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ESTHER NYAMBURA MUNGAI was the spouse of THOMAS THUKU NGANGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MARY WANJIKU NGANGA was the parent of THOMAS THUKU NGANGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GERTRUDE WAHU MBUGUA, BERNARD NGANGA THUKU, and MARYANNE WANJIKU THUKU were the children of THOMAS THUKU NGANGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CECILIA WANJIRU NGANGA, CHARLES MWANGI NGANGA,

NANCY MUGURE NGANGA, SAMUEL KARAU NGANGA, EUNICE NJERI NGANGA, FRANCIS MBUTHIA NGANGA, and SUSAN MUTHONI NGANGA were the siblings of THOMAS THUKU NGANGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

144.    Plaintiff JANE NYAMBURA WANDUI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JANE NYAMBURA WANDUI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ESTHER WARIMI KAMAU was the parent of JANE NYAMBURA WANDUI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JEREMY NJOROGE WANDUI and ALBERT WANDUI HUMPHREY KAMAU were the children of JANE NYAMBURA WANDUI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MERCY WAIRIMU GICHUHI was the sibling of JANE NYAMBURA WANDUI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

145.    Plaintiff FLORENZIO NYAGA KABEBA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FLORENZIO NYAGA KABEBA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff BEATRICE MUTHONI NYAGA was the spouse of FLORENZIO NYAGA KABEBA. They are a citizen of Kenya, and they bring this action for their

loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ANTHONY NGAI MUVITI and FAITH NGAI were the parents of FLORENZIO NYAGA KABEBA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSHUA KIARO NYAGA, GRACE NDEGI NYAGA, and JOHN MWANKI NYAGA were the children of FLORENZIO NYAGA KABEBA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs EUSTACE NYAGA NGAI, BENSON MBURU NGAI, THOMAS IRERI NGAI, ANDRIAN NGUE NGAI, and NICETA WAKERE NGAI were the siblings of FLORENZIO NYAGA KABEBA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of FAITH NGAI is represented by FLORENZIO NYAGA KABEBA.

146.    Dixon Indyia was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Monikah Okoba Opati, et al. v. Republic of Sudan, et al., Case No. 1:12-cv-01224. At all relevant times, Plaintiff DORCAS NEKESA WASIKE was the spouse of Dixon Indyia. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN INDIYA IMBUNYI and ROSILIDA ONYONGE INDIYA were the parents of Dixon Indyia. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ANDREW GRIFFIN INDIYA and MICHAEL INDYIA JOHN were the children of Dixon Indyia. They are citizens of Kenya, and

they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff FESTUS KENNEDY INDYIA was the sibling of Dixon Indyia. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

147.    Plaintiff BUBBA GEORGE NZOMO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff BUBBA GEORGE NZOMO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff IRENE KANINI THANANGAH was the spouse of BUBBA GEORGE NZOMO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

148.    Plaintiff ANN KUSERO is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ANN KUSERO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff FRANCIS SUAKEI KUSERO was the spouse of ANN KUSERO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KENNEDY KISEMEI MUTHONGO, ANGELA KUSERO, ARNOLD KUSERO, and ALEX KUSERO were the children of ANN KUSERO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RICHARD SIAMETO and EZEKIEL MASEK were the siblings of ANN KUSERO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

149.    Plaintiff THOMAS GAKOBO KURIA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff THOMAS GAKOBO KURIA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LUCY WANJIKU GAKOBO was the spouse of THOMAS GAKOBO KURIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ERASTUS MUTUHU GAKOBO, EPHRAIM KURIA GAKOBO, NELIUS WAMBUI, and JOHN NDUTHA were the children of THOMAS GAKOBO KURIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of LUCY WANJIKU GAKOBO is represented by THOMAS GAKOBO KURIA.

150.    Plaintiff SARAH NJERI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SARAH NJERI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PERIS KANGETHE was the parent of SARAH NJERI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROBERT KANGETHE and PAUL MBOGUA were the siblings of SARAH NJERI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

151.    Plaintiff DANIEL NYAKOKO OINGO is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff DANIEL NYAKOKO OINGO brings this action for their loss of

society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff TERESA ATIENO NYAKOKO was the spouse of DANIEL NYAKOKO OINGO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CENTRICK OCHIENG NYAKOKO, VINCENT OTIENO NYAKOKO, and TONNY OMONDI NYAKOKO were the children of DANIEL NYAKOKO OINGO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

152.    Plaintiff JOHN OTIENO OLOO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN OTIENO OLOO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PATRISIA AKINYI OTIENO was the spouse of JOHN OTIENO OLOO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GEORGE CHARLES ODUOR OTIENO, MATTHEW ONIANGO OTIENO, ERICK ODHIAMBO OTIENO, EUNICE ATIENO OTIENO, and FRACO OCHIENG OTIENO were the children of JOHN OTIENO OLOO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAN WILLIS ODUOR ALOO, ROSE ANYANGO ALOO, and LILIAN AKINYI ODERO were the siblings of JOHN OTIENO OLOO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

153.    Plaintiff SETH KITUMI MAKUMI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SETH KITUMI MAKUMI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JOYCE KATUNGE KITUMI was the spouse of SETH KITUMI MAKUMI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MILDRED NDUNGE SETH, RACHAEL MUKULU SETH, and GEOFFREY MAKUMI SETH were the children of SETH KITUMI MAKUMI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RECHO KALENDI MAKUMI, MARTIN MAKUMI, MARGARET THOKI MAKUMI, and ZIPORAH MUKAMI MAKUMI were the siblings of SETH KITUMI MAKUMI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARTIN MAKUMI is represented by SETH KITUMI MAKUMI.

154.    Plaintiff JESSICA LUNG'AHO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JESSICA LUNG'AHO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

155.    Plaintiff JOHN NKONGE MUNDI is a citizen of the United States of America and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN NKONGE MUNDI brings this action for their loss of society and severe emotional distress suffered as a result of the

Bombings. At the time of the bombings JOHN NKONGE MUNDI was a resident of Kenya and currently resides in Georgia. At all relevant times, Plaintiff JANE MUTHONI WANGOMBE was the spouse of JOHN NKONGE MUNDI. They are a citizen of Kenya and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs EUSTACE MUNDI M'THAMBU and JERITHA EGOJI MUNDI were the parents of JOHN NKONGE MUNDI. They are citizens of Kenya and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MERCY WANJA MUNDI and KEVIN KIMATHI MUNDI were the children of JOHN NKONGE MUNDI. They are citizens of Kenya and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSEPHINE KAARI NJAU and PATRICK MUGO MUNDI were the siblings of JOHN NKONGE MUNDI. They are citizens of Kenya and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of EUSTACE MUNDI M'THAMBU is represented by JOHN NKONGE MUNDI.

156.    Plaintiff MOSES OKWOMI is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MOSES OKWOMI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

157.    Plaintiff JOSEPHINE NZILANI MUTHOKA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPHINE NZILANI MUTHOKA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times,

Plaintiff HANNINGTON NDUNGA KIOLI was the spouse of JOSEPHINE NZILANI MUTHOKA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ALICE MUTHOKA was the parent of JOSEPHINE NZILANI MUTHOKA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ERIC MUTHOKA and HELEN KUTE were the children of JOSEPHINE NZILANI MUTHOKA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MARGARET MUTINDI MUSYOKA was the sibling of JOSEPHINE NZILANI MUTHOKA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of ALICE MUTHOKA is represented by JOSEPHINE NZILANI MUTHOKA. The Estate of MARGARET MUTINDI MUSYOKA is represented by JOSEPHINE NZILANI MUTHOKA.

158.    Plaintiff AZIZ MOHAMED THOMAS is a citizen of Tanzania and was an employee of the United States Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff AZIZ MOHAMED THOMAS brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff SHEILA AZIZ MOHAMED was the child of AZIZ MOHAMED THOMAS. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

159.    Plaintiff ROBERT MACHARIA MUNGAI is a citizen of Kenya and was an employee of the U.S. Peace Corps near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ROBERT MACHARIA MUNGAI brings this action for their loss

of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff GRACE WAMBUI MACHARIA was the spouse of ROBERT MACHARIA MUNGAI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs IRENE NGINA MACHARIA and RACHEL WANGUI MACHARIA were the children of ROBERT MACHARIA MUNGAI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PETER MUIRURI, MARGARET NJERI, MERCY WANJIKU NGUGI, JOYCE WANJIRU MACHARIA, and ANNE MUTHONI were the siblings of ROBERT MACHARIA MUNGAI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

160.    Plaintiff EUNICE WACHEKE NJERU is a citizen of Kenya and was an employee of the U.S. Peace Corps near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff EUNICE WACHEKE NJERU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff DAVID NJERU KINYANJUI was the spouse of EUNICE WACHEKE NJERU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff KENNETH KIARIE NJOROGE was the parent of EUNICE WACHEKE NJERU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RUTH S. WANGUI NJERU and MARGARET NJERI NJERU were the children of EUNICE WACHEKE NJERU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy

Bombings. At all relevant times, Plaintiffs LUCY WAMBUI KIARIE and MARY WANGARI KIARIE were the siblings of EUNICE WACHEKE NJERU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

161.    Plaintiff JANE WAIRIMU NJUNG'E is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JANE WAIRIMU NJUNG'E brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARGARET WANGUI NJUNGE was the parent of JANE WAIRIMU NJUNG'E. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff CAROLINE WANGUI WAIRIMU was the child of JANE WAIRIMU NJUNG'E. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ESTHER WANJIKU NJUNG'E, PAUL NJUGUNA NJUNGE, JIMMIE MUIGAI NJUNG'E, GRACE WANGARI NJUNG'E, and SERAH WANJIKU NJUNG'E were the siblings of JANE WAIRIMU NJUNG'E. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARGARET WANGUI NJUNGE is represented by JANE WAITHIRA NJUNG'E.

162.    Plaintiff PETER WANYOIKE HINGA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PETER WANYOIKE HINGA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all

relevant times, Plaintiff MARGARET WAITHIRA WANYOIKE was the spouse of PETER WANYOIKE HINGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LEONARD THAIRU WANYOIKE, EVANS MUCHIRI WANYOIKE, CATHERINE MWIHAKI WANYOIKE, and JACQUELINE MUGURE WANYOIKE were the children of PETER WANYOIKE HINGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of PETER WANYOIKE HINGA is represented by MARGARET WANYOIKE.

163.    Plaintiff JOHN MACHARIA MUNGAI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN MACHARIA MUNGAI was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff VERONICA WAMBUI was the spouse of JOHN MACHARIA MUNGAI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOYCE WANJIRU MWAGANU was the parent of JOHN MACHARIA MUNGAI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOYCE WANJIRU MACHARIA, HANNAH MUTHONI KINYANJUI, LILIAN WACERA MACHARIA, CATHRINE NYIHA MACHARIA, and KEVIN MUNGAI MACHARIA were the children of JOHN MACHARIA MUNGAI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PURITY WAMBUI MWAGANU,

BEATRICE WACHERA MUCHOKI, FRANCIS WAINAINA MUNGAI, and RUFUS NJOGU MUNGAI were the siblings of JOHN MACHARIA MUNGAI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

164.    Plaintiff REUBEN KANYONGA RUGWE is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff REUBEN KANYONGA RUGWE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs JOYCE WANJA KANYONGA, MIRIAM WAMAITHA KANYONGA, BEATRICE WANJIRU KANYONGA, LUCY WAIRIMU KANYONGA, NAOMI WAMBUI KANYONGA, and WILLIE RUGWE KANYONGA were the children of REUBEN KANYONGA RUGWE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of REUBEN KANYONGA RUGWE is represented by BEATRICE WANJIRU KANYONGA.

165.    Plaintiff GRACE NKIROTE MARANGU is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GRACE NKIROTE MARANGU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff GEORGE H. OKUBO was the spouse of GRACE NKIROTE MARANGU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAVID J. MARANGO and JOYCE KINYA MARANGU were the parents of GRACE NKIROTE MARANGU. They are citizens of Kenya, and they bring this action for their loss of society and

severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs BARBARA JOY NAITORE OKUBO and EUGENE MARIUS OKUBO were the children of GRACE NKIROTE MARANGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAN PAUL MURIITHI, PETER MWENDA MARANGU, STEPHEN MUTHOMI MARANGU, MICHAEL MURIUNGI MARANGU, and CHRISTABEL MARANGU were the siblings of GRACE NKIROTE MARANGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of DAVID J. MARANGO is represented by JOYCE KINYA MARANGU. The Estate of DAN PAUL MURIITHI is represented by JOYCE KINYA MARANGU.

166.    Plaintiff DANIEL MACHARIA MWANGI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff DANIEL MACHARIA MWANGI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PURITY WANGUI MACHARIA was the spouse of DANIEL MACHARIA MWANGI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MARY WANJIRU MWANGI was the parent of DANIEL MACHARIA MWANGI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARY WANJIRU MACHARIA, FRANCIS MWANGI MACHARIA, and MERCY MUTHONI MACHARIA were

the children of DANIEL MACHARIA MWANGI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

167.     Plaintiff SIMON NYAGII NGATIA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SIMON NYAGII NGATIA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ANASTASIA WANGUI CHEGE was the spouse of SIMON NYAGII NGATIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MAGDALINE MUKAMI NGATIA was the parent of SIMON NYAGII NGATIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff DIANA MUKAMI NYAGII was the child of SIMON NYAGII NGATIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GRACE WANGUI NGATIA, CECILIA WANJIKU NGATIA, WINFRED WAHIGA NGATIA, THOMAS MUHORO NGATIA, and LEONARD MWANGI NGATIA were the siblings of SIMON NYAGII NGATIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

168.     Plaintiff SAMUEL BWONDA ISABOKE is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SAMUEL B WONDA ISABOKE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PATRICIA NYABOKE MASESE was the spouse of

SAMUEL B WONDA ISABOKE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs HEZRON NYARINDO ISABOKE, NANCY KWAMBOKA ISABOKE, JAPHET ONGAKI BWONDA, RUTH MORAA ISABOKE, LILIAN BOSIBORI ISABOKE, and ELIJAH JANAI ISABOKE were the children of SAMUEL B WONDA ISABOKE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

169.    Plaintiff ROSE WAITHIRA NYAGA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ROSE WAITHIRA NYAGA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PETER NYAGA MUNYI was the spouse of ROSE WAITHIRA NYAGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOY MUKENI NYAGA and FAITH MUTHONI NYAGA were the children of ROSE WAITHIRA NYAGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

170.    Plaintiff MARIA MULLEI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MARIA MULLEI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARIA KAVINDO LAZARO was the parent of MARIA MULLEI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the

Embassy Bombings. At all relevant times, Plaintiffs ANTHONY NDUNDA and JOSHUA KIOKO were the children of MARIA MULLEI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARIA KAVINDO LAZARO is represented by MUALUKO NDETO.

171.   Plaintiff MARGARET MUENI NZIOKA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MARGARET MUENI NZIOKA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

172.   Plaintiff ISAAC MARSHELLE KATAKA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ISAAC MARSHELLE KATAKA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

173.   Plaintiff EMMA WAITHIRA MWAMBURI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff EMMA WAITHIRA MWAMBURI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs FESTUS NJUGUNA and MARY W. NJUGUNA were the parents of EMMA WAITHIRA MWAMBURI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ALVIN M. NJUGUNA, JOHN W. NJUGUNA, NELSON G. NJUGUNA, TONY W. NJUGUNA, and MICHAEL N. NJUGUNA were the siblings of EMMA WAITHIRA

MWAMBURI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of FESTUS NJUGUNA is represented by TONY NJUGUNA.

174.    Plaintiff BENTA OSEA KAMIRE is a citizen of Kenya and was an employee of the Centers for Disease Control at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff BENTA OSEA KAMIRE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PATRICK JULIUS KAMIRE was the spouse of BENTA OSEA KAMIRE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ISABELLA AKO OGUCHE was the parent of BENTA OSEA KAMIRE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs EVERLYN ACHIENG' KAMIRE, GAUDENCIA AKINYI, MICHAEL OGUCHE KAMIRE, and LUCY ADHIAMBO KAMIRE were the children of BENTA OSEA KAMIRE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JANE ATIENO ODESSEY, PAULINE ANIANGO OGUCHE, BERNARD OTIENO OGUCHE, and MICHAEL OGUCHE were the siblings of BENTA OSEA KAMIRE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of PATRICK JULIUS KAMIRE is represented by BENTA OSEA KAMIRE.

175.    Plaintiff BEATRICE WANJIRU WACHIRA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi,

Kenya at the time of the 1998 Embassy Bombings. Plaintiff BEATRICE WANJIRU WACHIRA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JOHN KAVAGI ADAGALA was the spouse of BEATRICE WANJIRU WACHIRA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PAUL WACHIRA GITHU and RUTH MUTHONI WACHIRA were the parents of BEATRICE WANJIRU WACHIRA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs EDITH WAMBUI WACHIRA, MARGARET WANGARI WACHIRA, JOYCE GATHIGIA WACHIRA, and EMA WAIRIMU WACHIRA were the siblings of BEATRICE WANJIRU WACHIRA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

176.    Plaintiff ROSE LINDA OKUDO is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ROSE LINDA OKUDO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs RUTH OKUDO, PETER JURA OKUDO, ANNA SHAW, SALOME ACHIENG OKUDO (also known as SALLY ACHIENG OKUDO), GRACE AKOTH OKUDO, and NORMAN OKUDO were the children of ROSE LINDA OKUDO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GRACE AGENG'O and JOYCE ONYANGO were the siblings of ROSE LINDA OKUDO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

177.    Joseph Gatheca was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff PERIS NYAWIRA THAIRU was the spouse of Joseph Gatheca. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ESTHER WAMBUI THAIRU, MARTIN MAINA THAIRU, and CAROLINE WAMBUI THAIRU were the children of Joseph Gatheca. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JAMES MUNGAI GATHECA, BONIFACE KINYAJUI GATHECA, and SIMON NGIGE GATHECA were the siblings of Joseph Gatheca. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

178.    Plaintiff JANE WAIRIMU KIRAGU is a citizen of Kenya and was an employee of the American Employees Association at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JANE WAIRIMU KIRAGU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff FLORENCE WANJIKU WAIREGI was the child of JANE WAIRIMU KIRAGU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARY MWIHAKI KIRAGU and ELIJAH MACHARIA KIRAGU were the siblings of JANE WAIRIMU KIRAGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

179.     Plaintiff SAM OMINDE DURO is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SAM OMINDE DURO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff KEZIA ORINGO OMINDE was the spouse of SAM OMINDE DURO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MICHELLE AKINYI OMINDE and LASHAUN ACHIENG OMINDE were the children of SAM OMINDE DURO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MERCY TABITHA DURO was the sibling of SAM OMINDE DURO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of SAM OMINDE DURO is represented by KEZIA ORINGO OMINDE.

180.     Paul Mwangi was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff SERAH WANGARI MWANGI was the parent of Paul Mwangi. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JONAH MWANGI GITAU, SARAH WANGARI GITAU, ANNE NJERI GITAU, and GEORGE NGARUIYA GITAU were the children of Paul Mwangi. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all

200

relevant times, Plaintiffs SIMON CHEGE MWANGI, ALLAN MURIU MWANGI, JOSEPH THUO MWANGI, and NAOMI NJERI MWANGI were the siblings of Paul Mwangi. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

181.    Plaintiff BENJAMIN FRANCIS KAKAI SUUBI WEKESA (also known as FRANCO SEACO)is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FRANCO KAKA SEACO WEKESA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

182.    Plaintiff PATRICK SAMSON MWENDWA is a citizen of Kenya and was an employee of the United States Peace Corp at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PATRICK SAMSON MWENDWA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff BLANTINA ANNA SAMSON was the spouse of PATRICK SAMSON MWENDWA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff THAVU MWENDWA MALUSI was the parent of PATRICK SAMSON MWENDWA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN MWENDUA SAMSON, ANGELA THAAVU SAMSON, CATHERINE NZAMBI SAMSON, CHRISTINE SYOKAU SAMSON, and STEPHEN KAMWANGU MWENDWA were the children of PATRICK SAMSON MWENDWA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all

relevant times, Plaintiffs DOUGLAS KATUMO MWENDWA, FELISTUS SELINA MWENDWA, ANTHONY MUTIA MWENDWA, MORRIS MUTUA MWENDWA, and JANE MWENDWA were the siblings of PATRICK SAMSON MWENDWA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

183.    Plaintiff STANLEY NJOROGE is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff STANLEY NJOROGE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JUDITH WALUGHA MWAMBI was the spouse of STANLEY NJOROGE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOSEPHINE MUTHONI NJOROGE was the parent of STANLEY NJOROGE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LILIAN MKANDOE NJOROGE and YUVENAL MACHARIA NJOROGE were the children of STANLEY NJOROGE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SAMUEL KAMANDE NJOROGE, FAITH WANJIKU MUTHONI, and SERAPHINE NJERI MUTHONI were the siblings of STANLEY NJOROGE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

184.    Plaintiff MONICAH NJENGA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time

of the 1998 Embassy Bombings. Plaintiff MONICAH NJENGA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff FRANCIS NJENGA KAMITI was the spouse of MONICAH NJENGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MARY WARUCU NJENGA was the child of MONICAH NJENGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

185.    Plaintiff ISAAC KIPROTICH KUTO is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ISAAC KIPROTICH KUTO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff EMMY CHEMELI KUTO was the spouse of ISAAC KIPROTICH KUTO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff RODAH K. SIRMA was the parent of ISAAC KIPROTICH KUTO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ISAIAH KIPKEMBOI KUTO, SAMUEL K. MAGUT, BARNABAS RUNO SIRMA, and JONATHAN K. KUTTO were the siblings of ISAAC KIPROTICH KUTO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of RODAH K. SIRMA is represented by ISAAC KIPROTICH KUTO.

186.    Plaintiff DAVID KIBET KUTTO is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of

the 1998 Embassy Bombings. Plaintiff DAVID KIBET KUTTO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. The Estate of DAVID KIBET KUTTO is represented by ISAAC KIPROTICH KUTO.

187.    Plaintiff LIVINGSTONE MAINA NDONGA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff LIVINGSTONE MAINA NDONGA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JANIFFER WANJIRU MAINA was the spouse of LIVINGSTONE MAINA NDONGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FREDRICK NDONGA MURIITHI and GRACE WANJIRU NDONGA were the parents of LIVINGSTONE MAINA NDONGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FREDRICK NDONGA MAINA, REUBEN MWANGI MAINA, and GRACE NYAWIRA MAINA were the children of LIVINGSTONE MAINA NDONGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GEORGE NDIRITU NDONGA, JANET GATHONI MAINA, HANNAH ISABEL WARUKIRA WAIGANJO, JOSPHINE NYAMBURA NDONGA, and ESTHER NJERI NDONGA were the siblings of LIVINGSTONE MAINA NDONGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

188.    Plaintiff WILSON MULINGE PHILIP is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the

time of the 1998 Embassy Bombings. Plaintiff WILSON MULINGE PHILIP brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JANET WANZA MUTUKU was the spouse of WILSON MULINGE PHILIP. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PHILIP MALILE MAWEU and JOSEPHINE KATUMBI PHILIP were the parents of WILSON MULINGE PHILIP. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

189.    Plaintiff FRANCIS MAURU OSORO is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FRANCIS MAURU OSORO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs AIDA KERUBO MAURU and JOYCE NYAMBEKI ORINA were the spouses of FRANCIS MAURU OSORO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs AUGUSTINO OSORO ONSOMBI and PAULINA BOSIBORI OSORO were the parents of FRANCIS MAURU OSORO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MAURU MONENE CHUMA, CALFRED MOSOMI FRANCIS, ZAINABU BOSIBORI MAURU, MARISELLA KEMUMA MAURU, PERIS SERINA MAURU, and CLARE MOKEIRA ORINA were the children of FRANCIS MAURU OSORO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LUCIA KERUBO

OSORO, RICHARD OBIRI OSORO, PETER OGEGA OSORO, CHARLES OSORO, SAMWEL OMBATI OSORO, and FLORENCE KWAMBOKA OSORO were the siblings of FRANCIS MAURU OSORO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of AUGUSTINO OSORO ONSOMBI is represented by FRANCIS MAURU OSORO. The Estate of FLORENCE KWAMBOKA OSORO is represented by FRANCIS MAURU OSORO.

190.    Plaintiff JARED OGWORA ABUGA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JARED OGWORA ABUGA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff GLADYS BONARERI RIOGI was the spouse of JARED OGWORA ABUGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARIKO ABUGA OGERO and JOSEPHINE KERUBO ABUGA were the parents of JARED OGWORA ABUGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff CYNTHIA BOCHERE was the child of JARED OGWORA ABUGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JAMES MAUBI ABUGA, JANE MORAA BIRONGA, CONCEPTOR KWAMBOKA ABUGA, and JULIUS MWAMBA ABUGA were the siblings of JARED OGWORA ABUGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of CYNTHIA BOCHERE is represented by JARED OGWORA ABUGA.

191.    Plaintiff ADAN OSMAN ALI is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ADAN OSMAN ALI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff DEKA AHAMED was the spouse of ADAN OSMAN ALI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff OSMAN ALI was the parent of ADAN OSMAN ALI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff SAHARA OSMAN was the sibling of ADAN OSMAN ALI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

192.    Plaintiff MICHAEL MWINAMO is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MICHAEL MWINAMO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff NELLY AWINJA ISSA was the spouse of MICHAEL MWINAMO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROFAS KALAMA and JANE MBONE were the parents of MICHAEL MWINAMO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff CHRISTINE MMBONE MWINAMO was the child of MICHAEL MWINAMO. They are a citizen of Kenya, and they bring this action for their loss of

society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSEPH NDUNGU OMBOGA and LEAH WAMBOI were the siblings of MICHAEL MWINAMO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of NELLY AWINJA ISSA is represented by MICHAEL MWINAMO. The Estate of ROFAS KALAMA is represented by MICHAEL MWINAMO.

193.     Plaintiff ABDULRAHMAN ATHUMAN PEMBA is a citizen of Tanzania and was an employee of the United States Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff ABDULRAHMAN ATHUMAN PEMBA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff SALAMA SALIM MBONDE was the spouse of ABDULRAHMAN ATHUMAN PEMBA. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

194.     Plaintiff VINCENT ALPHONCE NDOWO is a citizen of Tanzania and was an employee of the United States Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff VINCENT ALPHONCE NDOWO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff REHEMA YESAYA MWAKAHABALA was the spouse of VINCENT ALPHONCE NDOWO. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff DIANA VINCENT NDOWO was the child of VINCENT ALPHONCE NDOWO. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

195.    Plaintiff MOHAMED IBRAHIM ADAM is a citizen of Tanzania and was an employee of the United States Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff MOHAMED IBRAHIM ADAM brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

196.    Plaintiff RICHARD WAMBURA FABIAN is a citizen of Tanzania and was an employee of the US Agency for International Development near the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff RICHARD WAMBURA FABIAN brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

197.    Plaintiff AGNES WAMBUI MUGANE is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff AGNES WAMBUI MUGANE was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff DAVID IKABAH KANYANJUA was the spouse of AGNES WAMBUI MUGANE. They Fare a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MARGARET KANUNA was the parent of AGNES WAMBUI MUGANE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs THOMAS NGANGA KINUTHIA and PAULINE WANJIRU KANYANJUA were the children of AGNES WAMBUI MUGANE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs VENANZIO MACHARIA, JANET NYAMBURA

MUGANE, ZACHARIA MUTHIORA, NANCY WANJIRU, and JOHN KANINU MUGANE were the siblings of AGNES WAMBUI MUGANE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

198.    Plaintiff ANTHONY NJUNGE NGINYA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ANTHONY NJUNGE NGINYA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARY WABGUI NJUNGE was the spouse of ANTHONY NJUNGE NGINYA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ESTHER WAITHERA KUNGU was the parent of ANTHONY NJUNGE NGINYA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAVID MURIITHI NJUNGE, ESTHER WAITHERA NJUNGE, JAMES NJOROGE NJUN'GE, PETERSON MWANGI NJUNGE, MARGARET NYAMBURA, and JOHN NJOGU NJUN'GE were the children of ANTHONY NJUNGE NGINYA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROSE WANJIKU and JOYCE NDUTA NGINYA were the siblings of ANTHONY NJUNGE NGINYA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

199.    Plaintiff CYRUS MAINA KARITU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CYRUS MAINA KARITU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff VALENTINE NYAWIRA MAINA was the spouse of CYRUS MAINA KARITU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DICKSON MURIITHI MAINA, PHYLLIS WAMUYU MAINA, and ANNE WANJIKU MAINA were the children of CYRUS MAINA KARITU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

200.    Plaintiff FRANCIS MALUKU KAVULU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FRANCIS MALUKU KAVULU was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff TABITHA MUMBUA was the parent of FRANCIS MALUKU KAVULU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN KYULE KAVULU, PHOEBE NDUKU KAVULU, PHILLIP MUTUA KAVULU, and JOHNSON KIMONYI KAVULU were the siblings of FRANCIS MALUKU KAVULU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of FRANCIS MALUKU KAVULU is represented by PHOEBE

KAVULU. The Estate of TABITHA MUMBUA is represented by PHOEBE KAVULU. The Estate of PHILLIP MUTUA KAVULU is represented by PHOEBE KAVULU. The Estate of JOHNSON KIMONYI KAVULU is represented by PHOEBE KAVULU.

201.    Plaintiff FREDRICK FRANCIS MUNYALO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FREDRICK FRANCIS MUNYALO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff RUTH KALUKI KIMILU was the spouse of FREDRICK FRANCIS MUNYALO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOYCE NDANU MUNYALO was the parent of FREDRICK FRANCIS MUNYALO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs AGNES SYOMITI FRANCIS, MUNYALO FRANCIS, FRANCIS SYLVESTER MALUSI, NELLY MWIKALI FRANCIS, CHRISTINE NDANU FRANCIS, PRISCAR NDINDA FRANCIS, and GLADYS MUTETHYA FRANCIS were the children of FREDRICK FRANCIS MUNYALO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs TERESIA MUSEVEKI MALOMBE, FLORENCE MWIKALI MUTISO, ROSERIA MUKELI MUNYALO, and SHADRACK NZOMO MUNYALO were the siblings of FREDRICK FRANCIS MUNYALO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

202.    Plaintiff JOHN KARERU MIANO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN KARERU MIANO was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff EUNICE RUNJI MIANO was the spouse of JOHN KARERU MIANO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KELVIN SAMMY MUCHIRI and HILDA MUKAMI were the children of JOHN KARERU MIANO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff SIMON MUCHIRA MIANO was the sibling of JOHN KARERU MIANO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of SIMON MUCHIRA MIANO is represented by JOHN K. MIANO.

203.    Plaintiff JOHN YATOLI OCHERO is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN YATOLI OCHERO was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs ANJELYINE KADUKA YOTALI and FRIDAH KHAYATI NYONG'A were the spouses of JOHN YATOLI OCHERO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PAULINE ASHIOYA YATOLI, CATHERINE VAGOLA YATOLI, CAROLINE OLUKAKHA YATOLI, GEORGE

AKHWALE YATOLI, MIKE AMUKOMBERA YATOLI, EUNICE APONDI YATOLI, WYCLIFFE NYONGA YATOLI, and ASHILINE ASHIKA YATOLI were the children of JOHN YATOLI OCHERO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

204.    Plaintiff MARY WAIRIMU MUIRURI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MARY WAIRIMU MUIRURI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JAMES NGUNYI WAMBUGU was the parent of MARY WAIRIMU MUIRURI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MUIRURI MWANGI and WAMUYU MWANGI were the children of MARY WAIRIMU MUIRURI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SAMUEL WAMBUGU NGUGYI and JOYCE MUTHONI CHEGE were the siblings of MARY WAIRIMU MUIRURI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JAMES NGUNYI WAMBUGU is represented by MARY MUIRURI. The Estate of SAMUEL WAMBUGU NGUGYI is represented by MARY MUIRURI.

205.    Plaintiff MICHAEL MUSYOKA NDETI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MICHAEL MUSYOKA NDETI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant

times, Plaintiffs AGNES NTHENYA MUSYOKA and ESTHER WANJIKU MUSYOKA were the spouses of MICHAEL MUSYOKA NDETI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARY VISA MUSYOKA, SYLVIA NGINA KINYANJUI MUSYOKA, and REGINA MUTIO MUSYOKA were the children of MICHAEL MUSYOKA NDETI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

206.    Plaintiff SIMON LIVOLE MAGAMBA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SIMON LIVOLE MAGAMBA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LINNET ADISA was the spouse of SIMON LIVOLE MAGAMBA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PAUL MAGAMBA LIVOLE and ELIZABETH KAVERA MAGAMBA were the parents of SIMON LIVOLE MAGAMBA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs HERMAN ATSIAYA MAGAMBA, JOEL MAGAMBA LIVOLE, and WINNIE KAZUNGU were the children of SIMON LIVOLE MAGAMBA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

207.    Plaintiff JOSEPH OLANG'O ADERO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the

time of the 1998 Embassy Bombings. Plaintiff JOSEPH OLANG'O ADERO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ANNAH OLANG'O ADERO was the spouse of JOSEPH OLANG'O ADERO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SARAH ACHIENG OLANGO, STEPHEN OTIENO OLANG'O, CHRISTINE AKOTH OLANG'O, ELIZABETH AKINYI OLANGO, ROSELIDA AWUOR OLANG'O, and MARGARET ANYANGO OLANGO were the children of JOSEPH OLANG'O ADERO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

208.    Plaintiff DINAH KAMBURA KIRIGIA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff DINAH KAMBURA KIRIGIA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff GEORGE KIHARA MBURU was the spouse of DINAH KAMBURA KIRIGIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PASKWALE KIRIGIA and SILIVANA MBUTHU PASKWALE KIRIGIA were the parents of DINAH KAMBURA KIRIGIA . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff GLADYS GACIGI KIHARA was the child of DINAH KAMBURA KIRIGIA . They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a

result of the Embassy Bombings. At all relevant times, Plaintiffs BONIFACE NDEGE KIRIGIA and ERNEST KINYUA MINOTI were the siblings of DINAH KAMBURA KIRIGIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of PASKWALE KIRIGIA is represented by BONIFACE KIRIGIA. The Estate of SILIVANA MBUTHU KIRIGIA is represented by BONIFACE KIRIGIA. The Estate of ERNEST KINYUA MINOTI is represented by BONIFACE KIRIGIA.

209.    Plaintiff PETER MUNYORO KANYORO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PETER MUNYORO KANYORO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff SUSAN THERU GITARI was the spouse of PETER MUNYORO KANYORO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs THOMAS THEURI MUNYORO, CAROLINE NJERI MUHORO, and FREDRICK GITARI MUNYORO were the children of PETER MUNYORO KANYORO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSEPH MATHENGE KANYORO, BENEDICT MUNENE KANYORO, LYDIA WANGECHI GATUNGO, SIMON GIKONYO KANYORO, AGNES WANGECHI KARUGA, and SAMUEL KARIUKI KANYORO were the siblings of PETER MUNYORO KANYORO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

210.    Plaintiff CHARLENE JEPKORIR TOO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CHARLENE JEPKORIR TOO was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff RUTH CHEROPON was the parent of CHARLENE JEPKORIR TOO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOHN KIPKOECH TOO was the sibling of CHARLENE JEPKORIR TOO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

211.    Plaintiff STEPHEN KAGWATHI KIBACHIO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff STEPHEN KAGWATHI KIBACHIO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs KIBACIO KIRORONGU GITHI and VERONICAH WANJERI KIBACHIO were the parents of STEPHEN KAGWATHI KIBACHIO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN GAKURU KIBACHIO, NELLY WANJIRU KIBACHIO, MERCY WAMBUI KIBACHIO, and ALICE NJOKI KIBACHIO were the siblings of STEPHEN KAGWATHI KIBACHIO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

212.    Plaintiff LEAH WAIRIMU KAMAU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff LEAH WAIRIMU KAMAU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

213.    Plaintiff LOISE HUGIRU MUKIRA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff LOISE HUGIRU MUKIRA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs MOSES MUKIRA and JACQUELINE NJERI MUKIRA were the children of LOISE HUGIRU MUKIRA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MARGARET NYAMBURA MUKIRA was the sibling of LOISE HUGIRU MUKIRA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

214.    Plaintiff PETER KAHORA MAKENA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PETER KAHORA MAKENA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff CAROLINE KABURA NG'ANG'A was the spouse of PETER KAHORA MAKENA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MAGDALINE KAHORA WANGECH and JANET NJERI KAHORA were the children of PETER KAHORA MAKENA.

They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

215.    Plaintiff RAPHAEL KAMANDE KANYOTU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff RAPHAEL KAMANDE KANYOTU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff DOROTHY WANJIRU KAMANDE was the spouse of RAPHAEL KAMANDE KANYOTU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSEPH KANYOTU KAMANDE, DIANA MUTHONI KAMANDE, and DAVID TONY KIMATHI GICHURU were the children of RAPHAEL KAMANDE KANYOTU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

216.    Plaintiff SUSAN KALEKYE NZII is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SUSAN KALEKYE NZII brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs WILSON NZII SONGOLO and JANE SYOMBUA NZII were the parents of SUSAN KALEKYE NZII. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs STANISLAUS MUTISYA NZII, COSMAS MWEU NZII, DAVID MUOKI NZII, THOMAS MUTHUI NZII, and DENNIS KIKWAE NZII were the children of

SUSAN KALEKYE NZII. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

217.    Plaintiff ELIUD IKOTE is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ELIUD IKOTE was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff TEPESON ENE IKOTE was the spouse of ELIUD IKOTE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MEJA OLE NCHOKI and RAHAB ENE MEJA were the parents of ELIUD IKOTE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff REGINA NESIAMO IKOTE was the child of ELIUD IKOTE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FRANCIS MOOKE MEJA, MARY NTETE PULEI PARAKU, PAULINA SIANTO ENE LOIS, AGNES SERETI MEJA, LEAH NAIPERIAE MEJA, TOPUA OLE MEJA, ISAIHIA KOINET MEJA, and STEPHEN TANTE MEJA were the siblings of ELIUD IKOTE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

218.    Plaintiff CHARLES KABUI WANJOHI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CHARLES KABUI WANJOHI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all

relevant times, Plaintiffs STANLEY WANJOHI MATHENGE and MARGARET NJERI were the parents of CHARLES KABUI WANJOHI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PETER MATHENGE WANJOHI, IRENE WANGARI WANJOHI, RACHEL MUMBI MASEK, JUDY WAIRIMU WANJOHI, and SUSAN NG'ENDO WANJOHI were the siblings of CHARLES KABUI WANJOHI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARGARET NJERI is represented by STANLEY WANJOHI.

219.    Plaintiff LUCY MUTHONI KIMUHU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff LUCY MUTHONI KIMUHU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs GABRIEL KIMUHU WAHINYA and MARY WAMBUI KIMUHU were the parents of LUCY MUTHONI KIMUHU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff TANIA WAMBUI KIMUHU was the child of LUCY MUTHONI KIMUHU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PETER WAHINYA KIMUHU, PAULINE WANJIRU NGANGA, JOYCE NDUTA KIMUHU, JANE KABURA KIMUHU MULLE, and ALICE NJERI KIMUHU were the siblings of LUCY MUTHONI KIMUHU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

220.    Plaintiff ANNE LEAH KASIVONA BUSAKA is a citizen of the United States of America and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ANNE LEAH KASIVONA BUSAKA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings ANNE LEAH KASIVONA BUSAKA was a resident of Virginia. At all relevant times, Plaintiff MARITA MUSIMBI JAMI was the parent of ANNE LEAH KASIVONA BUSAKA. They are a citizen of the United States of America, at the time of the Bombings they resided in Virginia, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs BARBARA KAKIYA BUSAKA, ALLAN AGADE BUSAKA, and MARTIN KIKUYU BUSAKA were the children of ANNE LEAH KASIVONA BUSAKA. They are citizens of the United States of America, at the time of the Bombings they resided in Virginia, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARITA MUSIMBI JAMI is represented by ANNE BUSAKA. The Estate of BARBARA KAKIYA BUSAKA is represented by ANNE BUSAKA.

221.    Plaintiff PETER MBALUKA MUTHOKA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PETER MBALUKA MUTHOKA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff AGNES K MBALUKA was the spouse of PETER MBALUKA MUTHOKA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FAITH MORAA MBALUKA and

DAMARIS MWENDE MBALUKA were the children of PETER MBALUKA MUTHOKA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

222.    Plaintiff CHARLES OBUNGU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CHARLES OBUNGU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MILLLICENT BUHYA was the spouse of CHARLES OBUNGU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JULIA ATIENO OBUNGU was the child of CHARLES OBUNGU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs NELSON AOKO OBUNGU and JACINTA ANYANGO CHIAMA were the siblings of CHARLES OBUNGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of CHARLES OBUNGU is represented by MILLICENT BUHYA.

223.    Plaintiff ALI MZEE GITHIMI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ALI MZEE GITHIMI was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MZEE ALI was the parent of ALI MZEE GITHIMI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs

HALIMA ABDALLA, ABUBAK KAMAU ALI, FATUMA NJERI ALI, and SAID MWANGI ALI were the siblings of ALI MZEE GITHIMI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MZEE ALI is represented by ALI GITHIMI.

224.     Plaintiff CATHERINE WANJIRU THUKU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CATHERINE WANJIRU THUKU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff DEDAN KAMAU GACHAU was the spouse of CATHERINE WANJIRU THUKU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs THUKU NDUMBI and MARION GATHONI THUKU were the parents of CATHERINE WANJIRU THUKU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FELISTERS WAMBUI NJAU, FLORENCE WANGUI THUKU, KENETH KANGETHE THUKU, ELIZABETH WANJIKU THUKU, and JOHN NDUMBI THUKU were the siblings of CATHERINE WANJIRU THUKU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARION GATHONI THUKU is represented by DAVID NDUMBI.

225.     Plaintiff JOHN MACHUA KARUA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN MACHUA KARUA brings this action for

their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs JOSEPH MBUGUA MACUA and MARY KANYI MACHUA were the children of JOHN MACHUA KARUA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff STEPHEN GACUMA KARUWA was the sibling of JOHN MACHUA KARUA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

226.    Plaintiff JOHN MUIMI MWANIKI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN MUIMI MWANIKI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ELIZABETH WAWEU MWANIKI was the parent of JOHN MUIMI MWANIKI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARY M. MWANIKI, MARGARET MWANIKI, FRANCIS KANGOLI MWANIKI, and ANN MWANIKI were the siblings of JOHN MUIMI MWANIKI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

227.    Plaintiff BEATRICE DIAH is a citizen of The United States of America and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff BEATRICE DIAH brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the Bombings, BEATRICE DIAH was a citizen of Kenya. At all relevant times, Plaintiff

JOHN DIAH was the spouse of BEATRICE DIAH. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOSEPH BENJAMIN ARIWI was the parent of BEATRICE DIAH. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JUDITH DIAH, JAQUELINE ESTHER DIAH, and BRIAN DIAH were the children of BEATRICE DIAH. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CHARLES OMONDI ARIWI, HOSEA JARED YIMBO ARIWI, SHEM ARIWI, and WILLIS ARIWI were the siblings of BEATRICE DIAH. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JOSEPH BENJAMIN ARIWI is represented by BEATRICE DIAH.

228. Plaintiff PHYLLIS M. PORTER is a citizen of the United States of America and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PHYLLIS M. PORTER brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings PHYLLIS M. PORTER was a citizen of Kenya. At all relevant times, Plaintiff JONATHAN D. PORTER was the spouse of PHYLLIS M. PORTER. They are a citizen of the United States of America, at the time of the Bombings they resided in Maryland, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

229. Richard Khaguli Sanya was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya

at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff RUTH MARAGA SANYA was the spouse of Richard Khaguli Sanya. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs BRENDA SANYA, HARRIET SANYA, LINET SANYA, JANET NASIALE, HILLARY SANYA, and FLORENCE SANYA were the children of Richard Khaguli Sanya. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARGARET MARAGA YONGE, HARUN K. NANDWA, FLORAH LUKHOVI VUSARU, JANE KHAGULI, and ROSE KHAGULI were the siblings of Richard Khaguli Sanya. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

230. Plaintiff WANJIKU KARANJA is a citizen of the United States of America and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff WANJIKU KARANJA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings WANJIKU KARANJA was a resident of Maryland. At all relevant times, Plaintiff LARENCE KARANJA was the spouse of WANJIKU KARANJA. They are a citizen of the United States of America, at the time of the Bombings they resided in Maryland, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs TITUS KIRAGU and SUSAN KIRAGU were the parents of WANJIKU KARANJA. They are citizens of the United States of America, at the time of the Bombings they resided in Maryland, and they bring this action for their

loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JULIANA NDANGA KARANJA and MARIA WAMUCII KARANJA were the children of WANJIKU KARANJA. They are citizens of the United States of America, at the time of the Bombings they resided in Maryland, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KARUSA ROSELINE KARUNGARI KIRAGU-GIKONYO, PERPETUA CEARNAL, KARIUKI ANTHONY KIRAGU, ALEX MWANIKI KARIMI KIRAGU, LAWRENCE MURAYA KIRAGU, and GABRIEL WANGAI KIRAGU were the siblings of WANJIKU KARANJA. They are citizens of the United States of America, at the time of the Bombings they resided in Maryland, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

231.    Plaintiff JENNIFER KIPROTICH CHEBOI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JENNIFER KIPROTICH CHEBOI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs JAMES KIBIY CHEBOI and MELLINIA JEPTARUS KIBIY were the parents of JENNIFER KIPROTICH CHEBOI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs BIRIR JERUTO RENEE and JESSE KIPLAGAT BIRIR were the children of JENNIFER KIPROTICH CHEBOI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LILLIAN JERUTO, JOSEPH KIPROTICH CHEBOI, and JOAN JEMUTAI CHEBOI were the siblings of JENNIFER KIPROTICH CHEBOI. They are citizens of

Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

232.    Plaintiff JOSEPH KIPROTICH CHEBOI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPH KIPROTICH CHEBOI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ALICE JEPKEMEI BETT was the spouse of JOSEPH KIPROTICH CHEBOI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

233.    Plaintiff VICTOR AYIEKO MASBAYI is a citizen of The United States of America and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. At the time of the bombings, Victor MAYIEKO MASBAYI was a citizen of Kenya. Plaintiff VICTOR AYIEKO MASBAYI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

234.    Plaintiff GEORGE ONGATA DANIEL is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GEORGE ONGATA DANIEL brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff RUTH ZEBEDEE was the spouse of GEORGE ONGATA DANIEL. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff RUTH OKWOMI GEORGE was the parent of GEORGE ONGATA DANIEL. They are a citizen of Kenya, and they

bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JAMES ALBERT OKWOMI was the child of GEORGE ONGATA DANIEL. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ALFRED KAMWONO GEORGE, JUDITH MALOBA, JOSEPH AGGREY MALANDA, ELIZABETH ANYOSO OKWOMI, and WILSON AKONGO ASIBIKO were the siblings of GEORGE ONGATA DANIEL. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

235.    Plaintiff JOSEPH KINYANJUI GATHIGI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPH KINYANJUI GATHIGI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARY WAMBUI KINYANJUI was the spouse of JOSEPH KINYANJUI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOYCE KUNGA KINYANJUI, LUCY KINYANJUI, MONICA NJERI KIARIE, IRENE NGENDO KINYANJUI, PAULINE WANJIKU KINYANJUI, NANCY WANJIRU KINYANJUI, AGESA WICYLIFFE KINYANJUI, and TERESIAH WANGARI KINYANJUI were the children of JOSEPH KINYANJUI GATHIGI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

236.    Plaintiff ANNASTASIA WANJIRU is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy

Bombings. Plaintiff ANNASTASIA WANJIRU was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs NOAH KARUGA KOINANGE and GRACE NGINA MACHUA were the parents of ANNASTASIA WANJIRU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PAUL KOINANGE, FRED KARUGA, NICHOLAS KOINANGE, MACHUA KARUGA KOINANGE, and MILCAH NJENDO MACHUA were the siblings of ANNASTASIA WANJIRU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of NOAH KARUGA KOINANGE is represented by ANNASTASIA WANJIRU. The Estate of GRACE NGINA MACHUA is represented by ANNASTASIA WANJIRU. The Estate of PAUL KOINANGE is represented by ANNASTASIA WANJIRU.

237.    Peter Kilonzi Mbithi was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff TERESIA NZULU KILONZI was the spouse of Peter Kilonzi Mbithi. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SAMUEL MBITHI NZAU and VERONICA TABITHA MUNYIVA MBITHI were the parents of Peter Kilonzi Mbithi. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JANE NDIDA KILONZI, MAGDALENE NTHENYA KILONZI, VERONICA MUNYIVA KILONZI,

and ROSE NTHAMO KILONZI were the children of Peter Kilonzi Mbithi. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RAELA MBULA MWTO and ANJELINA BEATRICE MBITHI were the siblings of Peter Kilonzi Mbithi. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of SAMUEL MBITHI NZAU is represented by PETER MBITHI. The Estate of VERONICA TABITHA MUNYIVA MBITHI is represented by PETER MBITHI.

238.    Fredrick Alaro was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff LILIAN ANYANGO AYATA was the spouse of Fredrick Alaro. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff COLLYMORE HILLARY OMONDI was the child of Fredrick Alaro. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

239.    Plaintiff PAUL KYALO MUSAU is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PAUL KYALO MUSAU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PAULINE MUENI MULWA was the spouse of PAUL KYALO MUSAU. They are a citizen of Kenya, and

they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JACKSON MUSAU KYALO and MERCY MBULWA KYALO were the children of PAUL KYALO MUSAU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

240.    Plaintiff SAMUEL MUTHAMI KIVINDYO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SAMUEL MUTHAMI KIVINDYO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs KASYOKA MULINGA and JULIANA MUTHIKE MULI were the spouses of SAMUEL MUTHAMI KIVINDYO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOYCE WANZA KIVINDYO was the parent of SAMUEL MUTHAMI KIVINDYO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAVID KIVINDYO MUTHAMI, JOYCE WANZA MUTHAMI, JASMINE SYOMITI MUTHAMI, and JUMA MUTHAMI were the children of SAMUEL MUTHAMI KIVINDYO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MULWA KIVINDYO and MUSYOKA KIVINDYO were the siblings of SAMUEL MUTHAMI KIVINDYO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

241.    Plaintiff MUSTAFA MOHAMMED ALI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MUSTAFA MOHAMMED ALI was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MERCY NYOKABI WAWERU was the spouse of MUSTAFA MOHAMMED ALI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MOHAMMED TAJIR UPEPO , FAROUQ WAWERU MUSTAFA, and MAUA NYANDIA MUSTAFA were the children of MUSTAFA MOHAMMED ALI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs AHMED MOHAMED ALI, JUMA MOHAMED ALI, MAHAMUDU MOHAMED ALI, ZUENA MWATSAHU, and SHAMSA MURSAL JUMA were the siblings of MUSTAFA MOHAMMED ALI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

242.    Plaintiff JAMES MUTUA MUTUKU is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JAMES MUTUA MUTUKU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff BERNEDETTA K. MUTUA was the spouse of JAMES MUTUA MUTUKU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CAROLINE M. MUTUA, FRANCIS M. MUTUA, and PETER M. MUTUA were the children of JAMES MUTUA

MUTUKU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs TITUS KIVINDYO MUTUKU, BONIFACE MUTUKU, MATHEW MUTUKU, ANNAH NGAMI MUTWII, and BENEDICT MACKENZIE MUTUKU were the siblings of JAMES MUTUA MUTUKU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

243.    Plaintiff CATHERINE KATANGA MUETI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CATHERINE MALINDA KATANGA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARTIN DAVID KITISYA MALINDA was the spouse of CATHERINE MALINDA KATANGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSEPH NGUI MUETI and MARGARET MAGIRI NGUI were the parents of CATHERINE MALINDA KATANGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SARAH MALINDA and TIMOTHY MALINDA were the children of CATHERINE MALINDA KATANGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SIMON NGUGI NGUI, PETER CHAINA MAGERE, and TIMOTHY MUETI NGUI were the siblings of CATHERINE MALINDA KATANGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARTIN

MALINDA is represented by CATHERINE MALINDA. The Estate of JOSEPH NGUI MUETI is represented by CATHERINE MALINDA. The Estate of TIMOTHY MUETI is represented by CATHERINE MALINDA.

244.    Plaintiff FREDRICK OGADA OBANGA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FREDRICK OGADA OBANGA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff FREDAH ADEMA LUSIMBA was the spouse of FREDRICK OGADA OBANGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JENNIFER AGUYA OGADA, DOROTHY WIKUNZA, SUSAN AMBUSO OGADA, SAMUEL AMADI OGADA, and LEWIS LUSIMBA OGADA were the children of FREDRICK OGADA OBANGA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

245.    Patrick Maweu was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff PHOEBE NDUKU MUNINI was the spouse of Patrick Maweu. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ANNA WANJIKU MAWEU was the parent of Patrick Maweu. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all

relevant times, Plaintiffs MARIANA WANJIKU MUTUKU and RUTH MUNINI MUTUKU were the children of Patrick Maweu. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PAULINE MBULA MAWEU, PAUL NDETI MAWEU, MOSES SILA MAWEU, FRANCIS MWANGI MAWEU, and SELINA NJERI MAWEU were the siblings of Patrick Maweu. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

246.    Plaintiff FLORENCE MILDRED OWINO OLUOCH is a citizen of the United States of America and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FLORENCE MILDRED OWINO OLUOCH brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings FLORENCE MILDRED OWINO OLUOCH was a resident of Virginia. At all relevant times, Plaintiff GHANAH ELIJAH OWINO OLUOCH was the parent of FLORENCE MILDRED OWINO OLUOCH. They are a citizen of the United States of America, at the time of the Bombings they resided in Virginia, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SUSAN OWINO KIGAMWA, DENNING JUSTUS OLUOCH, FREDERICK E. OLUOCH, JILL MITOKO, and MICAH OLUOCH OWINO were the children of FLORENCE MILDRED OWINO OLUOCH. They are citizens of the United States of America, at the time of the Bombings they resided in Virginia, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAVID ORIKO KWANYA, RUTH NGICHO OBURA, and MAUREEN A. OLUOCH were the siblings of FLORENCE MILDRED OWINO

OLUOCH. They are citizens of the United States of America, at the time of the Bombings they resided in Virginia, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

247.    Peter Wanyoike was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff GLADYS MUTHONI WANJIRA was the spouse of Peter Wanyoike. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

248.    Plaintiff WILSON MUIA KIAMBA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff WILSON MUIA KIAMBA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LUCIA WANZILU MUIA was the spouse of WILSON MUIA KIAMBA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs NORAH KEKA MUIA, MAUREEN KAVINDU MUIA, VINCENT MUNYAO MUIA, and KELVIN KIAMBA MUIA were the children of WILSON MUIA KIAMBA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff RENSON NZAU KIAMBA was the sibling of WILSON MUIA KIAMBA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

249.    Taitoro Masanga Omwanda was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff DORCAS AKONDO N CAROL was the spouse of Taitoro Omwanda. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GRISTIANO OMWANDA LITIEMA and MARIA SHINANDA were the parents of Taitoro Omwanda. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CHARLOTTE ALWANG'A, SHARON AMWIRO MASANGA, KELVIN OMWANDA MASANGA, and JOSHUA AKONDO were the children of Taitoro Omwanda. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DOMINIQUE LITIEMA and SOFERIO CHIBOLE OMWANDA were the siblings of Taitoro Omwanda. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of GRISTIANO OMWANDA LITIEMA is represented by TAITORO OMWANDA. The Estate of MARIA SHINANDA NANZUSHI is represented by TAITORO OMWANDA. The Estate of DOMINIQUE LITIEMA is represented by TAITORO OMWANDA. The Estate of SOFERIO CHIBOLE OMWANDA is represented by TAITORO OMWANDA.

250.    Francis Njuguna was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the

time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff PENINA WAIRIMU KIBE was the spouse of Francis Njuguna. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN KIBE, MARY NYAMBURA, GEORGE NJUGUNA KIBE, HELEN MBEERE NJOROGE, ANN NYAKINYI KIBE, MARGARET WANJIRU KAMUYU, JOSEPH MBUGUA KIBE, and FELISTIAS WAMBUI KIBE were the children of Francis Njuguna. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of PENINA WAIRIMU KIBE is represented by JOHN KABI KIBE.

251.    Plaintiff PETERSON MUTUKU KIVUVA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PETERSON MUTUKU KIVUVA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARY MWANZA MAITHYA was the spouse of PETERSON MUTUKU KIVUVA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MARY MWIKALI KIVUVA was the parent of PETERSON MUTUKU KIVUVA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RAPHAEL KIVUVA MUTUKU and SAMUEL MAITHYA MUTUKU were the children of PETERSON MUTUKU KIVUVA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the

Embassy Bombings. At all relevant times, Plaintiffs AGNES NDUNGE MUTISYA, SAMUEL MUTHAMA KIVUVA, NZAU JOHN MUTULA, and JOSPHAT MUTULA KIVUVA were the siblings of PETERSON MUTUKU KIVUVA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of PETERSON MUTUKU KIVUVA is represented by MARY MAITHYA.

252.    Silas Njiru was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff ROSE NDUKU MURIITHI was the spouse of Silas Njiru. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff FLORENCE WANGECI KIOKO was the child of Silas Njiru. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

253.    Plaintiff WINFRED WAMBUI GICHURU is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff WINFRED WAMBUI GICHURU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs GABRIEL GICHURU KURIA and VERONICA WANJIKU GICHURU were the parents of WINFRED WAMBUI GICHURU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PETER PATRICK KURIA GICHURU, CATHERINE NJERI GICHURU, DOMINIC WAWERU, and LAWRENCE TITUS KIMANI were the siblings of

WINFRED WAMBUI GICHURU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of GABRIEL GICHURU KURIA is represented by WINFRED GICHURU. The Estate of VERONICA WANJIKU GICHURU is represented by WINFRED GICHURU. The Estate of LAWRENCE TITUS KIMANI is represented by WINFRED GICHURU.

254.    Plaintiff ROSELIDER ELENOR OTIENO is a citizen of The United States of America and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. At the time of the Bombing, ROSELIDER ELENOR OTIENO was a citizen of Kenya. Plaintiff ROSELIDER ELENOR OTIENO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MICHAEL F. OTIENO ONYANDO was the spouse of ROSELIDER ELENOR OTIENO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JUDITH JENNIFER NECHESA ODWAKO and STEPHEN OTIENO were the children of ROSELIDER ELENOR OTIENO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN JUSTUS WESONGA ODWAKO, FREDRICK WANGATIA ODWAKO, JAMES ERIC OPONDO ODWAKO, CATHERINE VIOLET NYANGULE ODHIAMBO, and FLORENCE MOYI ODWAKO were the siblings of ROSELIDER ELENOR OTIENO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MICHAEL F. OTIENO ONYANDO is represented by ROSELIDER OTIENO. The Estate of JOHN JUSTUS WESONGA ODWAKO is represented by ROSELIDER OTIENO.

255.    Plaintiff ANN KUSERO is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ANN KUSERO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff FRANCIS SUAKEI KUSERO was the spouse of ANN KUSERO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KENNEDY KISEMEI MUTHONGO, ANGELA KUSERO, ARNOLD KUSERO, and ALEX KUSERO were the children of ANN KUSERO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RICHARD SIAMETO and EZEKIEL MASEK were the siblings of ANN KUSERO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

256.    Plaintiff HERIN CONNIE OTIENO is a citizen of The United States of America and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. At the time of the Bombings, HERIN CONNIE OTIENO was a citizen of Kenya. Plaintiff HERIN CONNIE OTIENO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff EDWIN OTIENO OMBAJO was the spouse of HERIN CONNIE OTIENO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs EVANS C ODHIAMBO OMBAJO, ALAN OTIENO, ROSE OTIENO, and EDWIN OTIENO were the children of HERIN CONNIE OTIENO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all

relevant times, Plaintiffs JOEL OMEDO OGADA, REBECCA ATIENO OGADA, LOICE ODIPO NYATENG, BENJAMIN ALARO, ASHA NDALO, and MARY OLOO were the siblings of HERIN CONNIE OTIENO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of BENJAMIN ALARO is represented by HERIN OTIENO. The Estate of ASHA NDALO is represented by HERIN OTIENO. The Estate of MARY OLOO is represented by HERIN OTIENO.

257. Plaintiff LINDA OKUDO is a citizen of the United States and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff LINDA OKUDO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the Bombings, LINDA OKUDO was a resident of the State of Pennsylvania.

258. Plaintiff ALFRED FREDRICK ODHIAMBO is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ALFRED FREDRICK ODHIAMBO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff CLEOPHAS OMORO NYAN'GUTE was the parent of ALFRED FREDRICK ODHIAMBO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff TERRY MARSIANNE AKOTH ODHIAMBO was the child of ALFRED FREDRICK ODHIAMBO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ALICE ADHIAMBO OUMA, JOSEPH ODUOR OMORO, CHRISTOPHER OWOUR OMORO, SAMUEL OBIERO OMORO, and SYLVESTER OMONDI OMORO were the siblings of

ALFRED FREDRICK ODHIAMBO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of CLEOPHAS OMORO NYAN'GUTE is represented by ALFRED ODHIAMBO. The Estate of ALICE ADHIAMBO OUMA is represented by ALFRED ODHIAMBO. The Estate of SAMUEL OBIERO OMORO is represented by ALFRED ODHIAMBO.

259.    Plaintiff ROBERT F. GODEC is a citizen of the United States of America and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ROBERT F. GODEC brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings ROBERT F. GODEC was a resident of Virginia. At all relevant times, Plaintiff LORI MAGNUSSON was the spouse of ROBERT F. GODEC. They are citizens of the United States of America, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At the time of the Bombings LORI MAGNUSSON was a resident of Virginia.

260.    Plaintiff AGGREY N. ABUTI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff AGGREY N. ABUTI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff FLORENCE BUKACHI NAMBWAYA was the spouse of AGGREY N. ABUTI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FRANCIS AKAFWALE ABUTI, BONFACE OYORO ABUTI, PERIS AUMA NAMBWAYA, PETER ABUTI NAMBWAYA, FELIX MAKANYA ABUTI, MERCY NASICHE ABUTI, FRIDAH AUMA ABUTI, and FRANCIS

AKAFWALE ABUTI were the children of AGGREY N. ABUTI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

261.    Plaintiff JAMES MAINA MACHARIA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JAMES MAINA MACHARIA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff BANCY WACHUKA MAINA was the spouse of JAMES MAINA MACHARIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RUTH WANJIRU MAINA, ANN NJAMBI MAINA, and ESTHER MIRIGO MAINA were the children of JAMES MAINA MACHARIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JAMES MAINA MACHARIA is represented by BANCY WACHUKA MAINA.

262.    Plaintiff ALEXANDER CONSTANTINE NJERU is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ALEXANDER CONSTANTINE NJERU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff FAITH KAARI NJERU was the spouse of ALEXANDER CONSTANTINE NJERU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KENETH MBAABU NJERU, LILLIAN KENDI NJERU, LIZA MWENDE NJERU, and BRENDA GAKII NJERU were the children of ALEXANDER CONSTANTINE NJERU.

They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of ALEXANDER CONSTANTINE NJERU is represented by LILLIAN NJERU.

263.    Plaintiff SARAH NJERI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SARAH NJERI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PERIS NYIHA KANGETHE was the parent of SARAH NJERI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROBERT KANGETHE and PAUL MBOGUA were the siblings of SARAH NJERI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

264.    Plaintiff ACQUINATTA PAUL MUSONYE is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ACQUINATTA MUSONYE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs REDEMPTA ATIENO WERE and RICHARD OMONDI WERE were the children of ACQUINATTA PAUL MUSONYE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

265.    Plaintiff JAMES KIMATHI KIRIGIA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JAMES KIMATHI KIRIGIA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and

severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff SUSAN WANJIKU WAWERU was the spouse of JAMES KIMATHI KIRIGIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAVID MWIRIGI KIMATHI and ASHLEY KARIMI KIMATHI were the children of JAMES KIMATHI KIRIGIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JAMES KIMATHI KIRIGIA is represented by BONIFACE KIRIGIA.

266.   Plaintiff JULIUS NYABUTI MUGOYA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JULIUS NYABUTI MUGOYA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff TERESA MIRERA was the spouse of JULIUS NYABUTI MUGOYA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff PASKARIA KEMUMA MUGOYA was the parent of JULIUS NYABUTI MUGOYA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MUGOYA MUGOYA SAMSON was the child of JULIUS NYABUTI MUGOYA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GRACE BONARERI MUGOYA, GEORGE OSORO MUGOYA, PENINNAH MOKEIRA MUGOYA, GEOFFREY BOSIRE MUGOYA, DENNIS NYAKUNDI MUGOYA, and STELLA KEMUNTO MUGOYA were the siblings of JULIUS NYABUTI

MUGOYA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

267.    Plaintiff THERESE WAIRIMU NGATIA is a citizen of Kenya and was an employee of the Library of Congress near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff THERESE NGATIA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PETER MUCHIRI NGATIA was the spouse of THERESE NGATIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff PERIS MUTHONI MWANGI was the parent of THERESE NGATIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LONG M. NGATIA, PAUL M. NGATIA, and DONALD M. NGATIA were the children of THERESE NGATIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARGARET W. MWANGI, ANTHONY MURIUKI, and BETH NJERI MWANGI were the siblings of THERESE NGATIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

268.    Plaintiff GEORGE WAWERU KURIA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GEORGE WAWERU KURIA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JANE N. WAWERU was the spouse of GEORGE WAWERU KURIA.

They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff KURIA NJANGIRU was the parent of GEORGE WAWERU KURIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CHARLES KURIA WAWERU and MARGARET KURIA were the children of GEORGE WAWERU KURIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GRACE N. KURIA, SIMON N. KURIA, ROSE W. KUNGU, ISAAC KURIA, HANNAH WANGUI KURIA, and KIZZIA WANJERI KURIA were the siblings of GEORGE WAWERU KURIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

269.    Plaintiff LYDIAH MWANGI is a citizen of the United States of America and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff LYDIAH MWANGI was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At the time of the bombings LYDIAH MWANGI was a resident of Georgia. At all relevant times, Plaintiff RAHEL WANJIRA MWANGI was the parent of LYDIAH MWANGI. They are a citizen of the United States of America, at the time of the Bombings they resided in Georgia, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff GEORGINA WANJA WANJIRU was the child of LYDIAH MWANGI. They are a citizen of the United States of America, at the time of the Bombings they resided in Georgia, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

At all relevant times, Plaintiffs ANNAH MUMBI MWANGI, ESTHER GATHONI MWANGI, FRANCIS MWANGI WAMBUGU, JANE WANDIA KIBUGA, EVANGELINE WAMUYU MWANGI, PITY WARUGURU GICHIMU, MURIUKI EPHANTUS MWANGI, GEOFFREY KARUKU MWANGI, MICHAEL WAIGWA MWANGI, and SIMON MUNYIRI were the siblings of LYDIAH MWANGI. They are citizens of the United States of America, at the time of the Bombings they resided in Georgia, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

270.    Plaintiff JANE THERESA WAIRIMU KAIROis a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JANE THERESA WAIRIMU KAIROwas injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs MAUREEN CLARE WANJIKU and MARGARET WAMBUI KAIRO WAIRIMU were the children of JANE THERESA KAIRO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JANE THERESA WAIRIMU KAIROis represented by MAUREEN WANJIKU AND MARGARET WAIRIMU.

271.    Plaintiff POLYCAP OMONDI BONDO is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff POLYCAP OMONDI BONDO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JUDITH AKOTH OMONDI was the spouse of POLYCAP OMONDI BONDO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress

as a result of the Embassy Bombings. At all relevant times, Plaintiff BRENDA ADHIAMBO OMONDI was the child of POLYCAP OMONDI BONDO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff TOBIAS OKECH BONDO was the sibling of POLYCAP OMONDI BONDO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

272.    Plaintiff MARY WANJIKU MBUTHIA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MARY WANJIKU MBUTHIA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MBUTHIA GICHUKI was the spouse of MARY WANJIKU MBUTHIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff SARAH WAIRIMU NGANGA was the parent of MARY WANJIKU MBUTHIA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs HENRY NGANGA KAMANO, SUSAN NDUTA, APPOLLO JOEL NGANGA, HOSEAH MICHENGI NGANGA, JAMES JOEL NJENGA, EVENRSON KABOGO NGANGA, TIMOTHY JOWELL KAMANO, and ANN NJOKI GICHINGA were the siblings of MARY WANJIKU MBUTHIA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of SARAH WAIRIMU NGANGA is represented by MARY MBUTHIA. The Estate of EVERNSON KABOGO NGANGA is represented by MARY MBUTHIA.

273.    Phanuel Maclus was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff MARY KAARI RUGENDO was the spouse of Phanuel Maclus. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MATI KABUBU and NORA MATI were the parents of Phanuel Maclus. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs BRIAN MUTWIRI RUGENDO and AYLEEN WANJA RUGENDO were the children of Phanuel Maclus. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSPETER MURIITHI MATE and MEDRINE MUTHONI were the siblings of Phanuel Maclus. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of NORA MATI is represented by PHANUEL MACLUS.

274.    Plaintiff JAMES NDUNGU is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JAMES NDUNGU was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LYDIAH WAIRIMU NDUNGU was the spouse of JAMES NDUNGU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times,

Plaintiff MARY WANGARE WAMBUGI was the parent of JAMES NDUNGU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ESTHER NYAMBURA NDUNGU, ROSEMARY WANJIRU NDUNGU, VIRGINIA WANJIRU NDUNGU, MILKAH GATHONI NDUNGU, SUSAN WAMBUI NDUNGU, JANE WAIRIMU NDUNGU, GRACE NJERI NDUNGU, FRANCIS GITAU NDUNGU, and BERNARD NJOROGE NDUNGU were the children of JAMES NDUNGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOEL KAHUTHU WAMBUGI was the sibling of JAMES NDUNGU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARY WANGARE WAMBUGI is represented by JOEL WAMBUGI.

275.    Plaintiff MESHACK BOUB YIORE is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MESHACK BOUB YIORE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARITHA OMOJE JALENGA was the spouse of MESHACK BOUB YIORE. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs YIORE ALICE KADENYI, RUTH KANGARI YIORE, THOMAS KIVERENGE YIORE, SUSAN MWANISA YIORE, LINET MUHONJA YIORE, and EMMANUEL LUTUNGU YIORE were the children of MESHACK BOUB YIORE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all

relevant times, Plaintiffs MARY EBOSO and GRACE ANDISI YOLE were the siblings of MESHACK BOUB YIORE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

276.    Plaintiff MARY REBECCA WANJA NDUATI is a citizen of Kenya and was an employee of the Library of Congress near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MARY REBECCA WANJA NDUATI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LUCY KABURA NDUATI was the parent of MARY REBECCA WANJA NDUATI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOYCE KABURA WANJA was the child of MARY REBECCA WANJA NDUATI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs BEATRICE WAIRIMU NDUATI, NANCY GLADYS MURUGI MBUGUA, ANNE WANJIKU NDUATI, ESTON MACHARIA NDUATI, JACKLINE WAITHIKI NDUATI, MARGARET FAITH NJERI NDUATI, and SERAH NYAMBURA NDUATI were the siblings of MARY REBECCA WANJA NDUATI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

277.    Plaintiff MARIAM RAMADHAN is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MARIAM RAMADHAN was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings.

278.     Juma Kimani was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff ZAINABU WAMBUI RAMATHANI was the spouse of Juma Kimani. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ISA MBUGUA RAMADHANI, FATUMA NJERI RAMADHAN, SAWN NJERI RAMADHAN, JUMA KIMUTHO RAMADHANI , MUSA NJIRU RAMADHAN, ASMINI RAMADHANI, and ABDULRAHMAN GATHURU RAMADHAN were the children of Juma Kimani. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of FATUMA NJERI RAMADHAN is represented by MARIAM RAMDHAN. The Estate of SAWN NJERI RAMADHAN is represented by MARIAM RAMDHAN. The Estate of ABDULRAHMAN GATHURU RAMADHAN is represented by MARIAM RAMADHAN.

279.     Plaintiff PHILLIP JONATHAN POMONI is a citizen of Tanzania and was an employee of the United States Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff PHILLIP JONATHAN POMONI was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JOYCE RENATUS UWANDAMENO was the spouse of PHILLIP JONATHAN POMONI. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff LADISLAUS

POMONI was the child of PHILLIP JONATHAN POMONI. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

280.    Plaintiff MARY MUTHONI NDUATI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MARY MUTHONI NDUATI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LUCY MUMBI MWANGI was the child of MARY MUTHONI NDUATI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

281.    Plaintiff KAMAU MBUGUA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff KAMAU MBUGUA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PRISCILLA WANJIKU KAMAU was the spouse of KAMAU MBUGUA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAMARIS WANJIKU KAMAU, NANCY WAMBUI KAMAU, and ZACHARIA MBURU KAMAU were the children of KAMAU MBUGUA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

282.    Plaintiff PATRICK MUCHUGE is a citizen of the United States of America and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PATRICK MUCHUGE brings this action for their loss

of society and severe emotional distress suffered as a result of the Bombings. At the time of the Bombings, PATRICK MUCHUGE was a resident of the District of Columbia.

283.    Mathew Mbithi was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff FLORENCE WAVINYA MUEMA was the spouse of Mathew Mbithi. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ALEXANDER MUSYOKI MUEMA, CAROLINE MUNYIVA MUEMA, LILIAN NZISA MUEMA, and SAMUEL MBITHI MUEMA were the children of Mathew Mbithi. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

284.    David Kimani was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff NANCY MWIHAKI KARANU was the spouse of David Kimani. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs GRACE WAMBUI MUIGAI, JAMES KIMANI MUIGAI, SAMUEL KARANU MUIGAI, and THOMAS NGURE MUIGAI were the children of David Kimani. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

285.    Thomas Mutua was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiffs MARY NDUKU MUNYAO and REBECCA KANINI MUTISYA were the spouses of Thomas Mutua. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ELIZABETH WAWEU MWANIKI was the parent of Thomas Mutua. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff VERONICA MUTHEU MULWA was the child of Thomas Mutua. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARTHA NDUKU KALOKI, DAMARIS MUASA PETER, and AGNES MONTHE MUTUA were the siblings of Thomas Mutua. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

286.    Renson Ashika was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff FLORENCE KHAUKANI ASHIKA was the spouse of Renson Ashika. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs WILBERFORECE

AMAKOBE MURONO, MOURINE ABISINWA MURONO, and ALICE LUBANGA MURONO were the children of Renson Ashika. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

287.    Plaintiff SIMON NGINYA ANTHONY is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SIMON NGINYA ANTHONY brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MERCY NGIMA NGIGI was the spouse of SIMON NGINYA ANTHONY. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

288.    Peninah Waiganjo was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff PENINAH WAITHERA WAIGANJO was the spouse of Peninah Waiganjo. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff RAKELI WAIRIMU NJUGUNA was the parent of Peninah Waiganjo. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JEMIMAH WAIRIMU MWANGI was the child of Peninah Waiganjo. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FRANCIS MACHARIA NJUGUNA, NAOMI NJOKI NJUGUNA, SUSAN

NJERI KARUGA, JOSEPH MUKUHA NJUGUNA, and ESTHER WANJIRU KIBUI were the siblings of Peninah Waiganjo. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

289. Peter Joseph was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff MARY WANJIRU CHIRA was the spouse of Peter Joseph. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSEPH MWANGI MAINA, HILDA NJOKI MAINA, CYRUS CHIRA MAINA, JAMES KIHARA MAINA, and PAULINE WANJIKU MAINA were the children of Peter Joseph. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

290. Lucas Ndile was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff LUCY MWONGELI MULOKI was the spouse of Lucas Ndile. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MIRIAM MUMO MULOKI, SEBASTIAN MUTUNGA MULOKI, EUNICE RAEL MULOKI , and BRIDGID ITUMBI MULOKI were the children of Lucas Ndile. They are citizens of Kenya, and they bring this action

for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LUCY MUENI MUNUVE, VERONICA MUTUA, and ALFRED NDILE were the siblings of Lucas Ndile. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

291.    James Thiga was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff GRACE WAMBUI THIGA was the spouse of James Thiga. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ANNIE NJERI THIGA, DAVID KANJA THIGA, STEPHEN KUBAI THIGA, JOHN NGUGI THIGA, and EINICE MUTHONI THIGA were the children of James Thiga. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

292.    Justus Wambua was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff AGNES NDUKU MUEMA was the spouse of Justus Wambua. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAVID WAMBUA MUEMA, JACKSON KILEE MUEMA, and ESTHER SYOKAU MUEMA were the children of Justus Wambua. They are citizens of Kenya, and they bring this action for their loss of society and

severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSEPH NGUTA WAMBUA , JOYCE NZILANI MASIKA, ANNAH NTHOKI MULINGE , CHARLES MWEU WAMBUA, SAMMY WAMBUA NGUTA, WILSON WAMBUA NGUTA, and JOEL MUTUKU NGUTA were the siblings of Justus Wambua. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JOSEPH NGUTA WAMBUA is represented by JOEL MUTUKU. The Estate of ANNAH NTHOKI MULINGE is represented by JUSTUS WAMBUA.

293.    Plaintiff DAVID MULLI MBITHI is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff DAVID MULLI MBITHI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff STELLAMARIS SYOMBUA MULI was the spouse of DAVID MULI MBITHI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PATRICK MWANGANGI MULI, JANE KANINI MULI, SIMON NZOMO MULI, MICHAEL NZAU MULI, REDEMTA MWENDE MULI, and JACKLINE MUTHEU MULI were the children of DAVID MULLI MBITHI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

294.    Plaintiff FLORENCE OYENGA OKOTH is a citizen of the United States of America and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. At the time of the Bombings, FLORENCE OYENGA OKOTH was a citizen of Kenya. Plaintiff FLORENCE OYENGA OKOTH brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

At all relevant times, Plaintiff JOSEPH OKOTH was the spouse of FLORENCE OYENGA OKOTH. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff CEACILIA AURA OGOUY was the parent of FLORENCE OYENGA OKOTH. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ALVIN OBAMBO, DOROTHY OKOTH, SCHOLASTICA OKOTH, IMELDA AWOUR BONNER, VIVIAN ACHIENG JONES, and EVERLYN AWINO ODONGO were the children of FLORENCE OYENGA OKOTH. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of CEACILIA AURA OGOUY is represented by FLORENCE OKOTH.

295.    Plaintiff FRANCIS HINGA NJUI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FRANCIS HINGA NJUI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff CATHELINE WAIRIMU HINGA was the spouse of FRANCIS HINGA NJUI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff TABITHA MUGURE NJUI was the parent of FRANCIS HINGA NJUI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs WINNE MUGURE HINGA, GRACE WANJIKU HINGA, LILIAN WANJIRU HINGA, and LAWRENCE KINYANJUI HINGA were the children of FRANCIS HINGA NJUI. They are citizens of Kenya, and they bring this action for their loss of society and

severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs REUBEN KIAMBUTHI NJUI, HANNAH MUTHONI KINUANJUI, and JOHN MBUGUA KINYANJUI were the siblings of FRANCIS HINGA NJUI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

296.    Plaintiff SURINDER KAPILA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SURINDER KAPILA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff KAPILA DINESH was the spouse of SURINDER KAPILA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs VARUN KAPILA and SHALINI BHUCHAR were the children of SURINDER KAPILA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

297.    Plaintiff VERONICA NDITI MULINGE is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff VERONICA NDITI MULINGE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

298.    Plaintiff JOHN KIBAGENDI MORIASI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN KIBAGENDI MORIASI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all

relevant times, Plaintiff GLADYS KIBAGENDI was the spouse of JOHN KIBAGENDI MORIASI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MORIASI TERESIA BOYANI, LYDIA NYAMOITA MORIASI, STEPHEN MORIASI KIBAGENDI, and JOSHUA MARORIA KIBAGENDI MORIASI were the children of JOHN KIBAGENDI MORIASI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

299.    Plaintiff JERUSHA WAJIKU WARUTHIRU is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JERUSHA WAJIKU WARUTHIRU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

300.    Plaintiff JANE WANGU MWANGI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JANE WANGU MWANGI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs JONATHAN MAINA MWANGI and JAMES NGUNYI MWANGI were the children of JANE WANGU MWANGI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN NGUNGIRI NGUNYI, ESTHER MUHINDI, PETER KIMITI NGUNYI, and MUTANI NGUNYI were the siblings of JANE WANGU MWANGI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

301.    Plaintiff HELLEN ADHIAMBO OLUOCH is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff HELLEN ADHIAMBO OLUOCH brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff WILLIS AGGREY OLUOCH KOSURA was the spouse of HELLEN ADHIAMBO OLUOCH. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff CORNELIA BANJA was the parent of HELLEN ADHIAMBO OLUOCH. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KELVIN OSURA OLUOCH, FLORENCE ATHIENO OLUOCH, MAUREEN ADHIAMBO OLUOCH, and MARTIN OLUOCH were the children of HELLEN ADHIAMBO OLUOCH. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROSEMARY ACHIENG BANJA, VICTOR OCHIENG BANJA, and PAULINE BANJA were the siblings of HELLEN ADHIAMBO OLUOCH. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

302.    Plaintiff FRANCIS NZANGI KITUTO is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FRANCIS NZANGI KITUTO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

303.    Plaintiff ELIUD MANYEKI MUCHOKI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the

1998 Embassy Bombings. Plaintiff ELIUD MANYEKI MUCHOKI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs PERIS W MANYEKI and MARGARET KABURO MUCHOKI were the spouses of ELIUD MANYEKI MUCHOKI . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ANNAH WANJIRU MANYEKI, JOSEPH MUCHOKI MANYEKI, RUTH WACUKA MANYEKI, NANCY WANJIKU MANYEKI, ALICE WAITHERERO MANYEKI, NAOMI WAGATURI MANYEKI, AGNES WANGUI MANYEKI, GRACE WANJA MANYEKI, ELIUD MANYEKI WAKONJE MUCHOKI, LAURA MUTHONI MUCHOKI, MANYEKI ERIC MUCHOKI, BRENDA WANJIRU MUCHOKI, WINNIE WANJA MUCHOKI, and ELIJAH CHURU MANYEKI, were the children of ELIUD MANYEKI MUCHOKI . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of ELIUD MANYEKI MUCHOKI is represented by JOSEPH MANYEKI. The Estate of WINNIE WANJA MUCHOKI is represented by WINNIE MUCHOKI.

304.    Plaintiff ELIJAH CHURU MANYEKI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ELIJAH CHURU MANYEKI was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings.

305.    Plaintiff ANNE MWAMBURI ONDENG is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the

1998 Embassy Bombings. Plaintiff ANNE MWAMBURI ONDENG brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

306.    Plaintiff AMINA MOHAMED HAJI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff AMINA MOHAMED HAJI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

307.    Plaintiff MOSES THURURA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MOSES THURURA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff AGNES NJOKI THURURA was the spouse of MOSES THURURA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MARTHA WANGUI GICHIGI was the parent of MOSES THURURA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOLLYN MARTHA THURURA, DENNIS GITAHI THURURA, and CATHERINE MONICAH NYAMBURA were the children of MOSES THURURA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PHILIP GICHIGI MOSES and STEPHEN KIBERA THURURA were the siblings of MOSES THURURA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

308.    Plaintiff WILLY NDONDO KIOKO is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff WILLY NDONDO KIOKO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

309.    Plaintiff PATRICK KAMUTI KAMAU is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PATRICK KAMUTI KAMAU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff PAULINE WANJIRU KAMUTI was the spouse of PATRICK KAMUTI KAMAU . They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CHARLES KAMAU KAMUTI, LUCY NJERI KAMUTI, FLORENCE THITHU, JANE WANJIKU KAMUTI, MARTIN NGUGI KAMUTI, and VINCENT MURIAIGIRI KAMUTI were the children of PATRICK KAMUTI KAMAU . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of PATRICK KAMUTI KAMAU is represented by PAULINE WANJIRU KAMUTI.

310.    Plaintiff JIMMY MUTUA MULEI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JIMMY MUTUA MULEI was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff GRACE NJOKI MULEI was the spouse of JIMMY MUTUA MULEI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times,

271

Plaintiffs SAMMY MULEI and NAOMI NGUKU MULEI were the parents of JIMMY MUTUA MULEI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JAMES MUTUA MULEI and GEORGE GITHINJI MULEI were the children of JIMMY MUTUA MULEI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff CHRISTOPHER LOKI MULEI was the sibling of JIMMY MUTUA MULEI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of SAMMY MULEI is represented by JIMMY MULEI. The Estate of NAOMI NGUKU MULEI is represented by JIMMY MULEI.

311.    Plaintiff ZACK RATEMO is a citizen of the United States of America and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. At the time of the bombings, ZACK RATEMO was a citizen of Kenya. Plaintiff ZACK RATEMO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ESTER RATEMO was the spouse of ZACK RATEMO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff RISPER MAYAKA was the child of ZACK RATEMO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

312.    Plaintiff URSULA BRAGANZA is a citizen of the United States of America and was an employee of the United States Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff URSULA BRAGANZA was injured in the

Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At the time of the bombings URSULA BRAGANZA was a resident of Texas. At all relevant times, Plaintiffs TIMOTHY ALBERT BRAGANZA and JULIETTE BRAGANZA were the parents of URSULA BRAGANZA. They are citizens of the United States of America, at the time of the Bombings they resided in Texas, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs IAN BRAGANZA and ALLAN LEO BRAGANZA were the siblings of URSULA BRAGANZA. They are citizens of the United States of America, at the time of the Bombings they resided in Texas, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of TIMOTHY ALBERT BRAGANZA is represented by URSULA BRAGANZA.

313.    Plaintiff JOHN ARIWI is a citizen of Hong Kong and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHN ARIWI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the Bombings, JOHN ARIWI was a citizen of Kenya.

314.    Caleb Chogo was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff JANIFFER BWAMULA AMADALO was the spouse of Caleb Chogo. They are a citizen of Kenya. Plaintiff JANIFFER BWAMULA AMADALO was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional

distress suffered as a result of the Bombings. At all relevant times, Plaintiff MIRIAM KAGEHA CHOGO was the parent of Caleb Chogo. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs VIGINTER MGEHA NDEDA, JULIANA SAGINA NDEDA, WILLIS AZERE NDEDA, and TODD WENDY KAYATIN NDEDA were the children of Caleb Chogo. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARGARET KAVAYA KADIMA and JUDITH MIDEVA were the siblings of Caleb Chogo. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of VIGINTER MGEHA NDEDA is represented by JANNIFER BWAMULA AMADALO.

315.    Philips Asusa was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff SYLVIA ATIENO OWIRA was the spouse of Philips Asusa. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs AGUSTINE ASUSA AUSA and KELEMENTINE AYIEKO were the parents of Philips Asusa. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff BRIAN BERNARD OTIENO ASUSA was the child of Philips Asusa. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times,

Plaintiffs VINCENT OWINO ASUSA, JULIA AUMA ASUSA, MONICA ATIENO OCHIENG , and CHARLES ODHIAMBO ASUSA were the siblings of Philips Asusa. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of AGUSTINE ASUSA AUSA is represented by PHILIPS ASUSA. The Estate of MONICA ATIENO OCHIENG is represented by PHILIPS ASUSA. The Estate of CHARLES ODHIAMBO ASUSA is represented by PHILIPS ASUSA.

316.    Anthony Chege was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff LOISE WAIRIMU MURIGIA was the spouse of Anthony Chege. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KEVIN CHEGE MURIGIA and DESMOND IRUKU MURIGIA were the children of Anthony Chege. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FAITH WAHITO NGURE, LUCY MYAMBURA WAIGANJO, and GEORGE KIMONDO CHEGE were the siblings of Anthony Chege. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

317.    Joseph Githogori was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At

all relevant times, Plaintiffs JACKSON NGOTHO GITHOGORI, EUSTACE MWANGI GITHOGORI, and ESTHER NJOKI GITHOGORI were the siblings of Joseph Githogori. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

318.    Stanley Njagi was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff MWENDE MITAU was the spouse of Stanley Njagi. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs EUNICE WANGECI WAWERU, RUTH NZUKA WAWERU, and WINNIE NJOKI WAWERU were the children of Stanley Njagi. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs STEPHEN MWANIKI NJAGI, PETER KARIUKI, DAVID MUCIRI NJAGI, ANDREW NDAMBIRI NJAGI, FLORENCE WANGERWE NJIRU, and MARY MUTHONI NDWIGA were the siblings of Stanley Njagi. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

319.    Luka Litwaji was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff MARY VUTAGWA MWALE was the spouse of Luka Litwaji. They are a citizen

of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAVID KHEITSI, NANCY KHADIOLI, RUTH MAKHUNGU, CLINTON LITWAJI MWALE, BRIAN NDOMBI, and FANUEL MBUSIA MWALE were the children of Luka Litwaji. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

320.    Stephen Macharia was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff AGNES WAITHERA MBURU was the spouse of Stephen Macharia. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LEAR WAITHERERO MBURU, MACHARIA MBURU, JAMES MUIRURI MBURU, MARK KARANJA MBURU, and MWANGI MBURU were the children of Stephen Macharia. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DAVID NGANGA MACHARIA and JOSEPH MWANGI MACHARIA were the siblings of Stephen Macharia. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

321.    Shah Geeti was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in

Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff NIRAJ DINESH SHAH was the spouse of Shah Geeti. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROHAN SHAH and RUHANI SHAH were the children of Shah Geeti. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

322.    Robert Matheka was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff MARGARET WANGUI NJOROGE was the spouse of Robert Matheka. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARY NJERY MUSYIMI, EDWIN NJOROGE MUSYIMI, TIMOTHY KILONZO MUSYIMI, AGNES CAROL MUSYIMI, and ANN MUTHEU MUSYIMI were the children of Robert Matheka. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PHILIP MATHEKA KIOKO, ROSEMARY NDINDA KIMANI, JOSEPHINE MBITHE MATHEKA, KIOKO MATHEKA, and EUNICE NDUKU MUSYIMI were the siblings of Robert Matheka. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of EUNICE NDUKU MUSYIMI is represented by AGNES MUSYIMI.

323.    Francis Munyi was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff PHILISPHER NJOKI MUCIRA was the spouse of Francis Munyi. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff FLORA WARUI MUNYI was the parent of Francis Munyi. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff NOAH KARURI MUCIRA was the child of Francis Munyi. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSPHAT MURIITHI MUNYI KARURI, DANIEL MUTHIKE MUNYI, SIMON MACHAI MUNYI, BONIFACE GACOKI MUNYI, ESTHER WAKUTHII MUNYI, and BETH WANJIKU MUNYI were the siblings of Francis Munyi. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

324.    Geoffry Mundiah was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff JANE WAIRIMU KAMAU was the spouse of Geoffry Mundiah. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PATRICK

NJUGUNA KAMAU, MARGARETWAMAITHA KAMAU, NAOMI WAMBUI MUIRURI, ZIPPORAH WAIRIMU KAMAU, and HANNAH NYAMBURA MUCHINA were the children of Geoffry Mundiah. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

325.    Gerorge Opanga was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff PRISCILLA OLESIA OPANGA was the spouse of Gerorge Opanga. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN OPANGA OMUKWEYI and EFA SAKWA OPANGA were the parents of Gerorge Opanga. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff PHILIP SAKWA OPANGA was the child of Gerorge Opanga. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ABRAHAM AMBUNDO OPANGA, NASHON WESANZA OPANGA, and SAMSON MILIKAO OPANGA were the siblings of Gerorge Opanga. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

326.    Anne Odinga was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against

Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff CHARLES HAYIRA ODINGA was the spouse of Anne Odinga. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LUKAS OKELO SEWE and CLEMENTINA OBWANGO were the parents of Anne Odinga. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KEVIN OTIENO ODINGA, EDWARD ONYANGO ODINGA, SEAN OMONDI ODINGA, and BRIAN ODUOR ODINGA were the children of Anne Odinga. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROSEMARY MUDUDA ODHIAMBO, JOSEPHINE OBADHA OKELLO, JOHN SEWE OKELO , and RAPHAEL OMANJE OKELO were the siblings of Anne Odinga. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of CHARLES HAYIRA ODINGA is represented by ANNE ODINGA. The Estate of LUKAS OKELO SEWE is represented by ANNE ODINGA. The Estate of CLEMENTINA OBWANGO is represented by ANNE ODINGA. The Estate of JOHN SEWE OKELO is represented by ANNE ODINGA. The Estate of RAPHAEL OMANJE OKELO is represented by ANNE ODINGA.

327.    Fanuel Onyando was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff PAULINE ACHIENG ORAYO was the spouse of Fanuel Onyando.

They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOSEPH AJUOGA ONYANDO was the parent of Fanuel Onyando. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs HABERT ONYANDO OKALL and VIVIAN AKOTH OKALL were the children of Fanuel Onyando. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JOSEPH AJUOGA ONYANDO is represented by FANUEL ONYANDO.

328.    Francis Njau was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff JENNIFER NYOKABI KIMANI was the spouse of Francis Njau. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ELIUD KINYANJUI MURIMA was the parent of Francis Njau. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff BRIAN KINYANJUI NJAU was the child of Francis Njau. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SAMUEL MURIMA KINYANJUI, JOHN KINYANJUI, SERAH WANJIKU KINYANJUI, and ANNE WAMBUI KINYANJUI were the siblings of Francis Njau. They are citizens of Kenya, and they bring this

action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of ELIUD KINYANJUI MURIMA is represented by FRANCIS NJAU.

329.    Elvis Murithi Samuel was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff RUTH WAITHERA KIMANI was the spouse of Elvis Murithi Samuel. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff LUCY KARIMI SAMWEL was the parent of Elvis Murithi Samuel. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SYLVIA WANJA MURITHI and KELVIN KIMANTHI MURITHI were the children of Elvis Murithi Samuel. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FAITH KARENDI MBURIA and VINCENT KITHUCHI SAMWEL were the siblings of Elvis Murithi Samuel. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

330.    Plaintiff MARY THERESA NYANCHOKA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MARY THERESA NYANCHOKA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff HENRY NYANGECHI NYANCHOKA was the spouse

of MARY THERESA NYANCHOKA . They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN OSAMO OKIOMA and AGNES OSAMO were the parents of MARY THERESA NYANCHOKA . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JUNE BITUTU NYANCHOKA , KEVIN NYANCHOKA AKEYA, LINDA MORAA NYANCHOKA, VIONA KWAMBOKA NYANCHOKA, SANDRA NYABOKE NYANCHOKA, and ANDREW YOUNG ONDUMA NYANCHOKA were the children of MARY THERESA NYANCHOKA . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JAMES PETER OSAMO, GEORGE WILLIAM OMWAGAH, KENNETH GODFREY OSAMO, ROSE LEONA MORAA OSAMO, and STEPHEN ORENGE OSAMO were the siblings of MARY THERESA NYANCHOKA . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MARY THERESA NYANCHOKA is represented by HENRY NYANCHOKA. The Estate of JUNE BITUTU NYANCHOKA is represented by HENRY NYANCHOKA.

331.    Plaintiff ANNIE WANGUI KARURI is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ANNIE WANGUI KARURI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff SOLOMON GATITU WAIGURU was the spouse of ANNIE WANGUI KARURI. They are a citizen of Kenya, and they bring this action for their loss of society and

severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARY WANJIKU KARURI, IRENE KIBATI, and GILBERT MACHARIA were the siblings of ANNIE WANGUI KARURI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

332.   Plaintiff JOSEPH KARIUKI MWANGI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPH KARIUKI MWANGI was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ALICE WANJA KARIUKI was the spouse of JOSEPH KARIUKI MWANGI . They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RUTH WAMBUI KARIUKI, REBECA WANGUI KARIUKI, DANIEL MWANGI KARIUKI , and JANE MAGIRI KARIUKI were the children of JOSEPH KARIUKI MWANGI . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JOSEPH KARIUKI MWANGI is represented by DANIEL KARIUKI.

333.   Plaintiff CHRISTOPHER MAINKAI MEJA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CHRISTOPHER MAINKAI MEJA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff EUNICE TUPANKA MAINKAI was the spouse of CHRISTOPHER MAINKAI MEJA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all

relevant times, Plaintiffs SYLVIA SIMALOI MAINKAI and SILVESTER SIRONKA MAIKAI were the children of CHRISTOPHER MAINKAI MEJA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

334.    Plaintiff JOHNSON MWANGI MAINA is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOHNSON MWANGI MAINA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiffs DATHAN MARIRA NIMBROD, JOHN MUGO MAINA, TABITHA WANGECHI MAINA, and HELLEN WANGUI NJENGA were the siblings of JOHNSON MWANGI MAINA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

335.    Duncan Musyoka was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff MONICAH SYOMWENDWA MUTIA was the spouse of Duncan Musyoka. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs HARON MWENDWA MUTIA, TONNY MUSYOKA MUTIA, ANITA MWATHI WAMBUA, EVALYN KALUMU MUTIA, and ERIC MBISI MUTIA were the children of Duncan Musyoka. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

336.    Plaintiff ABDULRAHMAN RAJAB is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ABDULRAHMAN RAJAB was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JAMILA JUMA was the spouse of ABDULRAHMAN RAJAB. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KURUTHUM SULAIM, IBRAHIM ABDULRAHMAN RAJAB, YASSIN ABDULRAHMAN RAJAB, MAIKI ATHUMANI, and HASSAN ABDULRAHMAN RAJAB were the children of ABDULRAHMAN RAJAB. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of ABDULRAHMAN RAJAB is represented by MAIKI ATHMANI.

337.    Plaintiff JOSEPH THUMBI KIMANI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPH THUMBI KIMANI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARGARET WAIRIMU THUMBI was the spouse of JOSEPH THUMBI KIMANI . They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs TERESIA WAMAITHA THUMBI and ALICE NDUTA THUMBI were the children of JOSEPH THUMBI KIMANI . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff GEORGE KAMAU KIMANI was the sibling of JOSEPH THUMBI KIMANI . They are a citizen of Kenya,

and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JOSEPH THUMBI KIMANI is represented by THRESIA THUMBI.

338.    Plaintiff SABASTIAN MWANGI NDERI is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff SABASTIAN MWANGI NDERI was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff LOISE TUMAINI MWANGI was the spouse of SABASTIAN MWANGI NDERI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SAMUEL MURIUKI GAKINYA and LYDIA WANJIRU MURIUKI were the parents of SABASTIAN MWANGI NDERI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs LAWRENCE NDERI MWANGI, BEATRICE WANJIRU MWANGI, PETER GITHIJI MWANGI, and KENNETH KOTI MWANGI were the children of SABASTIAN MWANGI NDERI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOSEPH MURIITHI MURIUKI, JANE NJERI NDERI, PETER MAINA MURIUKI, ZACHARY KINYUA MURIUKI, and LEVIS NJURAITA MURIUKI were the siblings of SABASTIAN MWANGI NDERI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

339.    Plaintiff BENJAMIN SILA NDETI is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff BENJAMIN SILA NDETI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

340.    Plaintiff STEPHEN KIMANI MUTAMBO is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff STEPHEN KIMANI MUTAMBO was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ANGELA IKAMBA IRERI was the spouse of STEPHEN KIMANI MUTAMBO . They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ONESMUS MUTAMBO GITAU was the parent of STEPHEN KIMANI MUTAMBO . They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SYLVIA WANGARU KIMANI, PURITY WANJIRU KIMANI, and IRENE WANJIKU KIMANI were the children of STEPHEN KIMANI MUTAMBO . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of STEPHEN KIMANI MUTAMBO is represented by ANGELA IRERI.

341.    Plaintiff STEPHEN ODUOR ODUOL is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff STEPHEN ODUOR ODUOL was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and

severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff GLADYS NDOYA KADENGE was the spouse of STEPHEN ODUOR ODUOL. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JECKONIA ODUOL WANDO and VERONICA MARANGO ODUOL were the parents of STEPHEN ODUOR ODUOL. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs COLLINS OCHIENG ODUOR and VERONICA LIANIE ODUOR were the children of STEPHEN ODUOR ODUOL. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MC LAWRENCE OKELLO ODUOL, ALOICE OOKO ODUOL, GEORGE OWINO ODUOL, WALTER OTIENO ODUOL, MARY ASIALA OWUOR, JOSEPH ODUOR ADUOL , CHRISTOPHER OLOO ODUOL , MAURICE NGESA ODUOL, and JENIPHER AKINYI ODUOL were the siblings of STEPHEN ODUOR ODUOL. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JECKONIA ODUOL WANDO is represented by STEPHEN ODUOL. The Estate of JOSEPH MUSIALA ADUOL is represented by STEPHEN ODUOL. The Estate of CHRISTOPHER OLOO ODUOL is represented by STEPHEN ODUOL. The Estate of JENIPHER AKINYI ODUOL is represented by STEPHEN ODUOL.

342.    Plaintiff ESTHER WAMBUI KIBE is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ESTHER WAMBUI KIBE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all

relevant times, Plaintiffs KIBE KIGARA and RAHAB WANGUI KIBE were the parents of ESTHER WAMBUI KIBE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ANN FAITH BIRUNGI and SAMWEL KISEMBO KASANGAKI were the children of ESTHER WAMBUI KIBE. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of KIBE KIGARA is represented by ESTHER KIBE. The Estate of RAHAB WANGUI KIBE is represented by ESTHER KIBE.

343.    Plaintiff GRACE WAMBUI KARIUKI is a citizen of Kenya and was an employee of the U.S. Peace Corps near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GRACE WAMBUI KARIUKI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff CHARLES HARRISON KARIUKI MUCHOKI was the spouse of GRACE WAMBUI KARIUKI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ELIUD WAICHIGU MUTUHU and JANE MUTHONI WAICHIGU were the parents of GRACE WAMBUI KARIUKI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CHARLES KANG'ANG'A KARIUKI, SYLVIA WANJIRU KARIUKI, and KEVIN WAICHIGO KARIUKI were the children of GRACE WAMBUI KARIUKI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MARY WANGARI KURIA, CLEMENT KAMBOH WAICHIGO, PATRICK KIUNJURI, CHARLES CHEGE WAICHIGO,

292 of 331

SAMUEL KAMAU WAICHIGO, JOHNSON KIARIE WACHIGO, ESTHER GITUTO ELIUD, DAVID MWANGI WAISHIGO, and BENSON MANIA WAICHIGO were the siblings of GRACE WAMBUI KARIUKI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of HARRISON KARIUKI MUCHOKI is represented by GRACE KARIUKI. The Estate of ELIUD WAICHIGU MUTUHU is represented by GRACE KARIUKI. The Estate of JANE MUTHONI WAICHIGU is represented by GRACE KARIUKI. The Estate of BENSON MANIA WAICHIGO is represented by GRACE KARIUKI.

344.    Plaintiff GEDFREY GACHANJA WAICHIGO is a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GEDFREY GACHANJA WAICHIGO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ELIZABETH WANGUI GACHANJA was the spouse of GEDFREY GACHANJA WAICHIGO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs HUMPREY WAICHIGO GACHANJA, CHRISTOPHER CHEGE GACHANJA, ANTONY MWANGI GACHANJA, SAMUEL KIMOTHO GACHANJA, and DAVID KAMBO GACHANJA were the children of GEDFREY GACHANJA WAICHIGO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of GEDFREY GACHANJA WAICHIGO is represented by CHRISTOPHER GACHANJA.

345.    Plaintiff LUCY WANJIKU GITAU is a citizen of the United States of America and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time

of the 1998 Embassy Bombings. At the time of the Bombing LUCY WANJIKU GITAU was a citizen of Kenya. Plaintiff LUCY WANJIKU GITAU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JAMES MWANGI GITAU was the spouse of LUCY WANJIKU GITAU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DICKSON GITAU MWANGI, MARY WANGATURI GITAU, and CAROLINE NJERI GITAU were the children of LUCY WANJIKU GITAU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of JAMES MWANGI GITAU is represented by LUCY WANJIKU GITAU.

346.    Plaintiff CEPHAS ODHACH AGOLA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff CEPHAS ODHACH AGOLA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JANE AUMA AGOLA was the spouse of CEPHAS ODHACH AGOLA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROSEBELLA A AGOLA, PAUL O AGOLA, RHODA A AGOLA, and CAROL A AGOLA were the children of CEPHAS ODHACH AGOLA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

347.    Plaintiff FITZHARRIS MULINGE MBITHI was a citizen of Kenya and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. FITZHARRIS MULINGE MBITHI was killed as a result of injuries

they sustained during the Embassy Bombings. FLORENCE MULINGE brings this action as Administrator of the Estate of FITZHARRIS MULINGE MBITHI and as a beneficiary of the Wrongful Death, Survival, and other claims pled in this Amended Complaint. At all relevant times, Plaintiffs FLORENCE MUENI MULINGE, RAEL MBULA MULINGE, and CELESTINE MUTHEI MULINGE were the children of FITZHARRIS MULINGE MBITHI . They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

348.    Richard Maweu was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff PHOEBE MUKULU NGONZI was the spouse of Richard Maweu. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs DENIS KYALO NDEMWA and PHYLLIS KAKENE NDEMWA were the children of Richard Maweu. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

349.    Plaintiff JACOB NDOLO NGEMU is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JACOB NDOLO NGEMU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARY NGINA NDOLO was the spouse of JACOB NDOLO NGEMU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress

as a result of the Embassy Bombings. At all relevant times, Plaintiffs PETER NGEMU NZALAI and AGNES NDILA PETER were the parents of JACOB NDOLO NGEMU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KIMEU NDOLO and MULEI NDOLO were the children of JACOB NDOLO NGEMU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of PETER NGEMU NZALAI is represented by JACOB NGEMU.

350.    Plaintiff LUCY WANJIKU NDUNGU is a citizen of the United States of America and was an employee of the United States Embassy at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. At the time of the Bombings, LUCY WANJIKU NDUNGU was a citizen of Kenya. Plaintiff LUCY WANJIKU NDUNGU brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff BENSON NDUNG'U was the spouse of LUCY WANJIKU NDUNGU. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs RUTH WANJIRU NDUNGU and IAN KAMAU NDUNGU were the children of LUCY WANJIKU NDUNGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FREDRICK MURIHIA KANGETHE, MUNGAI KANGETHE, WINNIE NYAKIO WAINAINA, NANCY WAMBUI KANGETHE, MARGARET ODHIABO, and JAMES MUNGAI KANGETHE were the siblings of LUCY WANJIKU NDUNGU. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

351.    Plaintiff MONICAH NJENGA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MONICAH NJENGA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff FRANCIS NJENGA KAMITI was the spouse of MONICAH NJENGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MARY WARUCU NJENGA was the child of MONICAH NJENGA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

352.    Nyakona Amapanga was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff HILDA NYAKONA AMAPANGA was the spouse of Nyakona Amapanga. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs FLORENCE ESTABLE AMAPANGA, CHARLES AMAPANGA, JORAM ALUVENED APAPANGA, and MARGARET N. AMAPANGA were the children of Nyakona Amapanga. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SIMON INYANGALA BOAZ, ZAKARIA OMBATO AMAPANGA, FANUEL ANDOBE AMAPANGA, NOEL ANDESO BWANAMO, and PRISLA ORONGA OMUSULA were the

siblings of Nyakona Amapanga. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

353.    Plaintiff MAURA BARRY BOYLE is a citizen of the United States of America and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff MAURA BARRY BOYLE brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At the time of the bombings MAURA BARRY BOYLE was a resident of Maryland. At all relevant times, Plaintiff EDMOND BOYLE was the spouse of MAURA BARRY BOYLE. They are a citizen of the United States of America, at the time of the Bombings they resided in Maryland, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

354.    Plaintiff PETER OMAYO ORINA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff PETER OMAYO ORINA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff HELDAH KERUBO MASIRA was the spouse of PETER OMAYO ORINA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MILKA NYOBOKE NYAKANGA was the parent of PETER OMAYO ORINA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JERUSA NYAMOITA OMAYO was the child of PETER OMAYO ORINA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times,

Plaintiff ELIJAH ORINA N. NYANDWARO was the sibling of PETER OMAYO ORINA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

355.    Plaintiff JOSEPHAT KONZOLO is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPHAT KONZOLO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff CLARIET AKINYI was the spouse of JOSEPHAT KONZOLO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff SILIYA MUHEMBELE KONZOLO was the parent of JOSEPHAT KONZOLO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff OWEN KONZOLO was the child of JOSEPHAT KONZOLO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CHARLES OBOTE KONZOLO BITINYU, DANSTONE MAMBILI KONZOLO, and LILIAN SHIAYO OKUMU were the siblings of JOSEPHAT KONZOLO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of SILIYA MUHEMBELE KONZOLO is represented by JOSEPHAT KONZOLO.

356.    Plaintiff GEORGE MORARA OTISO MAKORI is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff GEORGE MORARA OTISO MAKORI was injured in the Bombing and brings this action for their physical and economic damages, loss of

society, and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff ISABELLA MORARA was the spouse of GEORGE MORARA OTISO MAKORI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs WILSON MAKORI and YOBENSIA BOSIBORI MAKORI were the parents of GEORGE MORARA OTISO MAKORI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of WILSON MAKORI is represented by GEORGE MAKORI.

357.    Plaintiff ENOCK NYAGAKA ONTITA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ENOCK NYAGAKA ONTITA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff GLADYS NYAMBEKI OTOKI was the spouse of ENOCK NYAGAKA ONTITA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PETER ONTITA SONGORO and JEMIMA NYAMBATI ONTITA were the parents of ENOCK NYAGAKA ONTITA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ELKANAH J. MOSES, DORCAS NYANG'ARA, RODAH NYASUGUTA ONTITA, STANLEY OKEMWA ONTITA, SARAH NYAMBOKE ONTITA, and STEPHEN ONSERIO ONTITA were the siblings of ENOCK NYAGAKA ONTITA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the

Embassy Bombings. The Estate of PETER ONTITA SONGORO is represented by ENOCK NYAGAKA ONTITA.

358.    Mohamed Alfan Ngwegwe was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff MWANAYSHA NYAMGUNDA was the spouse of Mohamed Alfan Ngwegwe. They are a citizen of the United States of America, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KHALFAN MOHAMED NGWEGWE and KHALID MOHAMED NGWEGWE were the children of Mohamed Alfan Ngwegwe. They are citizens of the United States of America, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At the time of the Bombings, Mohamed Alfan Ngwegwe and Plaintiffs MWANAYSHA NYAMGUNDA, KHALFAN MOHAMED NGWEGWE and KHALID MOHAMED NGWEGWE resided in Tanzania.

359.    Plaintiff ZACHARY ONDIBA NYAKUNDI is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff ZACHARY ONDIBA NYAKUNDI brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff JACKLINE MORAA MACHOGU was the spouse of ZACHARY ONDIBA NYAKUNDI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JAMES NYAKUNDI OMARIBA and MARY BOSIBORI NYAKUNDI

were the parents of ZACHARY ONDIBA NYAKUNDI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff JOB ONDIEKI ONDIBA was the child of ZACHARY ONDIBA NYAKUNDI. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KENNEDY OMARIBA NYAKUNDI and NAFTALI MAROKO NYAKUNDI were the siblings of ZACHARY ONDIBA NYAKUNDI. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

360.    Plaintiff FREDRICK MULELE LUMUMBA is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff FREDRICK MULELE LUMUMBA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff SERAH MUGASIA ONDEGO was the spouse of FREDRICK MULELE LUMUMBA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MULELE PAUL SHUNYAGA and REGINAH KHATIEBI MULELE were the parents of FREDRICK MULELE LUMUMBA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KEREN MMBONE LUMUMBA, ERIC KHAMASI L., and BETH LUMUMBA were the children of FREDRICK MULELE LUMUMBA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of MULELE PAUL SHUNYAGA is represented

by FREDRICK LUMUMBA. The Estate of REGINAH KHATIEBI MULELE is represented by
FREDRICK LUKAMBA.

361.    Georgia Joseph Mhoma was an employee of the United States Government or an
employee of a contractor for the United States Government at the U.S. Embassy in Dar es Salaam,
Tanzania at the time of the 1998 Embassy Bombings, and previously received a Default Judgment
against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-
00951. At all relevant times, Plaintiff MUSTAFA MHOMA was the spouse of Georgia Joseph
Mhoma. They are a citizen of Tanzania, and they bring this action for their loss of society and
severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs
JOSEPH ALIBALIO and MELANIA NYAKATO were the parents of Georgia Joseph Mhoma.
They are citizens of Tanzania, and they bring this action for their loss of society and severe
emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs HADULA
M. MHOMA and MWANYINGE M. MHOMA were the children of Georgia Joseph Mhoma.
They are citizens of Tanzania, and they bring this action for their loss of society and severe
emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs
MUJWAHUZI JOHN KARUSHAIJA, MARY-NANCY KOKUBELWA, STEPHEN JOSEPH
KALWIHURA, and THERESAMARIA KOKWENDA RWECHUNGURA were the siblings of
Georgia Joseph Mhoma. They are citizens of Tanzania, and they bring this action for their loss of
society and severe emotional distress as a result of the Embassy Bombings. The Estate of
MUSTAFA MHOMA is represented by GEORGIA JOSEPH MHOMA. The Estate of JOSEPH
ALIBALIO is represented by GEORGIA JOSEPH MHOMA. The Estate of MELANIA
NYAKATO is represented by GEORGIA JOSEPH MHOMA.

362.    Plaintiff JOSEPH ALOO ADHIAMBO is a citizen of Kenya and was an employee of the United International Investigative Services at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff JOSEPH ALOO ADHIAMBO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MARY ATIENO ALOO was the spouse of JOSEPH ALOO ADHIAMBO. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs PHILGONA OPIYO and SERFINA OPIYO ODUOL were the parents of JOSEPH ALOO ADHIAMBO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ERICK ODHIAMBO ALOO, PAUL ATIENO ALOO, ELIZABETH AKINYI ALOO, JUDITH ACHIENG ALOO, and JOEL ODHIAMBO were the children of JOSEPH ALOO ADHIAMBO. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of PHILGONA OPIYO is represented by JOSEPH ADHIAMBO.

363.    Pelagia Buberwa was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff STEPHEN PATRICK BUBERWA was the spouse of Pelagia Buberwa. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff ISABELLA KOKURORA MUZANILA was the parent of Pelagia Buberwa. They are a citizen of

Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CHRISTOPHER MWOMBEKI BUBERWA and ELIZABETH KAGEMURO BUBERWA were the children of Pelagia Buberwa. They are citizens of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs CHARLES NORBERT MUZANILA, IMELDA MUZANILA TRAILL, JOSEPH NORBERT MUZANILA, OLIVER GODWIN KATEMANA, MECKTRIDA NORBERT MUZANILA, PHILBART MUZANILA NORBART, BERNADINA NJERU NORBERT, GERALD RUTAINURWA MUZANILA, PETER NORBERT MUZANILA, NESTOR NORBERT MUZANILA, and MAGDALENA KOKUMELELA CYPRIAN were the siblings of Pelagia Buberwa. They are citizens of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

364.    Plaintiff SHABAN ATHMAN ALLY is a citizen of Tanzania and was an employee of the US Agency for International Development near the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff SHABAN ATHMAN ALLY brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MJENGI ALLY MALANGA was the sibling of SHABAN ATHMAN ALLY. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

365.    Plaintiff SITA MAGHANGA MAGUA is a citizen of Tanzania and was an employee of the United States Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff SITA MAGHANGA MAGUA was injured in the Bombing and brings this action for their physical and economic damages, loss of society, and

severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff GEORGE E. BOLDARINI was the spouse of SITA MAGHANGA MAGUA. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs MUGHANGA MAGUA and GILINTANDU MAGUA were the parents of SITA MAGHANGA MAGUA. They are citizens of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs SULEMAN KETTY, GILLDAN ELINA BOLDARINI, GEORGE ELISHA BOLDARINI, EVAN GEORGE BOLDARINI, GINA EVELYN BOLDARINI, and GLENN EDWIN BOLDARINI were the children of SITA MAGHANGA MAGUA. They are citizens of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs TAUSI MAGHANGA MAGUA and ZENA MUGHANGA MAGUA were the siblings of SITA MAGHANGA MAGUA. They are citizens of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of GEORGE E. BOLDARINI is represented by SITA MAGUA. The Estate of MUGHANGA MAGUA is represented by SITA MAGUA. The Estate of GILINTANDU MAGUA is represented by SITA MAGUA. The Estate of GINA EVELYN BOLDARINI is represented by SITA MAGUA. The Estate of GLENN EDWIN BOLDARINI is represented by SITA MAGUA.

366.    Monica Kapilima was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiff ERNEST BROWN MWENEWANDA was the spouse of

Monica Kapilima. They are a citizen of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs HUGO KAPILIMA and NATALIA PETER LIHELUKA were the parents of Monica Kapilima. They are citizens of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs JOHN MWENEWANDA and YVONNE MWENEWANDA were the children of Monica Kapilima. They are citizens of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ROSALINDA MAKOYE, GEORGE KAPILIMA, ERHARD KAPILIMA, NATALIUS KAPILIMA, CUNBERT KAPILIMA, LAUREAN KAPILIMA, ARNOLDA HUGO KAPILIMA, and EPIFANIA KAPILIMA were the siblings of Monica Kapilima. They are citizens of Tanzania, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. The Estate of HUGO KAPILIMA is represented by MONICA KAPILIMA.

367. Plaintiff MWITA BERNARD SIMANGO is a citizen of Tanzania and was an employee of the United States Embassy at the U.S. Embassy in Dar es Salaam, Tanzania at the time of the 1998 Embassy Bombings. Plaintiff MWITA BERNARD SIMANGO brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings.

368. Cancilde Umulisa was an employee of the United States Government or an employee of a contractor for the United States Government at the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings, and previously received a Default Judgment against Defendants in Caleb Ndeda Chogo, et al. v. Republic of Sudan, et al., Case No. 1:15-cv-00951. At all relevant times, Plaintiffs RUZANGWA VIANNEY and MUKAKINANI GODELENE were

the parents of Cancilde Umulisa. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ILIZA BRIANNA, ISHIMWE BRUNEALLA, and IKIREZI DEBORAH were the children of Cancilde Umulisa. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs KABATESI GORETTI, DIFDIANE KAYISANGWA, BAKAYIRANGWA CONCILIE, BAKAYISINOWA ROSE, and BUTARE MARY BONRG were the siblings of Cancilde Umulisa. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

369.    Plaintiff TIMOTHY TUMANKA TAKONA is a citizen of Kenya and was an employee of the US Agency for International Development near the U.S. Embassy in Nairobi, Kenya at the time of the 1998 Embassy Bombings. Plaintiff TIMOTHY TUMANKA TAKONA brings this action for their loss of society and severe emotional distress suffered as a result of the Bombings. At all relevant times, Plaintiff MABEL ULE TAKONA was the spouse of TIMOTHY TUMANKA TAKONA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiff MARGARET N. TAKONA was the parent of TIMOTHY TUMANKA TAKONA. They are a citizen of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs TIMOTHY LAKOI M. TAKONA, MBEL J. TAKONA, and DIALE S. TAKONA were the children of TIMOTHY TUMANKA TAKONA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings. At all relevant times, Plaintiffs ELIZABETH PELESIA TAKONA, DANIEL TAKONA OLABULU, and RUTH

SERETI TAKONA were the siblings of TIMOTHY TUMANKA TAKONA. They are citizens of Kenya, and they bring this action for their loss of society and severe emotional distress as a result of the Embassy Bombings.

370.    Defendant, the ISLAMIC REPUBLIC OF IRAN (hereinafter referred to as "Iran"), is a foreign state within the meaning of 28 U.S.C. §1391(f) and 1603(a).

371.    Defendant, IRAN, has been designated as a foreign state that sponsors terrorism within the meaning of 28 U.S.C. § 1605A and the Export Administration Act of 1979, 50 U.S.C. App. § 2405(j), and the Foreign Assistance Act of 1961, 22 U.S.C. §2371.

372.    IRAN, through its officials, officers, agents, and employees including the Ministry of Foreign Affairs, the Iranian Ministry of Information and Security, and Islamic Revolutionary Guard Corps, provided material support and resources to OSAMA BIN LADEN ("Bin Laden") and AL QAEDA both directly and through its surrogate, Hezbollah. The support provided by IRAN to OSAMA BIN LADEN and AL QAEDA assisted in or contributed to the preparation and execution of the plans that culminated in the terrorist bombing of the U.S. Embassies at Nairobi, Kenya, and Dar es Salaam, Tanzania, and the deaths and injuries caused by those bombings.

373.    The    Defendant,    the    IRANIAN    MINISTRY    OF    INFORMATION AND SECURITY ("MOIS") is a political subdivision and/or agency of Defendant, the Islamic Republic of Iran. Its activities at the time of this occurrence included the support of terrorist activities directed against foreign targets by terrorist groups operating with cover of the Islamic Republic of Iran.

374.    The Defendant, the ISLAMIC REVOLUTIONARY GUARD CORPS ("IRGC") by and through its Quds Force ("Quds") is a political subdivision and/or agency of the Defendant, the Islamic Republic of Iran, responsible for providing the military and intelligence services

through which Iran trained, supported and otherwise guided and direct the terrorist organizations responsible for causing Plaintiffs' injuries as described hereinafter. As of June 29th, 2005, Quds Force was designed as a Specially Designated Global Terrorist under Executive Order 13382 and as of April 15th, 2019, the IRGC was designated a Foreign Terrorist Organization by the U.S. State Department pursuant to section 219 of the INA.

## FACTS

### A.    The History, Organization, and Function of Al Qaeda.

375.    From 1989 until about 1991, Al Qaeda was headquartered in Afghanistan and in Peshawar, Pakistan. In or about 1991, the leadership of Al Qaeda, including bin Laden, relocated to Sudan. Al Qaeda was headquartered in the Sudan from approximately 1991 until approximately 1996. In 1996, bin Laden and other members of Al Qaeda relocated to Afghanistan but maintained a presence in Sudan until at least 1999.

376.    Bin Laden and Al Qaeda violently opposed the United States for several reasons. First, the United States was regarded as an "infidel" because it was not governed in a manner consistent with the group's extremist interpretation of Islam. Second, the United States was viewed as providing essential support for other "infidel" governments and institutions, particularly the governments of Saudi Arabia and Egypt, the nation of Israel, and the United Nations organization, which were regarded as enemies of the group. Third, Al Qaeda opposed the involvement of the United States armed forces in the Gulf War in 1991 and in Operation Restore Hope in Somalia in 1992 and 1993. In particular, Al Qaeda opposed the continued presence of American military forces in Saudi Arabia (and elsewhere on the Saudi Arabian Peninsula) following the Gulf War. Fourth, Al Qaeda opposed the United States Government because of the arrest, conviction and imprisonment of persons belonging to Al Qaeda or its affiliated terrorist groups or those with

whom it worked. For these and other reasons, bin Laden declared "jihad," or holy war, against the United States, which he had carried out through al Qaeda and its affiliated organizations.

377.    Al Qaeda functioned both on its own and through some of the terrorist organizations that operated under its umbrella, including: Egyptian Islamic Jihad, which was led by Ayman al-Zawahiri, and at times, the Islamic Group (also known as "el Gamaa Islamia" or simply "Gamaa't"), and a number of Salafi-jihadi groups in other countries, including the Sudan, Egypt, Saudi Arabia, Yemen, Somalia, Eritrea, Djibouti, Afghanistan, Pakistan, Bosnia, Croatia, Albania, Algeria, Tunisia, Lebanon, the Philippines, Tajikistan, Azerbaijan, and the Kashmiri region of India and the Chechnyan region of Russia. Al Qaeda also maintained cells and personnel in a number of countries to facilitate its activities, including in Kenya, Tanzania, the United Kingdom, Germany, Canada, Malaysia, and the United States.

378.    Al Qaeda had a command and control structure which included a "majlis al shura" (or consultation council) which discussed and approved major undertakings, including terrorist operations.

379.    Al Qaeda had a "military committee" which considered and approved "military" matters.

380.    Bin Laden and al Qaeda also forged alliances with administrators of Defendant Iran and its associated terrorist group Hezbollah for the purpose of waging jihad together against their perceived common enemy in the West, the United States.

381.    Since at least 1989, bin Laden and the terrorist group Al Qaeda sponsored, operated, managed, and/or financed training camps in Afghanistan. Those camps were used to instruct members and associates of al Qaeda and its affiliated terrorist groups in the use of firearms, explosives, chemical weapons, and other weapons of mass destruction. In addition to providing

training in the use of various weapons, these camps were used to conduct operational planning against United States targets around the world and experiments in the use of chemical and biological weapons. These camps were also used to train others in security, surveillance and intelligence operations and counterintelligence methods, such as the use of codes and passwords, and to teach members and associates of al Qaeda about traveling to perform operations. For example, al Qaeda instructed its members and associates to dress in "Western" attire and to use other methods to avoid detection by security officials. The group also taught its members and associates to monitor media reports of its operations to determine the effectiveness of their terrorist activities.

382.    Since on or about 1992, bin Laden and al Qaeda maintained relationships with Iran, MOIS, IRGC and Hezbollah. Iran provided training, financing and weapons to al Qeada.

383.    Since on or about 1996, bin Laden and others operated al Qaeda from their headquarters in Afghanistan.

**B.    The "Fatwahs" and the "Jihad" Terrorist Campaign Against Americans**

384.    One of the principal goals of al Qaeda was to drive the United States armed forces out of Saudi Arabia, the Middle East and Somalia by violence. These goals eventually evolved into a declaration of jihad against America and all Americans. Members of al Qaeda issued "fatwahs" (rulings on Islamic law) indicating that such attacks on Americans were both proper and necessary.

385.    At various times from on or about 1992, bin Laden, working together with members of the fatwah committee of al Qaeda, disseminated fatwahs to other members and associates of al Qaeda. These fatwahs directed that United States citizens should be attacked and murdered.

386.    On various occasions, bin Laden and other co-conspirators advised members of al Qaeda that it was proper to engage in violent actions against "infidels" (nonbelievers), even if

others might be killed by such actions, because if the others were "innocent," they would go to

paradise, and if they were not "innocent," they deserved to die.

### C.    Defendants Furnished Critical Aid to Underwrite the Terrorist Conspiracy Against the United States

387.    In aiding and abetting the named Defendants and unknown John Doe Defendants

committed the following acts:

    a.  At various times from at least as early as 1990, Defendants provided al Qaeda and its affiliated terrorist groups military and intelligence training in various areas, including Iran, Afghanistan, Lebanon and Sudan;

    b.  At various times from at least as early as 1989, Defendants engaged in financial and business transactions on behalf of al Qaeda, including, but not limited to: purchasing land for training camps; purchasing warehouses for storage of items, including explosives; purchasing communications and electronics equipment; transferring funds between bank accounts; and transporting currency and weapons to members of al Qaeda and its associated terrorist organizations in various countries throughout the world.

    c.  At various times from at least 1990, Defendants have provided material support to bin Laden and al Qaeda, often through its state-sponsored terrorist organization, Hezbollah. That support included advice and assistance in planning attacks against American targets. Information was often shared and exchanged between al Qaeda and Iran.

    d.  The Department of State has designated Iran as a "state sponsors of terrorism." every year since 1984. Indeed, Department of State has described IRAN as "the most active" among state sponsors of terrorism. The formation of Hezbollah and its emergence as a major terrorist organization was the product of direct intervention by Iranian operatives, including the Defendants IRGC and MOIS. The above referred to activities of Hezbollah were financed, technologically supported and commanded by Iranian military/intelligence operatives.

    e.  In October 2001, an al Qaeda operative, Ali Mohamed, confessed in Federal District Court in New York that he and senior bin Laden operatives had met with Hezbollah security chief Imad Mughniyah who is believed to have carried out numerous terrorist attacks against the United States, including the bombings of the U.S. Embassy in Beirut and the Marine barracks in 1983.

    f.  On many occasions, bin Laden praised the 1983 Beirut Marine barracks bombing conducted by Hezbollah and Iranian agents. Bin Laden sought out

Hezbollah and their Iranian commanders for their tactical expertise for large scale operations. In 1993-1994, al Qaeda operatives received specialized-explosives training in Lebanon from Hezbollah operatives.

g.  In June 1996, MOIS hosted a meeting of terrorist leaders in Tehran that included Mugniyah and senior aides to bin Laden. Senior aides to bin Laden subsequently met with Mugniyah on several occasions.

h.  The purpose of the meetings between bin Laden, Al Qaeda, Hezbollah operatives, and Iranian agents was to share information on how to build a technologically advanced bomb that could destroy a building.

i.  Al Qaeda did not have the know-how, prior to its contacts with Hezbollah operatives and Iranian agents, to conduct the 1998 embassy bombings.

j.  Based on evidence developed in connection with the war in Afghanistan, senior officials in the U.S. Government, including Secretary of Defense Donald Rumsfeld, believe that al Qaeda and Taliban members have now taken refuge in Iran.

388.    The officials, agents, and employees of Defendants were acting within the scope of their agency, office or employment when they provided support to the terrorists and terrorist group that destroyed the two US embassies. They did so because, for various reasons, it was the policy of Iran to aid Al Qaeda in perpetrating terrorist attacks against citizens and the government of the United States.

**D.    The Events Leading to the Embassy Bombings.**

389.    On or about 1994, Mohamed Sadeek Odeh ("Odeh"), an al Qaeda operative, moved to Mombassa, Kenya, to set up businesses with al Qaeda money which was used to support al Qaeda members in Kenya. While in Kenya, Odeh was visited by Muhammed Atef ("Atef"), the military commander of al Qaeda.

390.    In or about 1994, another al Qaeda operative, Wadih El Hage ("El Hage") moved to Nairobi, Kenya, and established businesses and other organizations (e.g., "Help Africa People")

in Kenya. While in Kenya, El Hage met repeatedly with one of Al Qaeda's military commanders, the late Abu Ubaidah al Banshiri.

391.    On or about October 25, 1994, al Qaeda operative Khalid Al Fawwaz transferred the Kenyan business "Asma Limited" to Abu Ubaidah al Banshiri.

392.    Beginning in the latter part of 1993, Anas Al Liby and other members of al Qaeda began contemplating an attack against the U.S. Embassy in Nairobi, Kenya, in retaliation for the United States' participation in Operation Restore Hope in Somalia.

393.    In or about the latter part of 1993, Anas Al Liby and others conducted a visual and photographic surveillance of the U.S. Embassy at Nairobi, Kenya.

394.    In or about 1994, Anas Al Liby, together with other members of al Qaeda reviewed files concerning possible terrorist attacks against: (i) the U.S. Embassy at Nairobi, Kenya; (ii) the building then housing the U.S. Agency for International Development in Nairobi, Kenya; and (iii) British, French and Israeli targets in Nairobi, Kenya.

395.    In or about 1994, Khalfan Khamis Mohamed traveled to an al Qaeda camp in Afghanistan where he received training in explosives.

396.    Beginning in or about 1996, Mohamed Rashed Daoud Al-Owhali ("Al-Owhali") traveled to an al Qaeda camp in Afghanistan where he received training in explosives, hijacking, kidnapping, assassination and intelligence techniques.

397.    In or about 1996, following his training in a number of camps in Afghanistan affiliated with al Qaeda, Al-Owhali met with bin Laden and asked him for a "mission."

398.    In late February or early March 1997, El Hage met and spoke with Mustafa Mohamed Fadhil, a member of al Qaeda, and provided him with a new policy from bin Laden to militarize the East African cell of al Qaeda.

399.    On or about June 23, 1997, El Hage requested that $10,000 be transferred to an account in Kenya. On or about July 3, 1997, this money was transferred to a bank account in Kenya controlled by El Hage.

400.    In or about March or April 1998, in Dar es Salaam, Tanzania, Khalfan Khamis Mohamed met with Mustafa Mohamed Fadhil, an al Qaeda operative, and agreed to participate in a "jihad job."

401.    In or about May 1998, Fazul Abdullah Mohamed, a member of al Qaeda, rented a villa at 43 New Runda Estates in Nairobi, Kenya.

402.    On or about May 4, 1998, Khalfan Khamis Mohamed applied for a Tanzanian passport in the name "Zahran Nassor Maulid."

403.    In or about June 1998, Al-Owhali, and an individual known as "Azzam" filmed a videotape to celebrate their anticipated "martyrdom" in a bombing operation to be conducted against United States interests in East Africa.

404.    On or about June 19, 1998, "Azzam," using a passport in the name of "Gihad Ali," traveled from Karachi, Pakistan, to Nairobi, Kenya.

405.    In or about June 1998, Khalfan Khamis Mohamed and Fahid Ali Msalam, purchased a white Suzuki Samurai ('the Suzuki Samurai") at a location in Dar es Salaam, Tanzania.

406.    In or about June 1998, Khalfan Khamis Mohamed and Fahid Ali Msalam, rented house number 213 in the Ilala District of Dar es Salaam, Tanzania.

407.    In or about late June or early July 1998, Fahid Ali Msalam and Sheikh Ahmed Salim Swedan, a member of al Qaeda, purchased a Toyota Dyna truck ("the Nairobi Bomb Truck") in Mombasa, Kenya, and made alterations to the back of the truck.

408.    In or about July 1998, al Qaeda operative Ahmed Khalfan Ghailani and Sheikh Ahmed Salim Swedan purchased a 1987 Nissan Atlas truck ("the Dar es Salaam bomb truck") in Dar es Salaam, Tanzania.

409.    In or about July 1998, Sheikh Ahmed Salim Swedan arranged for mechanical and welding work to be done on the Dar es Salaam bomb truck at various locations in Dar es Salaam, Tanzania.

410.    In or about July 1998, Sheikh Ahmed Salim Swedan purchased two large truck batteries from a location in Dar es Salaam, Tanzania.

411.    In or about July 1998, Ahmed Khalfan Ghailani and Fahid Ali Msalam purchased oxygen and acetylene tanks in Dar es Salaam, Tanzania.

412.    On or about July 31, 1998, Al-Owhali, using a passport in the alias "Khaled Salem Saleh Bin Rashed," traveled from Karachi, Pakistan, to Nairobi, Kenya, arriving on August 2, 1998.

413.    In or about late July 1998, in Dar es Salaam, Tanzania, Khalfan Khamis Mohamed, Mustafa Mohamed Fadhil, and others, participated in the grinding of TNT.

414.    During the last week of July and the first week of August 1998, Mustafa Mohamed Fadhil, Khalfan Khamis Mohamed, and Fahid Ali Msalam met at the residence located at house 213 in the Ilala District of Dar es Salaam, Tanzania, to make final preparations for the bombing of the U.S. Embassy in Dar es Salaam, Tanzania.

415.    In or about late July or early August 1998, Mustafa Mohamed Fahil, Khalfan Khamis Mohamed, Fahid Ali Msalam, and Ahmed Khalfan Ghailani loaded boxes of TNT, gas cylinder tanks, batteries, detonators, fertilizer, and sandbags into the back of the Dar es Salaam bomb truck.

416.   On or about August 1, 1998, al Qaeda operative Abdullah Ahmed Abdullah advised Odeh that all members of al Qaeda had to leave Kenya by Thursday, August 6, 1998.

417.   In or about early August 1998, Abdullah Ahmed Abdullah and Odeh traveled from Mombasa, Kenya, to Nairobi, Kenya.

418.   During the first week of August 1998, Abdullah Ahmed Abdullah, Fazul Abdullah Mohammed and Al-Owhali, together with "Azzam" and other members of al Qaeda, met at the villa located at number 43 New Runda Estates in Nairobi, Kenya, to make final preparations for the bombing of the U.S. Embassy at Nairobi, Kenya.

419.   On or about August 1, 1998, Ahmed Khalfan Ghailani checked into the Hilltop Hotel in Nairobi, Kenya. On or about August 2, 1998, Odeh and Fazul Abdullah Mohammed, together with other members of al Qaeda, met at the Hilltop Hotel in Nairobi, Kenya.

420.   On or about August 2, 1998, Sheikh Ahmed Salim Swedan and Mustafa Mohamed Fadhil left Nairobi, Kenya, for Karachi, Pakistan.

421.   On or about August 3, 1998, Fahid Ali Msalam purchased air travel tickets to Pakistan for himself and Odeh.

422.   On or about August 4, 1998, Abdullah Ahmed Abdullah, Fazul Abdullah Mohammed and Al-Owhali together with "Azzam" and other members of al Qaeda, reconnoitered the U.S. Embassy in Nairobi, Kenya.

423.   On or about August 6, 1998, Abdullah Ahmed Abdullah and Ahmed Khalfan Ghailani left Nairobi, Kenya, for Karachi, Pakistan.

424.   On or about August 6, 1998, Odeh and Fahid Ali Msalam left Nairobi, Kenya, for Karachi, Pakistan.

**E.      The Bombing at the U.S. Embassy in Nairobi, Kenya.**

425.    On August 7, 1998, at approximately 9:30 a.m. local time, Fazul Abdullah Mohammed drove a pick-up truck from the villa located at 43 New Runda Estates to the vicinity of the U.S. Embassy in Nairobi, Kenya. Meanwhile, Al-Owahli rode in the Nairobi Bomb Truck driven by "Azzam" (a Saudi national) containing a large bomb to the U.S. Embassy in Nairobi, Kenya. Al-Owhali possessed four stun-type grenades, a handgun, bullets, and keys to the padlocks on the Nairobi bomb truck.

426.    On August 7, 1998, at approximately 10:30 a.m., Al-Owhali got out of the Nairobi bomb truck as it approached the rear of the U.S. Embassy building and threw a stun grenade in the direction of a security guard before attempting to flee.

427.    On August 7, 1998, at approximately 10:30 a.m., "Azzam" drove the Nairobi bomb truck to the rear of the U.S. Embassy building and fired a handgun at the windows of the Embassy building.

428.    On August 7, 1998, at approximately 10:30 a.m., "Azzam" detonated the explosive device contained in the Nairobi bomb truck at a location near the rear of the Embassy building, demolishing a multi-story secretarial college and severely damaging the U.S. Embassy building and the Cooperative Bank Building, causing a total of more than 213 deaths, as well as injuries to more than 4,500 people, including Plaintiffs.

429.    At the time of the bombing, many of the Plaintiffs were at the Embassy in Nairobi, Kenya in their role as an employee of or contractor for the United States government. Plaintiffs suffered serious injuries as a direct and proximate result of Defendants' material support of bin Laden and al Qaeda.

F.    **The Bombing at the U.S. Embassy in Dar es Salaam, Tanzania.**

430.    In or about March 1998, al Qaeda operatives Khalfan Khamis Mohamed ("Khalfan") and Mustafa Mohamed Fadhil ("Fadhil") met in Dar Es Salaam, Tanzania and agreed to participate in a "jihad job".

431.    On or about May 4, 1998, Khalfan applied for a Tanzanian passport in the name of Zahran Nassor Maulid.

432.    In June 1998, Khalfan and Fahid Mohammed Ally Msalam ("Msalam") purchased a white Suzuki Samurai at a location in Dar es Salaam and rented a house in the Ilala District of Dar es Salaam, Tanzania.

433.    Throughout the summer of 1998, Fadhil, Khalafan, Msalam and Ahmed Khalfan Ghailani ("Ghailani") met at a residence on Amani Street in Dar es Salaam to discuss the bombing of the United States Embassy in Tanzania.

434.    In or about July 1998, Ghailani and Ahmed Salim Swedan ("Swedan") purchased a 1987 Nissan Atlas truck in Dar es Salaam, Tanzania, arranged for mechanical and welding work on the truck, and purchased two large truck batteries, oxygen, and acetylene tanks.

435.    In July 1998, Mohamed Sadeek Odeh ("Odeh") was advised by Ahmed Mohamed Hamed Ali ("Ali") that Bin Laden had formed a united front against the United States with other Islamic extremist groups.

436.    Prior to August 2, 1998, Abdullah Ahmed Abdullah ("Abdullah") provided Odeh with a false passport to facilitate his travel to Afghanistan for the purpose of meeting with Bin Laden and other al Qaeda operatives.

437.    During the last week of July and first week of 1998, Fadhil, Khalfan, Msalam and another operative known as "Ahmed the German" (an Egyptian national) met at a residence in the

Ilala District of Dar es Salaam to make final preparations for the bombing of the United States Embassy in Tanzania.

438.     In July or August 1998, Khalfan, Msalam, Ghailani, Fadhil, and others loaded boxes of TNT, cylinder tanks, batteries, detonators, fertilizer and sandbags into the back of the 1987 Nissan Atlas Truck.

439.     On or about August 7, 1998, Khalfan Khamis Mohamed accompanied "Ahmed the German" in the Dar es Salaam Bomb Truck during a portion of the ride to the U.S. Embassy.

440.     At approximately 10:40 a.m. on August 7, 1998, "Ahmed the German" detonated an explosive device located within the 1987 Nissan Atlas in the vicinity of the United States Embassy in Dar es Salaam, Tanzania. The explosion severely damaged the United States Embassy and resulted in the death of at least 11 persons and injured at least 85.

441.     In the early hours, prior to the bombing, facsimiles were sent to London, England, claiming responsibility for the embassy bombings in the name of the "Islamic Army for the Liberation of the Holy Places", which claimed that the Dar es Salaam bombing was carried out by an Egyptian national.

442.     Khalfan, Fadhil, Msalam, Ali, Ghailani, Swedan, and Ahmed the German were members of al Qaeda and perpetrated the bombing of the United States Embassy in Dar es Salaam, Tanzania at the direction of and/or on behalf of al Qaeda.

443.     Throughout August 72008, and August 8, 2008, two al Qaeda operatives, Adel Abdel Bary ("Bary") and Ibrahim Eidarous ("Eidarous"), participated in the dissemination of claims of responsibility for the bombings of the United States Embassies in Dar es Salaam.

444.    Al Qaeda was financed, technologically supported and/or commanded by Iranian military and intelligence operatives, including Hezbollah and the Islamic Revolutionary Guard Corps.

**G.    Iran Has Previously Been Held Liable for Its Role in the 1998 East African Embassy Attacks.**

445.    In August 2008, victims of the 1998 East African Embassy Attacks and their immediate family members filed lawsuits against the Islamic Republic of Iran, Defendants IRGC and MOIS and the Republic of Sudan under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1605A, seeking damages as a result of Iran and Sudan's material support of Al Qaeda which directly resulted in the 1998 East African Embassy Attacks.

446.    On November 28, 2011, following a three-day bench trial this Court entered final judgment on liability in favor of the victims of the 1998 East African Embassy Attacks and their family members.

447.    On July 25, 2014, the Court ordered that Final Judgment be entered in favor of the plaintiffs for their injuries and damages caused by the Islamic Republic of Iran and others who were responsible for supporting, funding, and otherwise carrying out" the bombings in Nairobi and Dar es Salaam. *Opati v. Republic Sudan*, 60 F. Supp. 3d 68. The Court held that it had jurisdiction over defendants and that the foreign-national plaintiffs who worked for the U.S. government are entitled to compensation for personal injury and wrongful death under 28 U.S.C. § 1605A(c)(3), for the reasons discussed at length in *Owens v. Republic of Sudan*, 826 F. Supp. 2d 128, 148-51. The Court also noted that, although those plaintiffs who are foreign-national family members of victims lack a federal cause of action, they may nonetheless pursue claims under the laws of the District of Columbia. The Honorable John D. Bates ("Judge Bates") ordered entry of Final Judgment awarding both compensatory and punitive damages.

448.    Judge Bates noted further that the government of Iran aided and abetted with Hezbollah, bin Laden, and al Qaeda to launch large-scale bombing attacks against the United States via powerful suicide truck bombs. *Opati v. Republic Sudan*, 60 F. Supp. 3d 68. During the relevant time period, the Iranian defendants, through Hezbollah, provided explosives training to bin Laden and al Qaeda and rendered direct assistance to al Qaeda operatives.

449.    Furthermore, Judge Bates held that support from Iran and Hezbollah was critical to Al Qaeda's execution of the 1998 embassy bombings. *Owens*, 826 F. Supp. 2d at 139. Before its meetings with Iranian officials and agents, Al Qaeda did not possess the technical expertise required to carry out the embassy bombings. *Id*. In the 1990s, Al Qaeda received training in Iran and Lebanon on how to destroy large buildings with sophisticated and powerful explosives. *Id*. The government of Iran was aware of and authorized this training and assistance. *Id*. Hence, for these reasons, and based on the extensive evidence presented by the plaintiffs, the Court found that the Iranian defendants provided material aid and support to Al Qaeda for the 1998 embassy bombings and are liable for plaintiffs' damages. Respectfully, the Court should take judicial notice of these prior related cases finding liability against Defendants.

**COUNT 1**
**WRONGFUL DEATH IN ACCORDANCE WITH THE PROVISIONS OF**
**28 U.S.C. § 1605 and § 1605A AS AMENDED AND 16 D.C. CODE § 16-2701**

450.    Plaintiffs who were killed, through the Personal Administrators of their Estates incorporate herein by reference the averments contained in the preceding paragraphs as though fully set forth at length

451.    On August 7, 1998, when the explosive device described above was detonated, it resulted in the horrific deaths of the above noted Plaintiffs. The Defendants, through their agents, financed the attack and rendered material support to the activities of Al Qaeda that resulted in the

serious injuries and deaths. Those agents were at all times acting within the scope of their agency and acted on the direction of the Defendants.

452.    The beneficiaries of the Estates of the above mentioned Plaintiffs and their children, as a direct and proximate consequence of the actions of the Defendants described above, for which the Defendants are vicariously, jointly and severally liable suffered pecuniary loss, including assistance to the beneficiaries, the loss of future earnings and accretions to the Estates of the deceased for the funeral and burial expenses.

## COUNT II
## ASSAULT AND BATTERY

(Under 28 U.S.C. § 1605 and U.S. state common or statutory law)

453.    Plaintiffs who were employed by the U.S. Government or a contractor for the U.S. Government and were injured, physically and/or emotionally, in the terrorist bombing of the U.S. Embassy incorporate herein by reference the averments contained in the preceding paragraphs as though fully set forth at length.

454.    The actions of the Defendants caused and led directly to the 1998 bombings, their bombing of the embassies intentionally and willfully put Plaintiffs in fear for their lives and caused apprehension of harm and injury as a direct result of fear of imminent death or mutilation. Plaintiffs suffered bodily injury which required medical treatment. Plaintiffs were subject to intense physical injury, pain, discomfort, inconvenience and endured extreme mental anguish, loss of society and pain and suffering as a result of the bombing of the Embassy.

455.    The explosion was intended to cause harmful contact with Plaintiffs at the bomb sites and put them in reasonable apprehension of imminent battery. These injuries were caused by a willful and deliberate act of persons who had been materially assisted by Defendants for the purpose of inflicting physical injuries upon Plaintiffs and others and by so doing to intimidate the

United States, and to cause its withdrawal from the Near East and Africa. Those persons were at all times acting with the material support of the Defendants and with the concurrence of the Defendants, the Islamic Republic of Iran, the Iranian Revolutionary Guards Corps and the Iranian Ministry of Information and Security.

456.    The personal injuries and losses suffered by Plaintiffs and the consequences resulting therefrom, were proximately caused by the intentional and reckless acts, omissions, and other tortious conduct of all Defendants as described herein.

## COUNT III
## SURVIVAL

(Under 28 U.S.C. § 1605 and U.S. state common or statutory law)

457.    Plaintiffs in their capacity as Administrators and as beneficiaries of deceased employees of, or contractors for the U.S. Government incorporate herein by reference the averments contained in the preceding paragraphs as though fully set forth at length.

458.    Plaintiffs bring this action for damages suffered by the estates of the deceased named in this complaint. As a result of their deaths, including their pain and suffering, inconvenience, loss of life and life's pleasures, loss of earnings, and earning capacity, and other items of damages.

## COUNT IV
## LOSS OF CONSORTIUM

(under 28 U.S.C. § 1605A(c) and U.S. state common law)

459.    Plaintiffs whose loved one was killed or otherwise incapacitated as a result of the August 7, 1998 terrorist act, incorporate herein by reference the averments contained in the preceding paragraphs as though fully set forth at length.

324

460.    As a result of the acts of the Defendants, the Plaintiffs as the spouses of the decedents and/or the surviving injured Plaintiffs, were caused to sustain a loss of services, comfort, society, and attentions in the past and future and suffered a loss of consortium to the detriment of the marital and/or family relationship and have suffered damages.

## COUNT V
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

(under 28 U.S.C. § 1605A(c) and U.S. state common law)

461.    Plaintiffs incorporate herein by reference the averments contained in the preceding paragraphs as though fully set forth at length.

462.    All Defendants knew that U.S. Embassy bombings would kill or injure the innocent at their place of work, causing severe emotional distress, and leaving family members to grieve for their losses.

463.    As a direct and intended consequence of the intentional and reckless actions of the Defendants, conduct that is intolerable in a civilized society, the Defendants and those who were substantially aided and abetted by Defendants who carried out the attacks above alleged, caused Plaintiffs to suffer from severe mental distress and endure pain and suffering, which has required continuing treatment, which will continue for the balance of the Plaintiffs' life, and they have thereby suffered damages.

464.    As a direct and proximate result of Defendants' conduct, all Plaintiffs have suffered and will forever in the future suffer severe and permanent emotional distress and anxiety, permanent psychological distress, and permanent mental impairment. The conduct of all Defendants was undertaken in an intentional manner to murder or injure Plaintiffs and to cause the

contemporaneous and permanent emotional suffering of the heirs and family members of the injured and murdered victims.

465.    Defendants by engaging in this unlawful conduct, recklessly and/or intentionally inflicted severe emotional distress upon the Plaintiffs.

## COUNT VI
## AIDING AND ABETTING

(under 28 U.S.C. § 1605A(c) and US state common law)

466.    Plaintiffs incorporate herein by reference the averments contained in the preceding paragraphs as though fully set forth at length.

467.    Defendants did knowingly and willfully provide substantial assistance to the terrorists and the terrorist organization that willfully and deliberately committed the two Embassy Bombings, which caused Plaintiffs' injuries. All Defendants were aware of the goals of Al Qaeda and were aware or should have been aware that the aid and assistance furnished to Al Qaeda would aid and abet Al Qaeda's terrorist activities, including the two US Embassy Bombings.

468.    For the reasons stated above, and having aided and abetted a terrorist organization which willfully and deliberately committed an act of terrorism which caused the injuries and/or death of the decedent, all defendants are jointly and severally liable to Plaintiffs for all damages in this civil action.

## COUNT VII
## CIVIL CONSPIRACY

(under 28 U.S.C. § 1605A(c) and US state common law)

469.    Plaintiffs incorporate herein by reference the averments contained in the preceding paragraphs as though fully set forth at length.

470.    As set forth more fully above, all Defendants, known and unknown, unlawfully, willfully and knowingly combined, conspired, confederated and agreed, tacitly and/or expressly, to kill, severely injure, and/or inflict personal injuries upon the Plaintiffs.

471.    As set forth above, all Defendants conspired and agreed to provide material support and resources to Al Qaeda, and the bombers in furtherance of Al Qaeda's overall goal to kill or injure American citizens and other persons present or employed at the U.S. Embassies in Nairobi, Kenya, and in Dar es Salaam, Tanzania.

472.    The Defendants' conspiracy resulted in the August 7, 1998 Embassy attacks that caused severe personal and emotional injuries to Plaintiffs.

473.    As a result of the Defendants' conspiracy, Plaintiffs suffered damages as fully set forth in the paragraphs above which are incorporated herein by reference.

## COUNT VIII
## PUNITIVE DAMAGES

(under 28 U.S.C. § 1605A(c))

474.    Plaintiffs incorporate herein by reference the averments contained in the preceding paragraphs as though fully set forth at length.

475.    As set forth more fully above, all Defendants, known and unknown, unlawfully, willfully and knowingly combined, conspired, confederated and agreed, tacitly and/or expressly, to kill, severely injure, and/or inflict personal injuries upon Plaintiffs.

476.    As set forth above, all Defendants conspired and agreed to provide material support and resources to Al Qaeda, and the bombers in furtherance of Al Qaeda's overall goal to kill or injure American citizens and other persons present or employed at the U.S. Embassies in Nairobi, Kenya, and in Dar es Salaam, Tanzania.

477.    The Defendants' conspiracy resulted in the August 7, 1998 Embassy attacks that killed, severely injured, and/or inflicted personal injuries upon Plaintiffs.

478.    Defendants' outrageous actions cannot be tolerated by a civilized society and deserves the harshest condemnation of our ordered legal system.

479.    As a result of the Defendants' conspiracy, Plaintiffs suffered damages as fully set forth in the paragraphs above which are incorporated herein by reference.

## DAMAGES

480.    As a direct and proximate result of the intentional, willful, reckless, and careless actions of the Defendants, Plaintiffs have suffered severe and permanent personal injuries, damages, and losses, including the following:

        (a)  the severe mental anguish suffered by Plaintiffs;

        (b)  the severe pain and suffering suffered by Plaintiffs;

        (c)  the inability of Plaintiffs to perform the usual household and personal activities that they normally would have performed through the remainder of her life expectancy;

        (d)  loss of Plaintiffs' earnings and future earning potential;

        (e)  loss of Plaintiffs' life pleasures;

        (f)  loss of solatium, loss of consortium;

        (g)  Economic damages, pain and suffering, and punitive damages under 28 U.S.C. § 1605A(c).

481.    The aforementioned personal injuries (physical and mental) and losses incurred by the Plaintiffs were caused by the intentional outrageous acts, recklessness, and carelessness of all Defendants, acting individually and in concert, as well as other co-conspirators not yet identified,

and of their agents, servants and/or employees acting within and during the course and scope of their employment, authority, or apparent authority.

482.    These aggravating circumstances also justify the award of exemplary damages to the non- US national Plaintiffs under the law of the District of Columbia.

483.    Plaintiffs demand judgment in their favor in general damages against all Defendants, jointly, severally in an amount in excess of 3 Billion Dollars (3,000,000,000).

484.    Plaintiffs also request an award of legal interest, costs, and such other relief as this Honorable Court deems appropriate.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray that the Court grant judgment in their favor and against the Defendants, jointly, severally on all Counts and grant to Plaintiffs: (1) Compensatory and punitive damages in favor of Plaintiffs and against Defendants jointly, severally in the amounts demanded in this Amended Complaint for Damages; (2) Prejudgment interest or other appropriate interest; (3) Costs and expenses; (4) Attorney's fees; and (5) Such other and further relief as this Honorable Court may determine to be just and appropriate under the circumstances.

Respectfully submitted this 27th day of October 2023.

/s/ Thomas F. DellaFera, Jr.
Thomas F. DellaFera, Jr. Bar No. 1032671
Peter A. Miller, Esq., VA Bar No. 47822
**Miller DellaFera PLC**
3420 Pump Road | PMB 404
Henrico, VA 23233
Telephone: 800-401-6670

William Wheeler, USDC Bar #10848
Jamie Franks, USDC Bar#100156
**Wheeler & Franks**
Post Office Box 681
Tupelo, MS 38802
Telephone: (662) 842-0380
Telecopier: (662) 842-7491

John Arthur Eaves, Jr., USDC Bar #432137
**Eaves Law Firm**
101 North State Street
Jackson, MS 39201
Telephone: (601) 355-7961
Telecopier: (601) 355-0530

**ATTORNEYS FOR THE PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October 2023, a true and correct copy of the foregoing Plaintiffs' Second Amended Complaint was filed electronically with the Clerk of Court using the CM/ECF system which will send a notification of such filing on all counsel of record.

/s/ Thomas F. DellaFera, Jr.
Thomas F. DellaFera, Jr.

331